IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| VS. | § | Civil Action No. 2:07-CV-229  TJW |
| | § | |
| MOTOROLA, INC., ET AL | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for Plaintiff, Minerva Industries, Inc., for purposes of receiving notices and orders from the Court.

DATED this 6th day of June, 2007.

Respectfully submitted,

BY: /s/ Otis Carroll
Otis Carroll
State Bar No. 03895700
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF
MINERVA INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 6th day of June, 2007.

                                              /s/ Otis Carroll