IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | Civil Action 2:07-CV-229 |
| VS. | § | |
| | § | |
| PLAINTIFF | § | |
| | § | Honorable T. John Ward |
| | § | |
| MOTOROLA, INC., ET AL, | § | |
| | § | |
| DEFENDANTS | § | JURY DEMANDED |

NOTICE OF APPEARANCE

Notice is hereby given that Franklin Jones, Jr. is entering his appearance as counsel for Plaintiff, Minerva Industries, Inc., for the purpose of receiving notices from the Court.

Dated this 7th of June, 2007.

> BY: /s/ Franklin Jones, Jr.
> Franklin Jones, Jr.
> State Bar No. 00000055
> JONES & JONES, INC.
> P. O. Box 1249
> Marshall, Texas 75671-1249
> Telephone: (903) 938-4395
> Facsimile: (903) 938-3360

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2007 a true and correct copy of the foregoing document was sent to all counsel of record via the Court electronic filing system.

> /s/ Franklin Jones, Jr.
> Franklin Jones, Jr.

1