# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1. MOTOROLA, INC.; <br> 2. NOKIA, INC.; <br> 3. NOKIA MOBILE PHONES, INC.; <br> 4. ALLTEL CORPORATION; <br> 5. ALLTEL COMMUNICATIONS WIRELESS, INC.; <br> 6. ALLTEL COMMUNICATIONS, INC.; <br> 7. ALLTEL COMMUNICATIONS OF TEXARKANA, INC.; <br> 8. ALLTEL WIRELESS OF TEXARKANA, LLC; <br> 9. AT&T MOBILITY, LLC; <br> 10. BOOST MOBILE; <br> 11. DOBSON CELLULAR SYSTEMS D/B/A CELLULAR ONE; <br> 12. HELIO, INC.; <br> 13. HELIO, LLC; <br> 14. HEWLETT-PACKARD COMPANY; <br> 15. METROPCS, INC.; <br> 16. METROPCS TEXAS, LLC; <br> 17. METROPCS WIRELESS, INC.; <br> 18. QWEST WIRELESS, LLC; <br> 19. SOUTHERNLINC WIRELESS; <br> 20. SPRINT NEXTEL CORPORATION; <br> 21. SPRINT WIRELESS BROADBAND COMPANY, LLC; <br> 22. SUNCOM WIRELESS OPERATING COMPANY, LLC; <br> 23. T-MOBILE USA; <br> 24. TRACFONE WIRELESS, INC.; <br> 25. U.S. CELLULAR WIRELESS; <br> 26. VERIZON COMMUNICATIONS INC.; <br> 27. VERIZON WIRELESS SERVICES, LLC; <br> 28. VIRGIN MOBIL USA, LLC; <br> 29. HTC CORPORATION; <br> 30. HTC AMERICA, INC.; <br> 31. KYOCERA WIRELESS | **Civil Action No: 2:07cv229** <br><br> TJW <br><br> **JURY** |

|  |
|---|
| CORPORATION;<br>32. KYOCERA AMERICA, INC.;<br>33. LG ELECTRONICS U.S.A., INC.;<br>34. LG ELECTRONICS MOBILECOMM U.S.A., INC.;<br>35. PALM, INC.;<br>36. PANTECH WIRELESS, INC.;<br>37. SANYO NORTH AMERICA CORPORATION; AND<br>38. UTSTARCOM, INC.,<br>39. SONY ERICSSON COMMUNICATIONS (USA), INC.;<br>40. SAMSUNG AMERICA, INC.;<br>41. SAMSUNG ELECTRONICS AMERICA, INC.;<br>42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and<br>43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC.<br><br>    Defendants. |

**PLAINTIFF MINERVA INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1**

Plaintiff Minerva Industries, Inc. identifies the following pursuant to Federal Rule of Civil Procedure 7.1, Minerva Industries, Inc. is a corporation organized and existing under the laws of California. There are no publicly held corporations that own more than 10% of Minerva Industries, Inc.'s stock.

Dated: June 7, 2007                     Respectfully submitted,

                                        By: /s/ Collin Maloney

                                        Otis W. Carroll, Attorney-In-Charge
                                        State Bar No. 03895700
                                        Collin M. Maloney
                                        State Bar No. 00794219

2

Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
www.fedserve@icklaw.com

Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360

S. Calvin Capshaw
State Bar No. 0378390
Brown McCarroll LLP
1127 Judson Road, Suite 200
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

**Attorneys for Plaintiff**
**Minerva Industries, Inc.**


OF COUNSEL:

RUSS, AUGUST & KABAT
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
David R. Gabor (California Bar No. 145729)
E-mail: dgabor@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
Robert E. Satterthwaite (California Bar No. 223767)
E-mail: rsatterthwaite@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via electronic delivery or United States mail this 7th day of June, 2007.

/s/ Collin Maloney