IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

MINERVA INDUSTRIES, INC.                    §
                                            §
            Plaintiff,                      §
                                            §
v.                                          §   Case No. 2-07-cv-229 (TJW)
                                            §
MOTOROLA, INC., et al                       §
                                            §
            Defendants.                     §   JURY
                                            §

## NOTICE OF RELATED CASE

COMES NOW Plaintiff, Minerva Industries, Inc., and hereby notifies the Court that all or

a material part of this action is related to the subject matter or operative facts of a later filed

action in the United States District Court for the Eastern District of Texas styled *Minerva*

*Industries, Inc. v. Research in Motion Corporation and Cricket Communications, Inc.*, Case No.

2:07-cv-230 (DF), pursuant to Local Rule CV-42(a).

Dockets.Justia.com

DATED:  June 8, 2007                    Respectfully submitted,


By:   /s/ Elizabeth L. DeRieux
      S. Calvin Capshaw
      State Bar No. 0378390
      Elizabeth L. DeRieux
      State Bar No. 05770585
      BROWN MCCARROLL, LLP
      1127 Judson Road, Suite 220
      P.O. Box 3999 (75606-3999)
      Longview, Texas 75601-5157
      Telephone:  (903) 236-9800
      Facsimile:   (903) 236-8787
      Email:  ccapshaw@mailbmc.com
      Email: ederieux@mailbmc.com

      Franklin Jones, Jr.
      State Bar No. 00000055
      Jones and Jones, Inc., P.C.
      201 West Houston Street
      P.O. Drawer 1249
      Marshall, TX  75671-1249
      Telephone:  (903) 938-4395
      Facsimile:   (903) 938-3360
      Email:  maizeh@millerfirm.com

      Otis W. Carroll, Attorney-In-Charge
      State Bar No. 03895700
      Collin Maloney
      State Bar No. 00794219
      Ireland Carroll & Kelley, P.C.
      6101 South Broadway, Suite 500
      P. O. Box 7879
      Tyler, Texas 75711
      Telephone: (903) 561-1600
      Facsimile: (903) 581-1071
      Email: fedserv@icklaw.com

      Attorneys for Plaintiff
      MINERVA INDUSTRIES, INC.

Of Counsel:

RUSS, AUGUST & KABAT
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
David R. Gabor (California Bar No. 145729)
E-mail: dgabor@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
Robert E. Satterthwaite (California Bar No. 223767)
E-mail: rsatterthwaite@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 8th day of June, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux