IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC. § | |
| § | |
| Plaintiff, § | |
| v. § | Case No. 2-07-cv-229 (TJW) |
| § | |
| MOTOROLA, INC., et al § | |
| § | |
| Defendants. § | JURY |
| § | |

**<u>NOTICE OF APPEARANCE</u>**

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Minerva Industries, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 8th day of June, 2007.

DATED:  June 8, 2007               Respectfully submitted,


                                    By:  /s/ S. Calvin Capshaw
                                         S. Calvin Capshaw
                                         State Bar No. 0378390
                                         Elizabeth L. DeRieux
                                         State Bar No. 05770585
                                         Andrew W. Spangler
                                         State Bar No. 24041960
                                         BROWN MCCARROLL, LLP
                                         1127 Judson Road, Suite 220
                                         P.O. Box 3999 (75606-3999)
                                         Longview, Texas 75601-5157
                                         Telephone:  (903) 236-9800
                                         Facsimile:   (903) 236-8787
                                         Email:  ccapshaw@mailbmc.com
                                         Email: ederieux@mailbmc.com
                                         Email: aspangler@mailbmc.com


                                         Attorneys for Plaintiff
                                         MINERVA INDUSTRIES, INC.


## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 8th day of June, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                         /s/ S. Calvin Capshaw

AUS:3942543.1
1.815