IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC. § | |
| § | |
| Plaintiff, § | |
| v. § | Case No. 2-07-cv-229 (TJW) |
| § | |
| MOTOROLA, INC., et al § | |
| § | |
| Defendants. § | JURY |
| § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Andrew W. Spangler, enters his appearance in this matter as counsel for Plaintiff, Minerva Industries, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 8th day of June, 2007.

DATED: June 8, 2007    Respectfully submitted,

By: /s/ Andrew W. Spangler
S. Calvin Capshaw
State Bar No. 0378390
Elizabeth L. DeRieux
State Bar No. 05770585
Andrew W. Spangler
State Bar No. 24041960
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com
Email: ederieux@mailbmc.com
Email: aspangler@mailbmc.com

Attorneys for Plaintiff
MINERVA INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 8th day of June, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler

AUS:3942534.1
1.815