Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT
2007 JUN 13 PM 3: 43
TEXAS EASTERN

1. This application is being made for the following: Case # __2-07 CV-229__ BY_____

Style: __MINERVA INDUSTRIES, INC. v. MOTOROLA, INC., etc., et al.__

2. Applicant is representing the following party/ies: __Plaintiff MINERVA INDUSTRIES, INC.__

3. Applicant was admitted to practice in __California__ (state) on __1989__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    __California (Central and Northern and Southern Districts)__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __DAVID R. GABOR__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6.7.07__                Signature __[signature]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) David R. Gabor
State Bar Number 145729 - California
Firm Name: RUSS, AUGUST & KABAT
Address/~~P.O. Box~~: 12424 Wilshire Boulevard, 12th Floor
City/State/Zip: Los Angeles, CA 90025
Telephone #: 310/826-7474
Fax #: 310/826-6991
E-mail Address: dgabor@raklaw.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 6/13/07

*David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

# United States District Court

for the

Eastern District of Texas at Tyler

Date: Wednesday, June 13, 2007

Received from:

IRELAND, CARROLL

6101 S. BROADWAY, STE. 500

TYLER, TX 75703

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $125.00 |
| **Total** | **$125.00** |

Payment method: Check

Case or other reference: 2:07CV229

Comments: PHV APPS FOR MARC A. FENSTER, IRENE Y. LEE, LARRY C. RUSS, DAVID R. GABOR AND ROBERT E. SATTERWHITE - FIRM CK 25314

Received by: MC