# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2-07CV-229-TJW |
| | ) | |
| 1.  MOTOROLA, INC.; | ) | |
| 2.  NOKIA, INC.; | ) | |
| 3.  NOKIA MOBILE PHONES, INC.; | ) | |
| 4.  ALLTEL CORPORATION | ) | |
| 5.  ALLTEL COMMUNICATIONS WIRELESS, INC; | ) | |
| 6.  ALLTEL COMMUNICATIONS, INC.; | ) | |
| 7.  ALLTEL COMMUNICATIONS OF TEXARKANA, INC.; | ) | |
| 8.  ALLTEL WIRELESS OF TEXARKANA, LLC; | ) | |
| 9.  AT&T MOBILITY, LLC; | ) | |
| 10. BOOST MOBILE; | ) | |
| 11. DOBSON CELLULAR SYSTEMS, INC. D/B/A CELLULAR ONE; | ) | |
| 12. HELIO, INC.; | ) | |
| 13. HELIO, LLC; | ) | |
| 14. HEWLETT-PACKARD COMPANY | ) | |
| 15. METROPCS, INC.; | ) | |
| 16. METROPCS TEXAS, LLC; | ) | |
| 17. METROPCS WIRELESS, INC.; | ) | |
| 18. QWEST WIRELESS, LLC; | ) | |
| 19. SOUTHERNLINC WIRELESS; | ) | |
| 20. SPRINT NEXTEL CORPORATION; | ) | |
| 21. SPRINT WIRELESS BROADBAND COMPANY, LLC; | ) | |
| 22. SUNCOM WIRELESS OPERATING COMPANY, LLC; | ) | |
| 23. T-MOBILE USA; | ) | |
| 24. TRACFONE WIRELESS, INC.; | ) | |
| 25. U.S. CELLULAR WIRELESS; | ) | |
| 26. VERIZON COMMUNICATIONS, INC.; | ) | |
| 27. VERIZON WIRELESS SERVICES, LLC; | ) | |

1

Dockets.Justia.com

| | |
|---|---|
| 28. VIRGIN MOBIL USA, LLC; | ) |
| 29. HTC CORPORATION; | ) |
| 30. HTC AMERICA, INC.; | ) |
| 31. KYOCERA WIRELESS | ) |
|     CORPORATION; | ) |
| 32. KYOCERA AMERICA, INC.; | ) |
| 33. LG ELECTRONICS, USA, INC.; | ) |
| 34. LG ELECTRONICS MOBILECOMM | ) |
|     USA, INC.; | ) |
| 35. PALM, INC.; | ) |
| 36. PANTECH WIRELESS, INC.; | ) |
| 37. SANYO NORTH AMERICA | ) |
|     CORPORATION; | ) |
| 38. UTSTARCOM, INC.; | ) |
| 39. SONY ERICSSON | ) |
|     COMMUNICATIONS (USA), INC.; | ) |
| 40. SAMSUNG AMERICA, INC.; | ) |
| 41. SAMSUNG ELECTRONICS | ) |
|     AMERICA, INC.; | ) |
| 42. SAMSUNG | ) |
|     TELECOMMUNICATIONS | ) |
|     AMERICA, LLC; | ) |
| 43. SAMSUNG | ) |
|     TELECOMMUNICATIONS | ) |
|     AMERICA, INC.; | ) |
| | ) |
|                Defendants. | ) |

### DEFENDANT HTC AMERICA, INC.'S AGREED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant HTC America, Inc. ("HTC America") files this Agreed Motion to Extend Time to Respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") as follows:

HTC America has requested and Plaintiff has agreed to extend HTC America's time to answer, move or otherwise respond to Plaintiff's Complaint up to and including January 7, 2008.

A proposed Order granting this agreed motion is attached for the Court's convenience.

Dated: October 3, 2007

                    Respectfully submitted,

                    */s/ Andy Tindel*
                    Andy Tindel
                    State Bar No. 20054500
                    PROVOST UMPHREY LAW FIRM, L.L.P.
                    112 East Line Street, Suite 304
                    Tyler, TX  75702
                    (903) 596-0900 Telephone
                    (903) 596-0909 Facsimile
                    email: atindel@andytindel.com

                    Warren S. Heit (Lead Attorney)
                    (*pro hac vice* application to be filed)
                    CA State Bar No. 164658
                    WHITE & CASE LLP
                    3000 El Camino Real
                    Bldg. 5, 9th Floor
                    Palo Alto, California  94306
                    650-213-0300 Telephone
                    650-213-8158 Facsimile
                    email: wheit@whitecase.com

                    ATTORNEYS FOR DEFENDANT
                    HTC AMERICA, INC.

**AGREED:**

*/s/ Larry C. Russ by Andy Tindel w/ permission*
Larry C. Russ
CA State Bar No. 82760
Marc A. Fenster
CA State Bar No. 181067
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
(310) 826-7474 Telephone
email: lruss@raklaw.com
email: mfenster@raklaw.com

ATTORNEYS FOR PLAINTIFF
MINERVA INDUSTRIES, INC.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 3rd day of October, 2007. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                        */s/ Andy Tindel*
                                        Andy Tindel