# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2-07CV-229-TJW |
| ) | |
| 1.  MOTOROLA, INC.; ) | |
| 2.  NOKIA, INC.; ) | |
| 3.  NOKIA MOBILE PHONES, INC.; ) | |
| 4.  ALLTEL CORPORATION ) | |
| 5.  ALLTEL COMMUNICATIONS ) | |
|     WIRELESS, INC; ) | |
| 6.  ALLTEL COMMUNICATIONS, INC.; ) | |
| 7.  ALLTEL COMMUNICATIONS OF ) | |
|     TEXARKANA, INC.; ) | |
| 8.  ALLTEL WIRELESS OF ) | |
|     TEXARKANA, LLC; ) | |
| 9.  AT&T MOBILITY, LLC; ) | |
| 10. BOOST MOBILE; ) | |
| 11. DOBSON CELLULAR SYSTEMS, ) | |
|     INC. D/B/A CELLULAR ONE; ) | |
| 12. HELIO, INC.; ) | |
| 13. HELIO, LLC; ) | |
| 14. HEWLETT-PACKARD COMPANY ) | |
| 15. METROPCS, INC.; ) | |
| 16. METROPCS TEXAS, LLC; ) | |
| 17. METROPCS WIRELESS, INC.; ) | |
| 18. QWEST WIRELESS, LLC; ) | |
| 19. SOUTHERNLINC WIRELESS; ) | |
| 20. SPRINT NEXTEL CORPORATION; ) | |
| 21. SPRINT WIRELESS BROADBAND ) | |
|     COMPANY, LLC; ) | |
| 22. SUNCOM WIRELESS OPERATING ) | |
|     COMPANY, LLC; ) | |
| 23. T-MOBILE USA; ) | |
| 24. TRACFONE WIRELESS, INC.; ) | |
| 25. U.S. CELLULAR WIRELESS; ) | |
| 26. VERIZON COMMUNICATIONS, ) | |
|     INC.; ) | |
| 27. VERIZON WIRELESS SERVICES, ) | |
|     LLC; ) | |

1

Dockets.Justia.com

| | |
|---|---|
| 28. VIRGIN MOBIL USA, LLC; | ) |
| 29. HTC CORPORATION; | ) |
| 30. HTC AMERICA, INC.; | ) |
| 31. KYOCERA WIRELESS   CORPORATION; | )  ) |
| 32. KYOCERA AMERICA, INC.; | ) |
| 33. LG ELECTRONICS, USA, INC.; | ) |
| 34. LG ELECTRONICS MOBILECOMM   USA, INC.; | )  ) |
| 35. PALM, INC.; | ) |
| 36. PANTECH WIRELESS, INC.; | ) |
| 37. SANYO NORTH AMERICA   CORPORATION; | )  ) |
| 38. UTSTARCOM, INC.; | ) |
| 39. SONY ERICSSON   COMMUNICATIONS (USA), INC.; | )  ) |
| 40. SAMSUNG AMERICA, INC.; | ) |
| 41. SAMSUNG ELECTRONICS   AMERICA, INC.; | )  ) |
| 42. SAMSUNG   TELECOMMUNICATIONS   AMERICA, LLC; | )  )  ) |
| 43. SAMSUNG   TELECOMMUNICATIONS   AMERICA, INC.; | )  )  ) |
|           Defendants. | )  ) |

## ORDER GRANTING AGREED MOTION TO
## EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant HTC America, Inc.'s ("HTC America") Agreed Motion to Extend Time to Respond to Plaintiff's Complaint. Having considered the matter, the Court GRANTS the motion and extends the date for HTC America to answer, move or otherwise respond to Plaintiff's Complaint up to and including January 7, 2008.