# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.,** | |
| *Plaintiff,* | **CIVIL ACTION NO.: 2:07-cv-229 [TJW]** |
| vs. | **JURY DEMANDED** |

1. **MOTOROLA, INC.;**
2. **NOKIA, INC.;**
3. **NOKIA MOBILE PHONES, INC.;**
4. **ALLTELL CORPORATION;**
5. **ALLTELL COMMUNICATIONS WIRELESS, INC.;**
6. **ALLTELL COMMUNICATIONS, INC.;**
7. **ALLTELL COMMUNICATIONS OF TEXARKANA, INC.;**
8. **ALLTELL WIRELESS OF TEXARKANA, LLC;**
9. **AT&T MOBILITY, LLC;**
10. **BOOST MOBILE;**
11. **DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE;**
12. **HELIO, INC.;**
13. **HELIO, LLC;**
14. **HEWLETT-PACKWARD COMPANY;**
15. **METROPCS, INC.;**
16. **METROPCS TEXAS, LLC;**
17. **METROPCS WIRELESS, INC.;**
18. **QWEST WIRELESS, LLC;**
19. **SOUTHERNLINC WIRELESS;**
20. **SPRINT NEXTEL CORPORATION;**
21. **SPRINT WIRELESS BROADBAND COMPANY, LLC;**
22. **SUNCOM WIRELESS OPERATING COMPANY, LLC**
23. **T-MOBILE USA;**
24. **TRACFONE WIRELESS, INC.;**
25. **U.S. CELLULAR WIRELESS;**
26. **VERIZON COMMUNICATIONS, INC.;**
27. **VERIZON WIRELESS SERVICES, LLC;**
28. **VIRGIN MOBIL USA, LLC;**
29. **HTC CORPORATION;**
30. **HTC AMERICA, INC.**

{A07\7440\0005\W0340523.1 }

| |
|---|
| 31. KYOCERA WIRELESS CORPORATION; |
| 32. KYOCERA AMERICA, INC.; |
| 33. LG ELECTRONICS USA, INC.; |
| 34. LG ELECTRONICS MOBILECOMM U.S.A., INC.; |
| 35. PALM, INC.; |
| 36. PANTECH WIRELESS, INC.; |
| 37. SANYO NORTH AMERICA CORPORATION; AND |
| 38. UTSTARCOM, INC.; |
| 39. SONY ERICSSON COMMUNICATIONS (USA), INC.; |
| 40. SAMSUNG AMERICA, INC.; |
| 41. SAMSUNG ELECTRONICS AMERICA, INC.; |
| 42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and |
| 43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC., |
| *Defendants.* |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS VERIZON COMMUNICATIONS, INC. and VERIZON WIRELESS SERVICES, LLC**

Defendants VERIZON COMMUNICATIONS, INC. and VERIZON WIRELESS SERVICES, LLC ( "Defendants" or "Verizon"), file this their Notice of Appearance of Additional Counsel, and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Defendants in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

{A07\7440\0005\W0340523.1 }

Dated: October 4, 2007

Respectfully submitted

**POTTER MINTON**
**A Professional Corporation**

By:  */s/ Michael E. Jones*
      Michael E. Jones
      Texas State Bar No. 10929400
      Email: mikejones@potterminton.com
      110 N. College, Suite 500 (75702)
      P. O. Box 359
      Tyler, Texas 75710
      Telephone: (903) 597 8311
      Facsimile: (903) 593 0846

*Attorneys for Defendants*
**VERIZON COMMUNICATIONS, INC. and**
**VERIZON WIRELESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 4, 2007. Any other counsel of record will be served by first class mail on this same date.

                                              */s/ Michael E. Jones*
                                              Michael E. Jones