# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.,** | |
| *Plaintiff,* | **CIVIL ACTION NO.: 2:07-cv-229 [TJW]** |
| vs. | **JURY DEMANDED** |
| 1. **MOTOROLA, INC.;** <br> 2. **NOKIA, INC.;** <br> 3. **NOKIA MOBILE PHONES, INC.;** <br> 4. **ALLTELL CORPORATION;** <br> 5. **ALLTELL COMMUNICATIONS WIRELESS, INC.;** <br> 6. **ALLTELL COMMUNICATIONS, INC.;** <br> 7. **ALLTELL COMMUNICATIONS OF TEXARKANA, INC.;** <br> 8. **ALLTELL WIRELESS OF TEXARKANA, LLC;** <br> 9. **AT&T MOBILITY, LLC;** <br> 10. **BOOST MOBILE;** <br> 11. **DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE;** <br> 12. **HELIO, INC.;** <br> 13. **HELIO, LLC;** <br> 14. **HEWLETT-PACKWARD COMPANY;** <br> 15. **METROPCS, INC.;** <br> 16. **METROPCS TEXAS, LLC;** <br> 17. **METROPCS WIRELESS, INC.;** <br> 18. **QWEST WIRELESS, LLC;** <br> 19. **SOUTHERNLINC WIRELESS;** <br> 20. **SPRINT NEXTEL CORPORATION;** <br> 21. **SPRINT WIRELESS BROADBAND COMPANY, LLC;** <br> 22. **SUNCOM WIRELESS OPERATING COMPANY, LLC** <br> 23. **T-MOBILE USA;** <br> 24. **TRACFONE WIRELESS, INC.;** <br> 25. **U.S. CELLULAR WIRELESS;** <br> 26. **VERIZON COMMUNICATIONS, INC.;** <br> 27. **VERIZON WIRELESS SERVICES, LLC;** <br> 28. **VIRGIN MOBIL USA, LLC;** <br> 29. **HTC CORPORATION;** <br> 30. **HTC AMERICA, INC.** | |

{VRT\7484\0002\W0340521.1 }

| |
|---|
| 31. KYOCERA WIRELESS CORPORATION; |
| 32. KYOCERA AMERICA, INC.; |
| 33. LG ELECTRONICS USA, INC.; |
| 34. LG ELECTRONICS MOBILECOMM U.S.A., INC.; |
| 35. PALM, INC.; |
| 36. PANTECH WIRELESS, INC.; |
| 37. SANYO NORTH AMERICA CORPORATION; AND |
| 38. UTSTARCOM, INC.; |
| 39. SONY ERICSSON COMMUNICATIONS (USA), INC.; |
| 40. SAMSUNG AMERICA, INC.; |
| 41. SAMSUNG ELECTRONICS AMERICA, INC.; |
| 42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and |
| 43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC., |
| *Defendants.* |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS VERIZON COMMUNICATIONS, INC. and VERIZON WIRELESS SERVICES, LLC

Defendants VERIZON COMMUNICATIONS, INC. and VERIZON WIRELESS SERVICES, LLC ( "Defendants" or "Verizon"), file this their Notice of Appearance of Additional Counsel, and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Defendants in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 4, 2007

Respectfully submitted

**POTTER MINTON**
**A Professional Corporation**

By:   */s/ John F. Bufe*
        JOHN F. BUFE
        Texas State Bar No. 03316930
        Email: johnbufe@potterminton.com
        110 N. College, Suite 500 (75702)
        P. O. Box 359
        Tyler, Texas  75710
        Telephone: (903) 597 8311
        Facsimile: (903) 593 0846

*Attorneys for Defendants*
**VERIZON COMMUNICATIONS, INC. and**
**VERIZON WIRELESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 4, 2007. Any other counsel of record will be served by first class mail on this same date.

*/s/ John F. Bufe*
John F. Bufe