## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-cv-229 [TJW] |
| | § | |
| vs. | § | Jury Demanded |
| | § | |
| 1.  MOTOROLA, INC.; | § | <u>Unopposed</u> |
| 2.  NOKIA, INC.; | § | |
| 3.  NOKIA MOBILE PHONES, INC.; | § | |
| 4.  ALLTELL CORPORATION; | § | |
| 5.  ALLTELL COMMUNICATIONS WIRELESS, INC.; | § | |
| 6.  ALLTELL COMMUNICATIONS, INC.; | § | |
| 7.  ALLTELL COMMUNICATIONS OF TEXARKANA, INC.; | § | |
| 8.  ALLTELL WIRELESS OF TEXARKANA, LLC; | § | |
| 9.  AT&T MOBILITY, LLC; | § | |
| 10. BOOST MOBILE; | § | |
| 11. DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE; | § | |
| 12. HELIO, INC.; | § | |
| 13. HELIO, LLC; | § | |
| 14. HEWLETT-PACKWARD COMPANY; | § | |
| 15. METROPCS, INC.; | § | |
| 16. METROPCS TEXAS, LLC; | § | |
| 17. METROPCS WIRELESS, INC.; | § | |
| 18. QWEST WIRELESS, LLC; | § | |
| 19. SOUTHERNLINC WIRELESS; | § | |
| 20. SPRINT NEXTEL CORPORATION; | § | |
| 21. SPRINT WIRELESS BROADBAND COMPANY, LLC; | § | |
| 22. SUNCOM WIRELESS OPERATING COMPANY, LLC; | § | |
| 23. T-MOBILE USA; | § | |
| 24. TRACFONE WIRELESS, INC.; | § | |
| 25. U.S. CELLULAR WIRELESS; | § | |
| 26. VERIZON COMMUNICATIONS, INC.; | § | |
| 27. VERIZON WIRELESS SERVICES, LLC; | § | |
| 28. VIRGIN MOBIL USA, LLC; | § | |
| 29. HTC CORPORATION; | § | |
| 30. HTC AMERICA, INC.; | § | |

31. KYOCERA WIRELESS                §
    CORPORATION;                     §
32. KYOCERA AMERICA, INC.;          §
33. LG ELECTRONICS USA, INC.;       §
34. LG ELECTRONICS MOBILECOMM       §
    U.S.A., INC.;                    §
35. PALM, INC.;                      §
36. PANTECH WIRELESS, INC.;          §
37. SANYO NORTH AMERICA             §
    CORPORATION;                     §
38. UTSTARCOM, INC.;                 §
39. SONY ERICSSON COMMUNICATIONS    §
    (USA), INC.;                     §
40. SAMSUNG AMERICA, INC.;           §
41. SAMSUNG ELECTRONICS AMERICA,    §
    INC.;                            §
42. SAMSUNG TELECOMMUNICATIONS      §
    AMERICA, LLC; and                §
43. SAMSUNG TELECOMMUNICATIONS      §
    AMERICA, INC.,                   §
                                     §
            *Defendants*.            §

### DEFENDANT SANYO NORTH AMERICA CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant SANYO NORTH AMERICA CORPORATION files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond.

The current deadline for Defendants to answer is October 4, 2007. Defendant respectfully requests an extension of time to and including December 3, 2007 to move, answer, or otherwise respond to the Complaint.

This extension is not sought for delay. Counsel for Defendant has conferred with counsel for Plaintiff and represents to the Court that Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that its Motion be granted.

DATED:  October 4, 2007

Respectfully submitted,

/s/ John M. Cone_____
John M. Cone
Texas State Bar No. 04660100
HITCHCOCK EVERT LLP
750 North St. Paul Street
Dallas, Texas 75201
Telephone: (214) 880-7002
Facsimile: (214) 953-1121
Email: jcone@hitchcockevert.com

*OF COUNSEL:*

Michael A. Dorfman
KATTEN MUCHIN ROSENMAN L.L.P.
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone:  (312) 902-5658
Facsimile:  (312) 577-4738

**ATTORNEYS FOR DEFENDANT
SANYO NORTH AMERICA CORP.**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with counsel for Plaintiff and hereby represents to this Court that Plaintiff does not oppose this Motion.


/s/ John M. Cone
John M. Cone




## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of October, 2007.  Any other counsel of record will be served by first class mail.


/s/ John M. Cone
John M. Cone