# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., § | |
| § | |
| *Plaintiff*, § | Civil Action No. 2:07-cv-229 [TJW] |
| § | |
| vs. § | Jury Demanded |
| § | |
| 1. MOTOROLA, INC.; § | <u>Unopposed</u> |
| 2. NOKIA, INC.; § | |
| 3. NOKIA MOBILE PHONES, INC.; § | |
| 4. ALLTELL CORPORATION; § | |
| 5. ALLTELL COMMUNICATIONS § | |
|    WIRELESS, INC.; § | |
| 6. ALLTELL COMMUNICATIONS, INC.; § | |
| 7. ALLTELL COMMUNICATIONS OF § | |
|    TEXARKANA, INC.; § | |
| 8. ALLTELL WIRELESS OF § | |
|    TEXARKANA, LLC; § | |
| 9. AT&T MOBILITY, LLC; § | |
| 10. BOOST MOBILE; § | |
| 11. DOBSON CELLULAR SYSTEMS d/b/a § | |
|     CELLULAR ONE; § | |
| 12. HELIO, INC.; § | |
| 13. HELIO, LLC; § | |
| 14. HEWLETT-PACKWARD COMPANY; § | |
| 15. METROPCS, INC.; § | |
| 16. METROPCS TEXAS, LLC; § | |
| 17. METROPCS WIRELESS, INC.; § | |
| 18. QWEST WIRELESS, LLC; § | |
| 19. SOUTHERNLINC WIRELESS; § | |
| 20. SPRINT NEXTEL CORPORATION; § | |
| 21. SPRINT WIRELESS BROADBAND § | |
|     COMPANY, LLC; § | |
| 22. SUNCOM WIRELESS OPERATING § | |
|     COMPANY, LLC; § | |
| 23. T-MOBILE USA; § | |
| 24. TRACFONE WIRELESS, INC.; § | |
| 25. U.S. CELLULAR WIRELESS; § | |
| 26. VERIZON COMMUNICATIONS, INC.; § | |
| 27. VERIZON WIRELESS SERVICES, LLC; § | |
| 28. VIRGIN MOBIL USA, LLC; § | |
| 29. HTC CORPORATION; § | |
| 30. HTC AMERICA, INC.; § | |

Dockets.Justia.com

| | |
|---|---|
| 31. KYOCERA WIRELESS CORPORATION; | § § |
| 32. KYOCERA AMERICA, INC.; | § |
| 33. LG ELECTRONICS USA, INC.; | § |
| 34. LG ELECTRONICS MOBILECOMM U.S.A., INC.; | § § |
| 35. PALM, INC.; | § |
| 36. PANTECH WIRELESS, INC.; | § |
| 37. SANYO NORTH AMERICA CORPORATION; | § § |
| 38. UTSTARCOM, INC.; | § |
| 39. SONY ERICSSON COMMUNICATIONS (USA), INC.; | § § |
| 40. SAMSUNG AMERICA, INC.; | § |
| 41. SAMSUNG ELECTRONICS AMERICA, INC.; | § § |
| 42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and | § § |
| 43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC., | § § |
| | § |
| *Defendants*. | § |

## ORDER

CAME ON to be considered Defendant SANYO NORTH AMERICA CORPORATION'S Unopposed Motion for Extension of Time to Answer or Otherwise Respond, and the Court, after review of the subject Motion, and the entire record in this cause it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED, that SANYO NORTH AMERICA CORPORATION shall move, answer or otherwise respond to Plaintiff's Complaint by December 3, 2007.

SO ORDERED

October _____, 2007       _____
                          T. JOHN WARD
                          UNITED STATES DISTRICT JUDGE