## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC.,     ) | |
|      ) | |
|     Plaintiff,     ) | |
|      ) | |
|     v.     ) | Civil Action No. 2-07CV-229-TJW |
|      ) | |

1.  MOTOROLA, INC.;                                )
2.  NOKIA, INC.;                                   )
3.  NOKIA MOBILE PHONES, INC.;                     )
4.  ALLTEL CORPORATION                             )
5.  ALLTEL COMMUNICATIONS                          )
    WIRELESS, INC;                                 )
6.  ALLTEL COMMUNICATIONS, INC.;  )
7.  ALLTEL COMMUNICATIONS OF                       )
    TEXARKANA, INC.;                               )
8.  ALLTEL WIRELESS OF                             )
    TEXARKANA, LLC;                                )
9.  AT&T MOBILITY, LLC;                            )
10. BOOST MOBILE;                                  )
11. DOBSON CELLULAR SYSTEMS,                       )
    INC. D/B/A CELLULAR ONE;                       )
12. HELIO, INC.;                                   )
13. HELIO, LLC;                                    )
14. HEWLETT-PACKARD COMPANY                        )
15. METROPCS, INC.;                                )
16. METROPCS TEXAS, LLC;                           )
17. METROPCS WIRELESS, INC.;                       )
18. QWEST WIRELESS, LLC;                           )
19. SOUTHERNLINC WIRELESS;                         )
20. SPRINT NEXTEL CORPORATION;                     )
21. SPRINT WIRELESS BROADBAND                      )
    COMPANY, LLC;                                  )
22. SUNCOM WIRELESS OPERATING                      )
    COMPANY, LLC;                                  )
23. T-MOBILE USA;                                  )
24. TRACFONE WIRELESS, INC.;                       )
25. U.S. CELLULAR WIRELESS;                        )
26. VERIZON COMMUNICATIONS,                        )
    INC.;                                          )
27. VERIZON WIRELESS SERVICES,                     )
    LLC;                                           )

Dockets.Justia.com

28. VIRGIN MOBIL USA, LLC;              )
29. HTC CORPORATION;                    )
30. HTC AMERICA, INC.;                  )
31. KYOCERA WIRELESS                    )
    CORPORATION;                        )
32. KYOCERA AMERICA, INC.;              )
33. LG ELECTRONICS, USA, INC.;          )
34. LG ELECTRONICS MOBILECOMM           )
    USA, INC.;                          )
35. PALM, INC.;                         )
36. PANTECH WIRELESS, INC.;             )
37. SANYO NORTH AMERICA                 )
    CORPORATION;                        )
38. UTSTARCOM, INC.;                    )
39. SONY ERICSSON                       )
    COMMUNICATIONS (USA), INC.;         )
40. SAMSUNG AMERICA, INC.;              )
41. SAMSUNG ELECTRONICS                 )
    AMERICA, INC.;                      )
42. SAMSUNG                             )
    TELECOMMUNICATIONS                  )
    AMERICA, LLC;                       )
43. SAMSUNG                             )
    TELECOMMUNICATIONS                  )
    AMERICA, INC.;                      )
                                        )
               Defendants.              )


## ORDER GRANTING AGREED MOTION TO
## EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT


Before the Court is Defendant HTC America, Inc.'s ("HTC America") Agreed Motion to

Extend Time to Respond to Plaintiff's Complaint.  Having considered the matter, the Court

GRANTS the motion and extends the date for HTC America to answer, move or otherwise

respond to Plaintiff's Complaint up to and including January 7, 2008.

SIGNED this  4th  day of October, 2007.


T. JOHN WARD
UNITED STATES DISTRICT JUDGE