UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

MINERVA INDUSTRIES, INC.,

*Plaintiff*,

vs.

MOTOROLA, INC., ET AL.

*Defendants*.

C.A. No. 2:07-CV-229 TJW

JURY TRIAL DEMANDED

### (PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PANTECH WIRELESS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant PANTECH WIRELESS, INC. moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff Minerva Industries, Inc.'s Complaint up to and including January 7, 2008.

Having considered the pleading, the Court is of the opinion that the motion should be GRANTED. Thus, it is therefore,

ORDERED that Defendant is required to move, answer or otherwise respond to Plaintiff's Complaint up to and including January 7, 2008.