# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC. *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:07–CV–0229 TJW |

### SONY ERICSSON'S UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Sony Ericsson Mobile Communications (USA) Inc. ("Sony Ericsson") (incorrectly sued as "Sony Ericsson Communications (USA), Inc.") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond.

The current deadline for Sony Ericsson to answer is October 10, 2007. Sony Ericsson respectfully requests an extension of time to and including November 15, 2007, to answer, move, or otherwise respond to the Complaint.

The requested extension is not sought for delay. Counsel for Sony Ericsson has conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose this Motion.

– 1 –

Respectfully submitted,


*/s/ Jennifer Parker Ainsworth*
Bruce S. Sostek (Lead Attorney)
  Texas Bar No. 18855700
  bruce.sostek@tklaw.com
Jane Politz Brandt
  Texas Bar No. 02882090
  jane.brandt@tklaw.com
Richard L. Wynne, Jr.
  Texas Bar No. 24003214
  richard.wynne@tklaw.com
Michael Stockham
  Texas Bar No. 24038074
  Michael.stockham@tklaw.com

THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201–4693
214.969.1700
214.969.1751 (facsimile)

Jennifer Parker Ainsworth
  Texas Bar No. 00784720
  jainsworth@wilsonlawfirm.com
WILSON ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
903.509.5000
903.509.5092 (facsimile)

ATTORNEYS FOR DEFENDANT
SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 5th day of October, 2007, in compliance with Local Rule CV–5(a) and has been served on all counsel who have consented to electronic service and all other counsel by facsimile and regular mail.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth

## CERTIFICATE OF CONFERENCE

Counsel for Sony Ericsson has conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose this motion.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth