# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MOTOROLA, INC. *et al.*,<br><br>        Defendants. | CIVIL ACTION NO. 2:07–CV–0229 TJW |

## ORDER

The Court has considered the Unopposed Motion of Sony Ericsson Mobile Communications (USA) Inc. ("Sony Ericsson") for an extension of time to answer, move, or otherwise respond to Plaintiff's Original Complaint and is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Sony Ericsson shall have until and including November 15, 2007, to answer, move, or otherwise respond to Plaintiff's Original Complaint.

Dockets.Justia.com