UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> MOTOROLA, INC., ET AL. <br><br> *Defendants*. | C.A. No. 2:07-CV-229 TJW <br><br> JURY TRIAL DEMANDED |

**DEFENDANT PANTECH WIRELESS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Pantech Wireless, Inc., by and through its attorneys, hereby submits the following disclosure pursuant to Fed. R. Civ. P. 7.1:

Pantech Co., Ltd. and Pantech & Curitel Communications, Inc. are the only two corporations who own 10% or more of Pantech Wireless, Inc.'s stock.

Pantech Wireless, Inc. is a corporation duly incorporated under the laws of California. The parent corporations of Pantech Wireless, Inc. are Pantech Co., Ltd. and Pantech & Curitel Communications, Inc.

Dated: October 5, 2007

Respectfully submitted,

GILLAM & SMITH, LLP

/s/
Melissa R. Smith
State Bar No. 24001351
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue

Marshall, TX  75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

ATTORNEYS FOR DEFENDANT
PANTECH WIRELESS, INC.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 5th day of October, 2007.

                                                /s/
                                      Melissa R. Smith