Minerva Industries, Inc. v. Motorola, Inc. et al                                                                            Doc. 75
Case 2:07-cv-00229-TJW    Document 75    Filed 10/04/2007    Page 1 of 22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-cv-229 [TJW] |
| | § | |
| vs. | § | Jury Demanded |
| | § | |
| 1. MOTOROLA, INC.; | § | Unopposed |
| 2. NOKIA, INC.; | § | |
| 3. NOKIA MOBILE PHONES, INC.; | § | |
| 4. ALLTELL CORPORATION; | § | |
| 5. ALLTELL COMMUNICATIONS WIRELESS, INC.; | § | |
| 6. ALLTELL COMMUNICATIONS, INC.; | § | |
| 7. ALLTELL COMMUNICATIONS OF TEXARKANA, INC.; | § | |
| 8. ALLTELL WIRELESS OF TEXARKANA, LLC; | § | |
| 9. AT&T MOBILITY, LLC; | § | |
| 10. BOOST MOBILE; | § | |
| 11. DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE; | § | |
| 12. HELIO, INC.; | § | |
| 13. HELIO, LLC; | § | |
| 14. HEWLETT-PACKWARD COMPANY; | § | |
| 15. METROPCS, INC.; | § | |
| 16. METROPCS TEXAS, LLC; | § | |
| 17. METROPCS WIRELESS, INC.; | § | |
| 18. QWEST WIRELESS, LLC; | § | |
| 19. SOUTHERNLINC WIRELESS; | § | |
| 20. SPRINT NEXTEL CORPORATION; | § | |
| 21. SPRINT WIRELESS BROADBAND COMPANY, LLC; | § | |
| 22. SUNCOM WIRELESS OPERATING COMPANY, LLC; | § | |
| 23. T-MOBILE USA; | § | |
| 24. TRACFONE WIRELESS, INC.; | § | |
| 25. U.S. CELLULAR WIRELESS; | § | |
| 26. VERIZON COMMUNICATIONS, INC.; | § | |
| 27. VERIZON WIRELESS SERVICES, LLC; | § | |
| 28. VIRGIN MOBIL USA, LLC; | § | |
| 29. HTC CORPORATION; | § | |
| 30. HTC AMERICA, INC.; | § | |

| | |
|---|---|
| 31. KYOCERA WIRELESS CORPORATION; | § § |
| 32. KYOCERA AMERICA, INC.; | § |
| 33. LG ELECTRONICS USA, INC.; | § |
| 34. LG ELECTRONICS MOBILECOMM U.S.A., INC.; | § § |
| 35. PALM, INC.; | § |
| 36. PANTECH WIRELESS, INC.; | § |
| 37. SANYO NORTH AMERICA CORPORATION; | § § |
| 38. UTSTARCOM, INC.; | § |
| 39. SONY ERICSSON COMMUNICATIONS (USA), INC.; | § § |
| 40. SAMSUNG AMERICA, INC.; | § |
| 41. SAMSUNG ELECTRONICS AMERICA, INC.; | § § |
| 42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and | § § |
| 43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC., | § § |
| | § |
| *Defendants*. | § |

## ORDER

CAME ON to be considered Defendant SANYO NORTH AMERICA CORPORATION'S Unopposed Motion for Extension of Time to Answer or Otherwise Respond, and the Court, after review of the subject Motion, and the entire record in this cause it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED, that SANYO NORTH AMERICA CORPORATION shall move, answer or otherwise respond to Plaintiff's Complaint by December 3, 2007.

SO ORDERED

SIGNED this 9th day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE