**Appendix K**                                              Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 OCT 10 AM 10: 34
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2-07CV-229-TJW
Style: Civil / Minerva Industries, Inc., v. Motorola, Inc. et al.
2. Applicant is representing the following party/ies: HTC Corporation and HTC America, Inc.
3. Applicant was admitted to practice in CA (state) on June 1993 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts:
United States District Court - Northern, Southern and Central Districts of California
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Warren S. Heit _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 10/05/07        Signature _____

Minerva Industries, Inc. v. Motorola, Inc. et al     Doc. 79

American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Warren S. Heit
State Bar Number 164658
Firm Name: White & Case LLP
Address/P.O. Box: 3000 El Camino Real, 5 Palo Alto Sq., 10th Flr.
City/State/Zip: Palo Alto, CA 94306
Telephone #: 650-213-0300
Fax #: 650-213-8158
E-mail Address: wheit@whitecase.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __10/10/07__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

American LegalNet, Inc.
www.FormsWorkflow.com

**Receipt for Payment** Receipt No: 2-3-00091 01

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Thursday, October 11, 2007**

Received from:

**WHITE CASE**

**5 PAL ALTO SQAURE**

**10TH FL**

**PALA ALTO, CA 94304**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| **Total** | **$25.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:07cv229 phv heit**

Comments: **CK 8045**

Received by: **pa**