# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., )<br>NOKIA, INC. )<br>NOKIA MOBILE PHONES, INC. )<br>ALLTEL CORP., )<br>ALLTEL COMMUNICATIONS WIRELESS, )<br>INC. )<br>ALLTEL COMMUNICATION OF )<br>TEXARKANA, INC., )<br>ALLTEL WIRELESS OF TEXARKANA, LLC, )<br>AT&T MOBILITY, LLC, )<br>BOOST MOBILE, )<br>DOBSON CELLULAR SYSTEMS, INC. (d/b/a )<br>CELLULAR ONE), )<br>HELIO, INC., )<br>HELIO, LLC, )<br>HEWLETT-PACKARD CO., )<br>METROPCS, INC., )<br>METROPCS WIRELESS, INC. )<br>METROPCS TEXAS, LLC, )<br>QWEST WIRELESS, LLC, )<br>SOUTHERNLINC WIRELESS )<br>SPRINT NEXTEL CORP., )<br>SPRINT WIRELESS BROADBAND CO., LLC, )<br>SUNCOM WIRELESS OPERATING CO., )<br>LLC, )<br>T-MOBILE USA, INC., )<br>TRACFONE WIRELESS, INC., )<br>U.S. CELLULAR WIRELESS, )<br>VERIZON COMMUNICATIONS, INC., )<br>VERIZON WIRELESS SERVICES, LLC. )<br>VIRGIN MOBILE USA, LLC, )<br>HTC CORP., )<br>HTC AMERICA, INC., )<br>KYOCERA WIRELESS CORP., )<br>KYOCERA AMERICA, INC., )<br>LG ELECTRONICS, USA, INC. )<br>LG ELECTRONICS MOBILECOMM USA, | Civil Action No. 2:07-cv-229 (TJW) |

| | |
|---|---|
| INC. | ) |
| PALM, INC., | ) |
| PANTECH WIRELESS, INC. | ) |
| SANYO NORTH AMERICA CORP., | ) |
| UTSTARCOM, INC. | ) |
| SONY ERICSSON COMMUNICATIONS, | ) |
| (USA), INC., | ) |
| SAMSUNG AMERICAN, INC., | ) |
| SAMSUNG ELECTRONICS AMERICA, INC. | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, LLC, | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, INC., | ) |
| ALLTEL COMMUNICATION, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING HEWLETT-PACKARD COMPANY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Having considered Hewlett-Packard Company's Motion for an Extension of Time to Answer or Otherwise Respond and finding that good cause exists for the requested extension, Defendant's Motion is GRANTED and

IT IS HEREBY ORDERED THAT the deadline for Hewlett-Packard Company to Answer or otherwise respond to Plaintiff's Complaint of Patent Infringement is extended through December 14, 2007.

SIGNED this 11th day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE