IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. | ) | |
| | ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Defendants Kyocera Wireless Corp.; LG Electronics MobileComm U.S.A., Inc.; LG
Electronics U.S.A., Inc.; Motorola, Inc.; Nokia Inc.; Samsung Electronics America, Inc.;
Samsung Telecommunications America, LLC; Alltel Communications, Inc.; Alltel
Communications of Texarkana, Inc.; Alltel Communications Wireless, Inc.; Alltel Corporation;
Alltel Wireless of Texarkana, LLC; Helio, Inc.; HELIO LLC; MetroPCS, Inc.; MetroPCS Texas,
LLC; MetroPCS Wireless, Inc.; Sprint Wireless Broadband Company, LLC; T-Mobile USA, Inc.;
TracFone Wireless, Inc.; and Virgin Mobile USA, LLC (collectively "Defendants") move the
Court for an extension of the current various deadlines to answer, move, or otherwise object in
this case. After review of the subject Motion and the entire record in this case, it is hereby
ORDERED that the Motion is granted.

It is further ordered that the deadline for Defendants to answer, move, or otherwise object
is hereby extended to and including January 7, 2008.

Dockets.Justia.com