UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., *Plaintiff*, vs. MOTOROLA, INC., ET AL. *Defendants*. | C.A. No. 2:07-CV-229 TJW  JURY TRIAL DEMANDED |

## DEFENDANT UTSTARCOM, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant UTStarcom, Inc., by and through its attorneys, hereby submits the following disclosure pursuant to Fed. R. Civ. P. 7.1:

Goldman Sachs Asset Management (US) owns 10% or more of UTStarcom, Inc.'s stock. Goldman Sachs Asset Management is not publicly traded, but its affiliate, The Goldman Sachs Group, Inc. is. No other publicly traded corporation owns 10% or more of UTStarcom, Inc.'s stock. UTStarcom, Inc. has no parent corporation.

Dated: October 12, 2007

Respectfully submitted,

GILLAM & SMITH, LLP

/s/
Melissa R. Smith
State Bar No. 24001351
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450

Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANT
UTSTARCOM, INC.

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 12th day of October, 2007.

/s/
Melissa R. Smith