## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **MINERVA INDUSTRIES, INC.** | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No.**:  2:07-cv-00229 - TJW |
| | : | |
| 1. **MOTOROLA, INC.;** | : | |
| 2. **NOKIA, INC.;** | : | |
| 3. **NOKIA MOBILE PHONES, INC.;** | : | |
| 4. **ALLTEL CORPORATION;** | : | |
| 5. **ALLTEL COMMUNICATIONS WIRELESS, INC.;** | : | |
| 6. **ALLTEL COMMUNICATIONS, INC.;** | : | |
| 7. **ALLTEL COMMUNICATIONS OF TEXARKANA, INC.;** | : | |
| 8. **ALLTEL WIRELESS OF TEXARKANA, LLC.;** | : | |
| 9. **AT&T MOBILITY, LLC;** | : | |
| 10. **BOOST MOBILE;** | : | |
| 11. **DOBSON CELLULAR SYSTEMS D/B/A/ CELLULAR ONE;** | : | |
| 12. **HELIO, INC.;** | : | |
| 13. **HELIO, LLC;** | : | |
| 14. **HEWLETT-PACKARD COMPANY;** | : | |
| 15. **METROPCS, INC.;** | : | |
| 16. **METROPCS TEXAS, LLC;** | : | |
| 17. **METROPCS WIRELESS, INC.;** | : | |
| 18. **QWEST WIRELESS, LLC;** | : | |
| 19. **SOUTHERNLINC WIRELESS;** | : | |
| 20. **SPRINT NEXTEL CORPORATION;** | : | |
| 21. **SPRINT WIRELESS BROADBAND COMPANY, LLC;** | : | |
| 22. **SUNCOM WIRELESS OPERATING COMPANY, LLC;** | : | |
| 23. **T-MOBILE USA;** | : | |
| 24. **TRACFONE WIRELESS, INC.;** | : | |
| 25. **U.S. CELLULAR WIRELESS;** | : | |
| 26. **VERIZON COMMUNICATIONS** | : | |

708429_1

Dockets.Justia.com

|  |  |
|---|---|
| INC.; | : |
| 27. **VERIZON WIRELESS SERVICES, LLC;** | : : |
| 28. **VIRGIN MOBIL USA, LLC;** | : |
| 29. **HTC CORPORATION;** | : |
| 30. **HTC AMERICA, INC.;** | : |
| 31. **KYOCERA WIRELESS CORPORATION;** | : : |
| 32. **KYOCERA AMERICA, INC.;** | : |
| 33. **LG ELECTRONICS U.S.A., INC.;** | : |
| 34. **LG ELECTRONICS MOBILECOMM U.S.A., INC.;** | : : |
| 35. **PALM, INC.** | : |
| 36. **PANTECH WIRELESS, INC.** | : |
| 37. **SANYO NORTH AMERICA CORPORATION; AND** | : : |
| 38. **UTSTARCOM, INC.;** | : |
| 39. **SONY ERICSSON COMMUNICATIONS (USA), INC.;** | : : |
| 40. **SAMSUNG AMERICA, INC.;** | : |
| 41. **SAMSUNG ELECTRONICS AMERICA, INC.;** | : : |
| 42. **SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and** | : : : |
| 43. **SAMSUNG TELECOMMUNICATIONS AMERICA, INC.;** | : : : |
|  | : |
| Defendants. | : |

## DEFENDANT SUNCOM WIRELESS OPERATING COMPANY, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Defendant SunCom Wireless Operating Company, LLC ("Defendant"), without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, hereby moves this Court to extend the time within which Defendant must answer or otherwise respond to Plaintiff's Complaint up to and including January 7, 2008. As reflected in the Certificate of Conference below, this motion to extend the time to answer or otherwise respond is unopposed.

Respectfully submitted,

_____/s/_____

Melissa R. Smith
    Texas Bar No. 24001351
    melissa@gillamsmithlaw.com
GILLAM SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:    (903) 934-8450
Facsimile:    (903) 934-9257

ATTORNEY FOR DEFENDANT
SUNCOM WIRELESS
OPERATING COMPANY, LLC

## CERTIFICATE OF CONFERENCE

    I certify that I communicated with opposing counsel concerning this motion on October 11, 2007, and opposing counsel agreed to the extension.  This motion is unopposed.

_____/s/_____

Melissa R. Smith

## CERTIFICATE OF SERVICE

    I certify that on the 12th day of October, 2007, all counsel who are deemed to have consented to electronic service are being to served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

_____/s/_____

Melissa R. Smith