UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DISVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:07-CV-0229 TJW |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| MOTOROLA, INC., et al., | § | |
| Defendants. | § | |

**DEFENDANT AT&T MOBILITY, LLC'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant AT&T Mobility, LLC ("AT&T Mobility") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond and respectfully states as follows:

The current deadline for AT&T Mobility to answer or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial is October 15, 2007. AT&T Mobility respectfully requests an extension of time to and including January 7, 2008, to answer, move, or otherwise respond to Plaintiff's Complaint.

The requested extension is not sought for delay. Counsel for AT&T Mobility has conferred with counsel for Plaintiff who states that Plaintiff does not oppose this Motion.

Respectfully submitted,

By: /s/ Darby V. Doan
James N. Haltom
Texas Bar No. 08809000
Darby V. Doan
Texas Bar No. 00793622
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

Unopposed Motion for Extension of Time – Page 1

       and

       Andrew M. Riddles
       (*pro hac vice* application to be filed)
       Bruce D. DeRenzi
       (*pro hac vice* application to be filed)
       CROWELL & MORING LLP
       153 East 53rd Street, 31st Floor
       New York, NY 10022-4611
       Telephone: (212) 223-4000
       Facsimile: (212) 223-4134

       **ATTORNEYS FOR DEFENDANT**
       **AT&T MOBILITY, LLC**

## CERTIFICATE OF CONFERENCE

  Counsel for AT&T Mobility, LLC has conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose this motion.

       /s/ Darby V. Doan
       Darby V. Doan

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically on the 12th day of October, 2007, in compliance with Local Rule CV-5(a), and has been served on all counsel who have consented to electronic service and all other counsel not deemed to have consented to electronic service by facsimile and/or regular mail.

       //s/Darby V. Doan
       Darby V. Doan