UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> MOTOROLA, INC., ET AL. <br><br> *Defendants*. | C.A. No. 2:07-CV-229 TJW <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR QWEST WIRELESS, LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

1.　Defendant QWEST WIRELESS, LLC hereby moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff MINERVA INDUSTRIES, INC.'s Complaint up to and including January 7, 2008.

2.　Good cause exists for the granting of this motion and the motion is made for the reason and on the grounds that the additional time is necessary in order to allow counsel to adequately confer with their client and respond appropriately to Plaintiff's Complaint.

WHEREFORE, Defendant QWEST WIRELESS, LLC respectfully prays that the time to answer or otherwise move or respond to Plaintiff's Complaint be extended until January 7, 2008.

Dated:  October 12, 2007

Respectfully submitted,

GILLAM & SMITH, LLP

/s/
Melissa R. Smith
State Bar No. 24001351
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX  75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

ATTORNEYS FOR DEFENDANT
PANTECH WIRELESS, INC.

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant and counsel for Plaintiff conferred on October 12, 2007 and Plaintiff does not oppose this motion.

/s/
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 12th day of October, 2007.

/s/
Melissa R. Smith