Minerva Industries, Inc. v. Motorola, Inc. et al.                                                                Doc. 89

Case 2:07-cv-00229-TJW    Document 89    Filed 10/15/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | | |
| *Plaintiff*, | | |
| vs. | | C.A. No. 2:07-CV-229 TJW |
| MOTOROLA, INC., ET AL. | | JURY TRIAL DEMANDED |
| *Defendants*. | | |

**DEFENDANT SUNCOM WIRELESS OPERATING COMPANY, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Defendant SunCom Wireless Operating Company, LLC, by and through its attorneys, hereby submits the following disclosure pursuant to Fed. R. Civ. P. 7.1:

SunCom Wireless Operating Company, LLC. is a limited liability company duly organized under the laws of the State of Delaware.  The parent corporation of SunCom Wireless Operating Company, LLC, is SunCom Wireless, Inc.

SunCom Wireless Operating Company, LLC's parent corporation SunCom Wireless, Inc., is a subsidiary of SunCom Wireless Investment Company, LLC, which, in turn, is a subsidiary of SunCom Wireless Holdings, Inc.  Thus, more than 10% of SunCom Wireless Operating Company, LLC is owned indirectly by the publicly-traded company SunCom Wireless Holdings, Inc. through its subsidiaries.

Dockets.Justia.com

Dated:  October 15, 2007

Respectfully submitted,

GILLAM & SMITH, LLP

_____/s/_____
Melissa R. Smith
State Bar No. 24001351
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX  75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

ATTORNEYS FOR DEFENDANT
SUNCOM WIRELESS OPERATING
COMPANY, LLC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 15th day of October, 2007.

_____/s/_____
Melissa R. Smith

708885_1