IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-229[TJW] |
| | § | |
| 1. MOTOROLA, INC.; et al | § | JURY DEMAND |

**DEFENDANT DOBSON CELLULAR SYSTEMS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant DOBSON CELLULAR SYSTEMS, INC. ("DOBSON") (which Plaintiff incorrectly identified as DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE in its Complaint), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff MINERVA INDUSTRIES, INC. and would respectfully show the Court as follows:

DOBSON has requested and Plaintiff has agreed to an extension of DOBSON'S time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, DOBSON requests, and MINERVA INDUSTRIES, INC. does not oppose, an additional extension of time up to and including January 7, 2008.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: October 15, 2007                    Respectfully submitted,

By:   */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311

{A07\7819\0002\W0340974.1 }

(903) 593 0846 (Facsimile)
mikejones@potterminton.com

OF COUNSEL
Charles L. McLawhorn, III
chad.mclawhorn@mcafeetaft.com
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square, 211 N. Robinson
Oklahoma City, Oklahoma 73102
Tel: 405.235.9621
Fax: 405.235.0439

ATTORNEYS FOR DEFENDANT
DOBSON CELLULAR SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of October, 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ Michael E. Jones
Michael E. Jones

{A07\7819\0002\W0340974.1 }