IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS HELIO LLC AND HELIO, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants HELIO LLC and Helio, Inc.. state:

1. HELIO LLC is jointly owned by SK Telecom USA Holdings, Inc. (a subsidiary of SK Telecom Co., Ltd., whose ADRs are publicly traded). and EarthLink, Inc. No other publicly traded corporation owns 10% or more of the shares of Defendant HELIO LLC.

2. SK Telecom and EarthLink are majority owners of Helio, Inc. No other publicly traded corporation owns 10% or more of the voting shares of Helio, Inc.

1

2

Dated: October 15, 2007                               Respectfully submitted,


s/ Steven M. Zager
Steven M. Zager, Lead Attorney
State Bar No. 22241500
szager@akingump.com
Fred I. Williams
State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713.220.5800
Facsimile:  713.236.0822

Jeffrey K. Sherwood
State Bar No. 24009354
jsherwood@akingump.com
Jin-Suk Park *(pro hac vice application to be filed)*
jspark@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile:  202.887.4200

Todd E. Landis
State Bar No. 24030226
tlandis@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile:  214.969.4343

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

| | |
|---|---|
| Samuel F. Baxter<br>State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone:  214.978.4016 | Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Potter Minton<br>110 N. College<br>Tyler, TX 75702<br>Telephone:  903.597.8311 |
| Attorneys for Defendant Kyocera Wireless Corp. | Attorneys for Defendant Motorola, Inc. |
| Carl R. Roth<br>State Bar No. 17312000<br>cr@rothfirm.com<br>Michael C. Smith<br>State Bar No. 18650410<br>ms@rothfirm.com<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>Marshall, TX 75670<br>Telephone:  903.935.1665 | John Flaim<br>State Bar No. 00785864<br>john.flaim@bakernet.com<br>William D. McSpadden<br>State Bar No. 24002587<br>william.d.mcspadden@bakernet.com<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone:  214.978.3000 |
| Attorneys for Defendant Nokia Inc. | Attorneys for Alltel Communications, Inc.,<br>Alltel Communications of Texarkana, Inc.,<br>Alltel Communications Wireless, Inc.,<br>Alltel Corporation, and<br>Alltel Wireless of Texarkana, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

| | |
|---|---|
| Marc A. Fenster<br>mfenster@raklaw.com<br>David R. Gabor<br>dgabor@raklaw.com<br>Irene Y. Lee<br>ilee@raklaw.com<br>Robert E. Satterthwaite<br>rsatterthwaite@raklaw.com<br>Larry C. Russ<br>lruss@raklaw.com<br>Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310.826.7474<br>Facsimile:  310.826.6991<br><br>Attorneys for Plaintiff | S. Calvin Capshaw III<br>ccapshaw@mailbmc.com<br>Elizabeth L. DeRieux<br>ederieux@mailbmc.com<br>Andrew Wesley Spangler<br>aspangler@mailbmc.com<br>Brown McCarroll LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX 75601-5157<br>Telephone: 903.236.9800<br>Facsimile:  903.236.8787<br><br>Attorneys for Plaintiff |
| Franklin Jones Jr.<br>maizieh@millerfirm.com<br>Jones & Jones, Inc., P.C.<br>201 West Houston Street<br>P.O. Drawer 1249<br>Marshall, TX 75671-1249<br>Telephone: 903.938.4395<br>Facsimile:  903.938.3360<br><br>Attorneys for Plaintiff | Otis W. Carroll<br>Collin Maloney<br>fedserv@icklaw.com<br>Ireland Carroll & Kelley, P.C.<br>6101 South Broadway, Suite 500<br>P.O. Box 7879<br>Tyler, TX 75711<br>Telephone: 903.561.1600<br>Facsimile:  903.581.1071<br><br>Attorneys for Plaintiff |

Andy Tindel  
atindel@andytindel.com  
Provost Umphrey Law Firm, L.L.P.  
112 East Line Street, Suite 304  
Tyler, TX 75702  
Telephone: 903.596.0900  
Facsimile:  903.596.0909  

Warren S. Heit *(pro hac vice pending)*  
wheit@whitecase.com  
White & Case LLP  
3000 El Camino Real  
Bldg. 5, 9th Floor  
Palo Alto, CA 94306  
Telephone: 650.213.0300  
Facsimile:  650.213.8158  

Attorneys for Defendant HTC America, Inc.


Melissa R. Smith  
melissa@gillamsmithlaw.com  
Harry L. Gillam, Jr.  
gil@gillamsmithlaw.com  
Gillam & Smith, L.L.P.  
303 South Washington Avenue  
Marshall, TX 75670  
Telephone: 903.934.8450  
Facsimile:  903.934.9257  

Hae-Chan Park  
hpark@park-law.com  
Wayne M. Helge  
whelge@parklaw.com  
HC Park & Associates  
8500 Leesburg Pike, Suite 7500  
Vienna, VA 22182  
Telephone: 703.288.5105  
Facsimile:  703.288.5139  

Attorneys for Pantech Wireless, Inc.

Michael E. Jones  
mikejones@potterminton.com  
John F. Bufe  
johnbufe@potterminton.com  
Potter Minton  
P.O. Box 359  
Tyler, TX 75710  
Telephone: 903.597.8311  
Facsimile:  903.593.0846  

Jeffrey E. Ostrow  
jostrow@stblaw.com  
Simpson Thacher & Bartlett LLP  
2550 Hanover Street  
Palo Alto, CA 94304  
Telephone: 650.251.5030  
Facsimile:  650.251.5002  

Attorneys for Verizon Communications, Inc. and Verizon Wireless Services, LLC

Michael A. Dorfman  
michael.dorfman@kattenlaw.com  
Timothy J. Vezeau  
timothy.vezeau@kattenlaw.com  
Katten Munchin Rosenman LLP  
525 West Monroe Street  
Chicago, IL 60661-3693  
Telephone: 312.902.5200  
Facsimile:  312.902.1061  

John M. Cone  
jcone@hitchcockevert.com  
Hitchcock Evert LLP  
750 North St. Paul Street, Suite 1110  
Dallas, TX 75201  
Telephone: 214.953.1111  
Facsimile:  214.953.1121  

Attorneys for Sanyo North America Corporation

Paul B. Keller
paul.keller@wilmerhale.com
Wilmer Hale
399 Park Avenue
New York, NY 10022
Telephone: 212.937.7273
Facsimile:  212.230.8888

Attorneys for Palm, Inc.

Bruce S. Sostek
bruce.sostek@tklaw.com
Jane Politz Brandt
jane.brandt@tklaw.com
Richard L. Wynne, Jr.
richard.wynne@tklaw.com
Michael Stockham
michael.stockham@tklaw.com
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Telephone: 214.969.1700
Facsimile:  214.969.1751

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile:  903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.

Josh A. Krevitt
jkrevitt@gibsondunn.com
John L. LaBarre
jlabarre@gibsondunn.com
Gibson Dunn & Crutcher LLP
200 Park Aveue, 47th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile:  212.351.4035

Attorneys for Hewlett-Packard Company

  s/ Fred I. Williams
Fred I. Williams