IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SPRINT WIRELESS BROADBAND COMPANY, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sprint Wireless Broadband Company, LLC states:

1. The parent corporation of Defendant Sprint Wireless Broadband Company, LLC is TDI Acquisition Corporation. TDI Acquisition is not a publicly traded company.

2. TDI Acquisition is a wholly-owned subsidiary of Sprint Nextel Corporation, which is a publicly traded company. No publicly held corporation owns 10% or more of Sprint Nextel Corporation's stock.

1

Dated: October 15, 2007     Respectfully submitted,

        s/ Steven M. Zager
        Steven M. Zager, Lead Attorney
        State Bar No. 22241500
        szager@akingump.com
        Fred I. Williams
        State Bar No. 00794855
        fwilliams@akingump.com
        Akin Gump Strauss Hauer & Feld LLP
        1111 Louisiana Street, 44th Floor
        Houston, TX 77002
        Telephone: 713.220.5800
        Facsimile:  713.236.0822

        Jeffrey K. Sherwood
        State Bar No. 24009354
        jsherwood@akingump.com
        Jin-Suk Park *(pro hac vice application to be filed)*
        jspark@akingump.com
        Akin Gump Strauss Hauer & Feld LLP
        Robert S. Strauss Building
        1333 New Hampshire Avenue, N.W.
        Washington, DC 20036-1564
        Telephone: 202.887.4000
        Facsimile:  202.887.4200

        Todd E. Landis
        State Bar No. 24030226
        tlandis@akingump.com
        Akin Gump Strauss Hauer & Feld LLP
        1700 Pacific Avenue, Suite 4100
        Dallas, TX 75201
        Telephone: 214.969.2800
        Facsimile:  214.969.4343

        ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

| | |
|---|---|
| Samuel F. Baxter<br>State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone:  214.978.4016 | Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Potter Minton<br>110 N. College<br>Tyler, TX 75702<br>Telephone:  903.597.8311 |
| Attorneys for Defendant Kyocera Wireless Corp. | Attorneys for Defendant Motorola, Inc. |
| Carl R. Roth<br>State Bar No. 17312000<br>cr@rothfirm.com<br>Michael C. Smith<br>State Bar No. 18650410<br>ms@rothfirm.com<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>Marshall, TX 75670<br>Telephone:  903.935.1665 | John Flaim<br>State Bar No. 00785864<br>john.flaim@bakernet.com<br>William D. McSpadden<br>State Bar No. 24002587<br>william.d.mcspadden@bakernet.com<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone:  214.978.3000 |
| Attorneys for Defendant Nokia Inc. | Attorneys for Alltel Communications, Inc.,<br>Alltel Communications of Texarkana, Inc.,<br>Alltel Communications Wireless, Inc.,<br>Alltel Corporation, and<br>Alltel Wireless of Texarkana, LLC |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

| | |
|---|---|
| Marc A. Fenster<br>mfenster@raklaw.com<br>David R. Gabor<br>dgabor@raklaw.com<br>Irene Y. Lee<br>ilee@raklaw.com<br>Robert E. Satterthwaite<br>rsatterthwaite@raklaw.com<br>Larry C. Russ<br>lruss@raklaw.com<br>Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310.826.7474<br>Facsimile:  310.826.6991<br><br>Attorneys for Plaintiff | S. Calvin Capshaw III<br>ccapshaw@mailbmc.com<br>Elizabeth L. DeRieux<br>ederieux@mailbmc.com<br>Andrew Wesley Spangler<br>aspangler@mailbmc.com<br>Brown McCarroll LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX 75601-5157<br>Telephone: 903.236.9800<br>Facsimile:  903.236.8787<br><br>Attorneys for Plaintiff |
| Franklin Jones Jr.<br>maizieh@millerfirm.com<br>Jones & Jones, Inc., P.C.<br>201 West Houston Street<br>P.O. Drawer 1249<br>Marshall, TX 75671-1249<br>Telephone: 903.938.4395<br>Facsimile:  903.938.3360<br><br>Attorneys for Plaintiff | Otis W. Carroll<br>Collin Maloney<br>fedserv@icklaw.com<br>Ireland Carroll & Kelley, P.C.<br>6101 South Broadway, Suite 500<br>P.O. Box 7879<br>Tyler, TX 75711<br>Telephone: 903.561.1600<br>Facsimile:  903.581.1071<br><br>Attorneys for Plaintiff |

4

| | |
|---|---|
| Andy Tindel<br>atindel@andytindel.com<br>Provost Umphrey Law Firm, L.L.P.<br>112 East Line Street, Suite 304<br>Tyler, TX 75702<br>Telephone: 903.596.0900<br>Facsimile:  903.596.0909 | Michael E. Jones<br>mikejones@potterminton.com<br>John F. Bufe<br>johnbufe@potterminton.com<br>Potter Minton<br>P.O. Box 359<br>Tyler, TX 75710<br>Telephone: 903.597.8311<br>Facsimile:  903.593.0846 |
| Warren S. Heit *(pro hac vice pending)*<br>wheit@whitecase.com<br>White & Case LLP<br>3000 El Camino Real<br>Bldg. 5, 9th Floor<br>Palo Alto, CA 94306<br>Telephone: 650.213.0300<br>Facsimile:  650.213.8158 | Jeffrey E. Ostrow<br>jostrow@stblaw.com<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: 650.251.5030<br>Facsimile:  650.251.5002 |
| Attorneys for Defendant HTC America, Inc. | Attorneys for Verizon Communications, Inc. and Verizon Wireless Services, LLC |
| Melissa R. Smith<br>melissa@gillamsmithlaw.com<br>Harry L. Gillam, Jr.<br>gil@gillamsmithlaw.com<br>Gillam & Smith, L.L.P.<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: 903.934.8450<br>Facsimile:  903.934.9257 | Michael A. Dorfman<br>michael.dorfman@kattenlaw.com<br>Timothy J. Vezeau<br>timothy.vezeau@kattenlaw.com<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Telephone: 312.902.5200<br>Facsimile:  312.902.1061 |
| Hae-Chan Park<br>hpark@park-law.com<br>Wayne M. Helge<br>whelge@parklaw.com<br>HC Park & Associates<br>8500 Leesburg Pike, Suite 7500<br>Vienna, VA 22182<br>Telephone: 703.288.5105<br>Facsimile:  703.288.5139 | John M. Cone<br>jcone@hitchcockevert.com<br>Hitchcock Evert LLP<br>750 North St. Paul Street, Suite 1110<br>Dallas, TX 75201<br>Telephone: 214.953.1111<br>Facsimile:  214.953.1121 |
| | Attorneys for Sanyo North America Corporation |
| Attorneys for Pantech Wireless, Inc. | |

| | |
|---|---|
| Paul B. Keller<br>paul.keller@wilmerhale.com<br>Wilmer Hale<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: 212.937.7273<br>Facsimile:  212.230.8888<br><br>Attorneys for Palm, Inc. | Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>John L. LaBarre<br>jlabarre@gibsondunn.com<br>Gibson Dunn & Crutcher LLP<br>200 Park Aveue, 47th Floor<br>New York, NY 10166<br>Telephone: 212.351.4000<br>Facsimile:  212.351.4035<br><br>Attorneys for Hewlett-Packard Company |

Bruce S. Sostek
bruce.sostek@tklaw.com
Jane Politz Brandt
jane.brandt@tklaw.com
Richard L. Wynne, Jr.
richard.wynne@tklaw.com
Michael Stockham
michael.stockham@tklaw.com
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Telephone: 214.969.1700
Facsimile:  214.969.1751

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile:  903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.

                                                          s/ Fred I. Williams
                                                         Fred I. Williams