IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. | ) | |
| | ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TRACFONE WIRELESS, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TracFone Wireless, Inc.,

states:

1.      America Movil is the ultimate parent company of TracFone Wireless, Inc. and

owns 10% or more of TracFone Wireless, Inc.'s stock.

2       America Movil is a publicly traded company.

1

Dockets.Justia.com

Dated: October 15, 2007                          Respectfully submitted,


                                                 s/ Steven M. Zager
                                                 —————————————————
                                                 Steven M. Zager, Lead Attorney
                                                 State Bar No. 22241500
                                                 szager@akingump.com
                                                 Fred I. Williams
                                                 State Bar No. 00794855
                                                 fwilliams@akingump.com
                                                 Akin Gump Strauss Hauer & Feld LLP
                                                 1111 Louisiana Street, 44th Floor
                                                 Houston, TX 77002
                                                 Telephone: 713.220.5800
                                                 Facsimile:  713.236.0822

                                                 Jeffrey K. Sherwood
                                                 State Bar No. 24009354
                                                 jsherwood@akingump.com
                                                 Jin-Suk Park *(pro hac vice application to be filed)*
                                                 jspark@akingump.com
                                                 Akin Gump Strauss Hauer & Feld LLP
                                                 Robert S. Strauss Building
                                                 1333 New Hampshire Avenue, N.W.
                                                 Washington, DC 20036-1564
                                                 Telephone: 202.887.4000
                                                 Facsimile:  202.887.4200

                                                 Todd E. Landis
                                                 State Bar No. 24030226
                                                 tlandis@akingump.com
                                                 Akin Gump Strauss Hauer & Feld LLP
                                                 1700 Pacific Avenue, Suite 4100
                                                 Dallas, TX 75201
                                                 Telephone: 214.969.2800
                                                 Facsimile:  214.969.4343

                                                 ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

Samuel F. Baxter
State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:  214.978.4016

Attorneys for Defendant Kyocera Wireless Corp.

Carl R. Roth
State Bar No. 17312000
cr@rothfirm.com
Michael C. Smith
State Bar No. 18650410
ms@rothfirm.com
The Roth Law Firm
115 N. Wellington, Suite 200
Marshall, TX 75670
Telephone:  903.935.1665

Attorneys for Defendant Nokia Inc.

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Potter Minton
110 N. College
Tyler, TX 75702
Telephone:  903.597.8311

Attorneys for Defendant Motorola, Inc.

John Flaim
State Bar No. 00785864
john.flaim@bakernet.com
William D. McSpadden
State Bar No. 24002587
william.d.mcspadden@bakernet.com
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone:  214.978.3000

Attorneys for Alltel Communications, Inc.,
Alltel Communications of Texarkana, Inc.,
Alltel Communications Wireless, Inc.,
Alltel Corporation, and
Alltel Wireless of Texarkana, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

Marc A. Fenster
mfenster@raklaw.com
David R. Gabor
dgabor@raklaw.com
Irene Y. Lee
ilee@raklaw.com
Robert E. Satterthwaite
rsatterthwaite@raklaw.com
Larry C. Russ
lruss@raklaw.com
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310.826.7474
Facsimile:  310.826.6991

Attorneys for Plaintiff

S. Calvin Capshaw III
ccapshaw@mailbmc.com
Elizabeth L. DeRieux
ederieux@mailbmc.com
Andrew Wesley Spangler
aspangler@mailbmc.com
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
Telephone: 903.236.9800
Facsimile:  903.236.8787

Attorneys for Plaintiff

Franklin Jones Jr.
maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: 903.938.4395
Facsimile:  903.938.3360

Attorneys for Plaintiff

Otis W. Carroll
Collin Maloney
fedserv@icklaw.com
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone: 903.561.1600
Facsimile:  903.581.1071

Attorneys for Plaintiff

Andy Tindel
atindel@andytindel.com
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903.596.0900
Facsimile:  903.596.0909

Warren S. Heit *(pro hac vice pending)*
wheit@whitecase.com
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile:  650.213.8158

Attorneys for Defendant HTC America, Inc.

Melissa R. Smith
melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile:  703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Jeffrey E. Ostrow
jostrow@stblaw.com
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650.251.5030
Facsimile:  650.251.5002

Attorneys for Verizon Communications, Inc.
and Verizon Wireless Services, LLC
Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile:  312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile:  214.953.1121

Attorneys for Sanyo North America
Corporation

Paul B. Keller
paul.keller@wilmerhale.com
Wilmer Hale
399 Park Avenue
New York, NY 10022
Telephone: 212.937.7273
Facsimile:  212.230.8888

Attorneys for Palm, Inc.


Bruce S. Sostek
bruce.sostek@tklaw.com
Jane Politz Brandt
jane.brandt@tklaw.com
Richard L. Wynne, Jr.
richard.wynne@tklaw.com
Michael Stockham
michael.stockham@tklaw.com
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Telephone: 214.969.1700
Facsimile:  214.969.1751

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile:  903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.

Josh A. Krevitt
jkrevitt@gibsondunn.com
John L. LaBarre
jlabarre@gibsondunn.com
Gibson Dunn & Crutcher LLP
200 Park Aveue, 47th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile:  212.351.4035

Attorneys for Hewlett-Packard Company


  s/ Fred I. Williams
Fred I. Williams