# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 2:07-cv-229 [TJW] |
| | § | |
| vs. | § | Jury Demanded |
| | § | |
| 1. MOTOROLA, INC.; | § | |
| 2. NOKIA, INC.; | § | |
| 3. NOKIA MOBILE PHONES, INC.; | § | |
| 4. ALLTELL CORPORATION; | § | |
| 5. ALLTELL COMMUNICATIONS WIRELESS, INC.; | § | |
| 6. ALLTELL COMMUNICATIONS, INC.; | § | |
| 7. ALLTELL COMMUNICATIONS OF TEXARKANA, INC.; | § | |
| 8. ALLTELL WIRELESS OF TEXARKANA, LLC; | § | |
| 9. AT&T MOBILITY, LLC; | § | |
| 10. BOOST MOBILE; | § | |
| 11. DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE; | § | |
| 12. HELIO, INC.; | § | |
| 13. HELIO, LLC; | § | |
| 14. HEWLETT-PACKWARD COMPANY; | § | |
| 15. METROPCS, INC.; | § | |
| 16. METROPCS TEXAS, LLC; | § | |
| 17. METROPCS WIRELESS, INC.; | § | |
| 18. QWEST WIRELESS, LLC; | § | |
| 19. SOUTHERNLINC WIRELESS; | § | |
| 20. SPRINT NEXTEL CORPORATION; | § | |
| 21. SPRINT WIRELESS BROADBAND COMPANY, LLC; | § | |
| 22. SUNCOM WIRELESS OPERATING COMPANY, LLC; | § | |
| 23. T-MOBILE USA; | § | |
| 24. TRACFONE WIRELESS, INC.; | § | |
| 25. U.S. CELLULAR WIRELESS; | § | |
| 26. VERIZON COMMUNICATIONS, INC.; | § | |
| 27. VERIZON WIRELESS SERVICES, LLC; | § | |
| 28. VIRGIN MOBIL USA, LLC; | § | |
| 29. HTC CORPORATION; | § | |
| 30. HTC AMERICA, INC.; | § | |

Dockets.Justia.com

| | |
|---|---|
| 31. KYOCERA WIRELESS CORPORATION; | § § |
| 32. KYOCERA AMERICA, INC.; | § |
| 33. LG ELECTRONICS USA, INC.; | § |
| 34. LG ELECTRONICS MOBILECOMM U.S.A., INC.; | § § |
| 35. PALM, INC.; | § |
| 36. PANTECH WIRELESS, INC.; | § |
| 37. SANYO NORTH AMERICA CORPORATION; | § § |
| 38. UTSTARCOM, INC.; | § |
| 39. SONY ERICSSON COMMUNICATIONS (USA), INC.; | § § |
| 40. SAMSUNG AMERICA, INC.; | § |
| 41. SAMSUNG ELECTRONICS AMERICA, INC.; | § § |
| 42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and | § § |
| 43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC., | § § § |
| *Defendants*. | § |

## SANYO NORTH AMERICA CORPORATION'S DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SANYO NORTH AMERICA CORPORATION, through its counsel, hereby certifies that:

(1) Defendant SANYO North America Corporation's parent corporation is SANYO Electric Co., Ltd., a Japanese corporation; and

(2) SANYO Electric Co., Ltd., a Japanese corporation, owns 10% or more of the stock of Defendant SANYO North America Corporation.

DATED: October 15, 2007

Respectfully submitted,

/s/ John M. Cone
John M. Cone
Texas State Bar No. 04660100
HITCHCOCK EVERT LLP
750 North St. Paul Street
Dallas, Texas 75201
Telephone: (214) 880-7002
Facsimile: (214) 953-1121
Email: jcone@hitchcockevert.com

*OF COUNSEL:*

Timothy J. Vezeau
Michael A. Dorfman
Rachel M. Vorbeck
Breighanne A. Eggert


KATTEN MUCHIN ROSENMAN L.L.P.
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone:  (312) 902-5658
Facsimile:  (312) 577-4738

**ATTORNEYS FOR DEFENDANT
SANYO NORTH AMERICA CORP.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of October, 2007. Any other counsel of record will be served by first class mail.

                                                                 /s/ John M. Cone