IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. | ) | |
| | ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS LG ELECTRONICS MOBILECOMM U.S.A., INC.'S
AND LG ELECTRONICS U.S.A., INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants LG Electronics MobileComm U.S.A., Inc., and LG Electronics U.S.A., Inc., state:

1.    LG Electronics MobileComm U.S.A., Inc., is a wholly-owned subsidiary of LG Electronics U.S.A., Inc., which is a wholly owned subsidiary of LG Electronics, Inc.

2.    There is no publicly held company that owns 10% or more of the stock of LG Electronics MobileComm U.S.A., Inc.

3.    LG Electronics U.S.A., Inc. is owned by LG Electronics, Inc., a public corporation that is traded on the Korean Stock Exchange.

Dockets.Justia.com

Dated: October 16, 2007                    Respectfully submitted,


                                           s/ Steven M. Zager
                                           _____
                                           Steven M. Zager, Lead Attorney
                                           State Bar No. 22241500
                                           szager@akingump.com
                                           Fred I. Williams
                                           State Bar No. 00794855
                                           fwilliams@akingump.com
                                           Akin Gump Strauss Hauer & Feld LLP
                                           1111 Louisiana Street, 44th Floor
                                           Houston, TX 77002
                                           Telephone: 713.220.5800
                                           Facsimile:  713.236.0822

                                           Jeffrey K. Sherwood
                                           State Bar No. 24009354
                                           jsherwood@akingump.com
                                           Jin-Suk Park (pro hac vice application to be filed)
                                           jspark@akingump.com
                                           Akin Gump Strauss Hauer & Feld LLP
                                           Robert S. Strauss Building
                                           1333 New Hampshire Avenue, N.W.
                                           Washington, DC 20036-1564
                                           Telephone: 202.887.4000
                                           Facsimile:  202.887.4200

                                           Todd E. Landis
                                           State Bar No. 24030226
                                           tlandis@akingump.com
                                           Akin Gump Strauss Hauer & Feld LLP
                                           1700 Pacific Avenue, Suite 4100
                                           Dallas, TX 75201
                                           Telephone: 214.969.2800
                                           Facsimile:  214.969.4343

                                           ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

| | |
|---|---|
| Samuel F. Baxter | Michael E. Jones |
| State Bar No. 01938000 | State Bar No. 10929400 |
| sbaxter@mckoolsmith.com | mikejones@potterminton.com |
| McKool Smith | Potter Minton |
| 300 Crescent Court, Suite 1500 | 110 N. College |
| Dallas, TX 75201 | Tyler, TX 75702 |
| Telephone:  214.978.4016 | Telephone:  903.597.8311 |

Attorneys for Defendant Kyocera Wireless Corp.     Attorneys for Defendant Motorola, Inc.

| | |
|---|---|
| Carl R. Roth | John Flaim |
| State Bar No. 17312000 | State Bar No. 00785864 |
| cr@rothfirm.com | john.flaim@bakernet.com |
| Michael C. Smith | William D. McSpadden |
| State Bar No. 18650410 | State Bar No. 24002587 |
| ms@rothfirm.com | william.d.mcspadden@bakernet.com |
| The Roth Law Firm | Baker & McKenzie LLP |
| 115 N. Wellington, Suite 200 | 2001 Ross Avenue, Suite 2300 |
| Marshall, TX 75670 | Dallas, TX 75201 |
| Telephone:  903.935.1665 | Telephone:  214.978.3000 |

Attorneys for Defendant Nokia Inc.                Attorneys for Alltel Communications, Inc.,
                                                 Alltel Communications of Texarkana, Inc.,
                                                 Alltel Communications Wireless, Inc.,
                                                 Alltel Corporation, and
                                                 Alltel Wireless of Texarkana, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

Marc A. Fenster
mfenster@raklaw.com
David R. Gabor
dgabor@raklaw.com
Irene Y. Lee
ilee@raklaw.com
Robert E. Satterthwaite
rsatterthwaite@raklaw.com
Larry C. Russ
lruss@raklaw.com
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff

Franklin Jones Jr.
maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: 903.938.4395
Facsimile: 903.938.3360

Attorneys for Plaintiff

S. Calvin Capshaw III
ccapshaw@mailbmc.com
Elizabeth L. DeRieux
ederieux@mailbmc.com
Andrew Wesley Spangler
aspangler@mailbmc.com
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
Telephone: 903.236.9800
Facsimile: 903.236.8787

Attorneys for Plaintiff

Otis W. Carroll
Collin Maloney
fedserv@icklaw.com
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone: 903.561.1600
Facsimile: 903.581.1071

Attorneys for Plaintiff

Andy Tindel
atindel@andytindel.com
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903.596.0900
Facsimile:  903.596.0909

Warren S. Heit *(pro hac vice pending)*
wheit@whitecase.com
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile:  650.213.8158

Attorneys for Defendant HTC America, Inc.


Melissa R. Smith
melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile:  703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Jeffrey E. Ostrow
jostrow@stblaw.com
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650.251.5030
Facsimile:  650.251.5002

Attorneys for Verizon Communications, Inc.
and Verizon Wireless Services, LLC

Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile:  312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile:  214.953.1121

Attorneys for Sanyo North America
Corporation

Paul B. Keller
paul.keller@wilmerhale.com
Wilmer Hale
399 Park Avenue
New York, NY 10022
Telephone: 212.937.7273
Facsimile: 212.230.8888

Attorneys for Palm, Inc.


Bruce S. Sostek
bruce.sostek@tklaw.com
Jane Politz Brandt
jane.brandt@tklaw.com
Richard L. Wynne, Jr.
richard.wynne@tklaw.com
Michael Stockham
michael.stockham@tklaw.com
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Telephone: 214.969.1700
Facsimile: 214.969.1751

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile: 903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.

Josh A. Krevitt
jkrevitt@gibsondunn.com
John L. LaBarre
jlabarre@gibsondunn.com
Gibson Dunn & Crutcher LLP
200 Park Aveue, 47th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Hewlett-Packard Company

s/ Fred I. Williams
_____
Fred I. Williams