IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT NOKIA INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nokia Inc. states:

1.      Nokia Corporation is the only publicly traded entity that owns or indirectly owns 10% or more of Nokia Inc.  Nokia Inc. is not publicly traded.

1

Dated: October 16, 2007                              Respectfully submitted,


                                                     s/ Steven M. Zager
                                                     Steven M. Zager, Lead Attorney
                                                     State Bar No. 22241500
                                                     szager@akingump.com
                                                     Fred I. Williams
                                                     State Bar No. 00794855
                                                     fwilliams@akingump.com
                                                     Akin Gump Strauss Hauer & Feld LLP
                                                     1111 Louisiana Street, 44th Floor
                                                     Houston, TX 77002
                                                     Telephone: 713.220.5800
                                                     Facsimile:  713.236.0822

                                                     Jeffrey K. Sherwood
                                                     State Bar No. 24009354
                                                     jsherwood@akingump.com
                                                     Jin-Suk Park *(pro hac vice application to be filed)*
                                                     jspark@akingump.com
                                                     Akin Gump Strauss Hauer & Feld LLP
                                                     Robert S. Strauss Building
                                                     1333 New Hampshire Avenue, N.W.
                                                     Washington, DC 20036-1564
                                                     Telephone: 202.887.4000
                                                     Facsimile:  202.887.4200

                                                     Todd E. Landis
                                                     State Bar No. 24030226
                                                     tlandis@akingump.com
                                                     Akin Gump Strauss Hauer & Feld LLP
                                                     1700 Pacific Avenue, Suite 4100
                                                     Dallas, TX 75201
                                                     Telephone: 214.969.2800
                                                     Facsimile:  214.969.4343

                                                     ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

| | |
|---|---|
| Samuel F. Baxter<br>State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone:  214.978.4016 | Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Potter Minton<br>110 N. College<br>Tyler, TX 75702<br>Telephone:  903.597.8311 |
| Attorneys for Defendant Kyocera Wireless Corp. | Attorneys for Defendant Motorola, Inc. |
| Carl R. Roth<br>State Bar No. 17312000<br>cr@rothfirm.com<br>Michael C. Smith<br>State Bar No. 18650410<br>ms@rothfirm.com<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>Marshall, TX 75670<br>Telephone:  903.935.1665 | John Flaim<br>State Bar No. 00785864<br>john.flaim@bakernet.com<br>William D. McSpadden<br>State Bar No. 24002587<br>william.d.mcspadden@bakernet.com<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone:  214.978.3000 |
| Attorneys for Defendant Nokia Inc. | Attorneys for Alltel Communications, Inc.,<br>Alltel Communications of Texarkana, Inc.,<br>Alltel Communications Wireless, Inc.,<br>Alltel Corporation, and<br>Alltel Wireless of Texarkana, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

| | |
|---|---|
| Marc A. Fenster | S. Calvin Capshaw III |
| mfenster@raklaw.com | ccapshaw@mailbmc.com |
| David R. Gabor | Elizabeth L. DeRieux |
| dgabor@raklaw.com | ederieux@mailbmc.com |
| Irene Y. Lee | Andrew Wesley Spangler |
| ilee@raklaw.com | aspangler@mailbmc.com |
| Robert E. Satterthwaite | Brown McCarroll LLP |
| rsatterthwaite@raklaw.com | 1127 Judson Road, Suite 220 |
| Larry C. Russ | P.O. Box 3999 |
| lruss@raklaw.com | Longview, TX 75601-5157 |
| Russ, August & Kabat | Telephone: 903.236.9800 |
| 12424 Wilshire Blvd., 12th Floor | Facsimile:  903.236.8787 |
| Los Angeles, CA 90025 | |
| Telephone: 310.826.7474 | Attorneys for Plaintiff |
| Facsimile:  310.826.6991 | |
| | |
| Attorneys for Plaintiff | |
| | |
| Franklin Jones Jr. | Otis W. Carroll |
| maizieh@millerfirm.com | Collin Maloney |
| Jones & Jones, Inc., P.C. | fedserv@icklaw.com |
| 201 West Houston Street | Ireland Carroll & Kelley, P.C. |
| P.O. Drawer 1249 | 6101 South Broadway, Suite 500 |
| Marshall, TX 75671-1249 | P.O. Box 7879 |
| Telephone: 903.938.4395 | Tyler, TX 75711 |
| Facsimile:  903.938.3360 | Telephone: 903.561.1600 |
| | Facsimile:  903.581.1071 |
| Attorneys for Plaintiff | |
| | Attorneys for Plaintiff |

Andy Tindel
atindel@andytindel.com
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903.596.0900
Facsimile:  903.596.0909

Warren S. Heit *(pro hac vice pending)*
wheit@whitecase.com
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile:  650.213.8158

Attorneys for Defendant HTC America, Inc.


Melissa R. Smith
melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile:  703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Jeffrey E. Ostrow
jostrow@stblaw.com
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650.251.5030
Facsimile:  650.251.5002

Attorneys for Verizon Communications, Inc.
and Verizon Wireless Services, LLC

Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile:  312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile:  214.953.1121

Attorneys for Sanyo North America
Corporation

| | |
|---|---|
| Paul B. Keller<br>paul.keller@wilmerhale.com<br>Wilmer Hale<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: 212.937.7273<br>Facsimile:  212.230.8888<br><br>Attorneys for Palm, Inc. | Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>John L. LaBarre<br>jlabarre@gibsondunn.com<br>Gibson Dunn & Crutcher LLP<br>200 Park Aveue, 47th Floor<br>New York, NY 10166<br>Telephone: 212.351.4000<br>Facsimile:  212.351.4035<br><br>Attorneys for Hewlett-Packard Company |

Bruce S. Sostek
bruce.sostek@tklaw.com
Jane Politz Brandt
jane.brandt@tklaw.com
Richard L. Wynne, Jr.
richard.wynne@tklaw.com
Michael Stockham
michael.stockham@tklaw.com
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Telephone: 214.969.1700
Facsimile:  214.969.1751

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile:  903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.

   s/ Fred I. Williams  
Fred I. Williams