# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DISVISION

MINERVA INDUSTRIES, INC.,          §
                                   §
          Plaintiff,               §
                                   §    CIVIL ACTION NO. 2:07-CV-0229 TJW
v.                                 §
                                   §
MOTOROLA, INC., et al.,            §
                                   §
          Defendants.              §

## ORDER

The Court has considered the Unopposed Motion of AT&T Mobility, LLC ("AT&T Mobility") for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial, and is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that AT&T Mobility shall have until and including January 7, 2008, to answer, move, or otherwise respond to Plaintiff's Complaint.

SIGNED this 17th day of October, 2007.


_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE