IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-229[TJW] |
| | § | |
| 1. MOTOROLA, INC.; et al | § | JURY DEMAND |

**ORDER GRANTING DEFENDANT DOBSON CELLULAR SYSTEMS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant DOBSON CELLULAR SYSTEMS, INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint until and through January 7, 2008. Such motion is GRANTED.

It is therefore ORDERED that Defendant DOBSON CELLULAR SYSTEMS, INC. has until and through January 7, 2008 to answer, move, or otherwise respond to Plaintiff's Complaint.

SIGNED this 17th day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE