# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVSISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., | § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. 2:07-CV-0229 TJW |
| v. | § |
| | § JURY TRIAL DEMANDED |
| MOTOROLA, INC., et al., | § |
| Defendants. | § |

## AT&T MOBILITY, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility, LLC states that AT&T Inc. is the only publicly traded corporation with an ownership interest in AT&T Mobility, LLC. AT&T Mobility, LLC further states that AT&T Inc. owns 10% or more of its stock.

Dated: October 17th, 2007

Respectfully submitted,

By: /s/ Darby V. Doan
James N. Haltom
Texas Bar No. 08809000
Darby V. Doan
Texas Bar No. 00793622
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

Andrew M. Riddles
 (*pro hac vice* application to be filed)
Bruce D. DeRenzi
 (*pro hac vice* application to be filed)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022-4611
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

**ATTORNEYS FOR DEFENDANT
AT&T MOBILITY, LLC**

AT&T MOBILITY, LLC'S CORPORATE DISCLOSURE STATEMENT – Page 1

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically on the 17th day of October, 2007, in compliance with Local Rule CV-5(a), and has been served on all counsel who have consented to electronic service and all other counsel not deemed to have consented to electronic service by facsimile and/or regular mail.

                                          /s/Darby V. Doan
                                          Darby V. Doan