IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANT SPRINT NEXTEL CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sprint Nextel Corporation ("Sprint Nextel") states:

1. Sprint Nextel has no parent corporation and is itself a publicly held corporation.

2. No publicly held corporation owns 10% or more of Sprint Nextel's stock.

1

Dated: October 17, 2007                Respectfully submitted,

                                              s/ Steven M. Zager
                                              Steven M. Zager, Lead Attorney
State Bar No. 22241500
szager@akingump.com
Fred I. Williams
State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713.220.5800
Facsimile:  713.236.0822

Jeffrey K. Sherwood
State Bar No. 24009354
jsherwood@akingump.com
Jin-Suk Park *(pro hac vice application to be filed)*
jspark@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile:  202.887.4200

Todd E. Landis
State Bar No. 24030226
tlandis@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile:  214.969.4343

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

Samuel F. Baxter  
State Bar No. 01938000  
sbaxter@mckoolsmith.com  
McKool Smith  
300 Crescent Court, Suite 1500  
Dallas, TX 75201  
Telephone:  214.978.4016  

Attorneys for Defendant Kyocera Wireless Corp.

Carl R. Roth  
State Bar No. 17312000  
cr@rothfirm.com  
Michael C. Smith  
State Bar No. 18650410  
ms@rothfirm.com  
The Roth Law Firm  
115 N. Wellington, Suite 200  
Marshall, TX 75670  
Telephone:  903.935.1665  

Attorneys for Defendant Nokia Inc.

Michael E. Jones  
State Bar No. 10929400  
mikejones@potterminton.com  
Potter Minton  
110 N. College  
Tyler, TX 75702  
Telephone:  903.597.8311  

Attorneys for Defendant Motorola, Inc.

John Flaim  
State Bar No. 00785864  
john.flaim@bakernet.com  
William D. McSpadden  
State Bar No. 24002587  
william.d.mcspadden@bakernet.com  
Baker & McKenzie LLP  
2001 Ross Avenue, Suite 2300  
Dallas, TX 75201  
Telephone:  214.978.3000  

Attorneys for Alltel Communications, Inc.,  
Alltel Communications of Texarkana, Inc.,  
Alltel Communications Wireless, Inc.,  
Alltel Corporation, and  
Alltel Wireless of Texarkana, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

| | |
|---|---|
| Marc A. Fenster<br>mfenster@raklaw.com<br>David R. Gabor<br>dgabor@raklaw.com<br>Irene Y. Lee<br>ilee@raklaw.com<br>Robert E. Satterthwaite<br>rsatterthwaite@raklaw.com<br>Larry C. Russ<br>lruss@raklaw.com<br>Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310.826.7474<br>Facsimile:  310.826.6991<br><br>Attorneys for Plaintiff | S. Calvin Capshaw III<br>ccapshaw@mailbmc.com<br>Elizabeth L. DeRieux<br>ederieux@mailbmc.com<br>Andrew Wesley Spangler<br>aspangler@mailbmc.com<br>Brown McCarroll LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX 75601-5157<br>Telephone: 903.236.9800<br>Facsimile:  903.236.8787<br><br>Attorneys for Plaintiff |
| Franklin Jones Jr.<br>maizieh@millerfirm.com<br>Jones & Jones, Inc., P.C.<br>201 West Houston Street<br>P.O. Drawer 1249<br>Marshall, TX 75671-1249<br>Telephone: 903.938.4395<br>Facsimile:  903.938.3360<br><br>Attorneys for Plaintiff | Otis W. Carroll<br>Collin Maloney<br>fedserv@icklaw.com<br>Ireland Carroll & Kelley, P.C.<br>6101 South Broadway, Suite 500<br>P.O. Box 7879<br>Tyler, TX 75711<br>Telephone: 903.561.1600<br>Facsimile:  903.581.1071<br><br>Attorneys for Plaintiff |

Andy Tindel
atindel@andytindel.com
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903.596.0900
Facsimile:  903.596.0909

Warren S. Heit *(pro hac vice pending)*
wheit@whitecase.com
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile:  650.213.8158

Attorneys for Defendant HTC America, Inc.


Melissa R. Smith
melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile:  703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Jeffrey E. Ostrow
jostrow@stblaw.com
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650.251.5030
Facsimile:  650.251.5002

Attorneys for Verizon Communications, Inc.
and Verizon Wireless Services, LLC

Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile:  312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile:  214.953.1121

Attorneys for Sanyo North America
Corporation

Paul B. Keller  
paul.keller@wilmerhale.com  
Wilmer Hale  
399 Park Avenue  
New York, NY 10022  
Telephone: 212.937.7273  
Facsimile:  212.230.8888  

Attorneys for Palm, Inc.

Josh A. Krevitt  
jkrevitt@gibsondunn.com  
John L. LaBarre  
jlabarre@gibsondunn.com  
Gibson Dunn & Crutcher LLP  
200 Park Aveue, 47th Floor  
New York, NY 10166  
Telephone: 212.351.4000  
Facsimile:  212.351.4035  

Attorneys for Hewlett-Packard Company

Bruce S. Sostek  
bruce.sostek@tklaw.com  
Jane Politz Brandt  
jane.brandt@tklaw.com  
Richard L. Wynne, Jr.  
richard.wynne@tklaw.com  
Michael Stockham  
michael.stockham@tklaw.com  
Thompson & Knight LLP  
1700 Pacific Avenue, Suite 3300  
Dallas, TX 75201-4693  
Telephone: 214.969.1700  
Facsimile:  214.969.1751  

Jennifer Parker Ainsworth  
jainsworth@wilsonlawfirm.com  
Wilson Robertson & Cornelius, P.C.  
One American Center  
909 ESE Loop 323, Suite 400  
Tyler, TX 75701  
Telephone: 903.509.5000  
Facsimile:  903.509.5092  

Attorneys for Sony Ericcson Mobile Communications (USA) Inc.

        s/ Fred I. Williams  
      Fred I. Williams