IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS
ALLTEL COMMUNICATIONS, INC.,
ALLTEL COMMUNICATIONS OF TEXARKANA, INC.,
ALLTEL COMMUNICATIONS WIRELESS, INC.,
ALLTEL CORPORATION AND
ALLTEL WIRELESS OF TEXARKANA, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Alltel Communications, Inc.; Alltel Communications of Texarkana, Inc.; Alltel Communications Wireless, Inc.; Alltel Corporation; and Alltel Wireless of Texarkana, LLC state:

1. Defendant Alltel Corporation, a publicly traded corporation, is the corporate parent of Defendants Alltel Communications of Texarkana, Inc.; Alltel Communications Wireless, Inc.; Alltel Communications, Inc.; and Alltel Wireless of Texarkana, LLC.

1

2

Dated: October 17, 2007                                   Respectfully submitted,

                                                                     s/ Steven M. Zager
                                                                     Steven M. Zager, Lead Attorney
State Bar No. 22241500
szager@akingump.com
Fred I. Williams
State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713.220.5800
Facsimile:  713.236.0822

Jeffrey K. Sherwood
State Bar No. 24009354
jsherwood@akingump.com
Jin-Suk Park *(pro hac vice application to be filed)*
jspark@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile:  202.887.4200

Todd E. Landis
State Bar No. 24030226
tlandis@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile:  214.969.4343

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

| | |
|---|---|
| Samuel F. Baxter<br>State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone:  214.978.4016<br><br>Attorneys for Defendant Kyocera Wireless Corp. | Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Potter Minton<br>110 N. College<br>Tyler, TX 75702<br>Telephone:  903.597.8311<br><br>Attorneys for Defendant Motorola, Inc. |
| Carl R. Roth<br>State Bar No. 17312000<br>cr@rothfirm.com<br>Michael C. Smith<br>State Bar No. 18650410<br>ms@rothfirm.com<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>Marshall, TX 75670<br>Telephone:  903.935.1665<br><br>Attorneys for Defendant Nokia Inc. | John Flaim<br>State Bar No. 00785864<br>john.flaim@bakernet.com<br>William D. McSpadden<br>State Bar No. 24002587<br>william.d.mcspadden@bakernet.com<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone:  214.978.3000<br><br>Attorneys for Alltel Communications, Inc.,<br>Alltel Communications of Texarkana, Inc.,<br>Alltel Communications Wireless, Inc.,<br>Alltel Corporation, and<br>Alltel Wireless of Texarkana, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

| | |
|---|---|
| Marc A. Fenster<br>mfenster@raklaw.com<br>David R. Gabor<br>dgabor@raklaw.com<br>Irene Y. Lee<br>ilee@raklaw.com<br>Robert E. Satterthwaite<br>rsatterthwaite@raklaw.com<br>Larry C. Russ<br>lruss@raklaw.com<br>Russ, August & Kabat<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310.826.7474<br>Facsimile:  310.826.6991<br><br>Attorneys for Plaintiff | S. Calvin Capshaw III<br>ccapshaw@mailbmc.com<br>Elizabeth L. DeRieux<br>ederieux@mailbmc.com<br>Andrew Wesley Spangler<br>aspangler@mailbmc.com<br>Brown McCarroll LLP<br>1127 Judson Road, Suite 220<br>P.O. Box 3999<br>Longview, TX 75601-5157<br>Telephone: 903.236.9800<br>Facsimile:  903.236.8787<br><br>Attorneys for Plaintiff |
| Franklin Jones Jr.<br>maizieh@millerfirm.com<br>Jones & Jones, Inc., P.C.<br>201 West Houston Street<br>P.O. Drawer 1249<br>Marshall, TX 75671-1249<br>Telephone: 903.938.4395<br>Facsimile:  903.938.3360<br><br>Attorneys for Plaintiff | Otis W. Carroll<br>Collin Maloney<br>fedserv@icklaw.com<br>Ireland Carroll & Kelley, P.C.<br>6101 South Broadway, Suite 500<br>P.O. Box 7879<br>Tyler, TX 75711<br>Telephone: 903.561.1600<br>Facsimile:  903.581.1071<br><br>Attorneys for Plaintiff |

Andy Tindel
atindel@andytindel.com
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903.596.0900
Facsimile:  903.596.0909

Warren S. Heit *(pro hac vice pending)*
wheit@whitecase.com
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile:  650.213.8158

Attorneys for Defendant HTC America, Inc.


Melissa R. Smith
melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile:  703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Jeffrey E. Ostrow
jostrow@stblaw.com
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650.251.5030
Facsimile:  650.251.5002

Attorneys for Verizon Communications, Inc.
and Verizon Wireless Services, LLC

Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile:  312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile:  214.953.1121

Attorneys for Sanyo North America
Corporation

5

| | |
|---|---|
| Paul B. Keller<br>paul.keller@wilmerhale.com<br>Wilmer Hale<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: 212.937.7273<br>Facsimile:  212.230.8888<br><br>Attorneys for Palm, Inc. | Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>John L. LaBarre<br>jlabarre@gibsondunn.com<br>Gibson Dunn & Crutcher LLP<br>200 Park Aveue, 47th Floor<br>New York, NY 10166<br>Telephone: 212.351.4000<br>Facsimile:  212.351.4035<br><br>Attorneys for Hewlett-Packard Company |

Bruce S. Sostek
bruce.sostek@tklaw.com
Jane Politz Brandt
jane.brandt@tklaw.com
Richard L. Wynne, Jr.
richard.wynne@tklaw.com
Michael Stockham
michael.stockham@tklaw.com
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Telephone: 214.969.1700
Facsimile:  214.969.1751

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile:  903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.

   s/ Fred I. Williams
Fred I. Williams