IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-cv-229[TJW] |
| | § | |
| 1. MOTOROLA, INC.; et al | § | JURY DEMAND |

**DOBSON CELLULAR SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DOBSON CELLULAR SYSTEMS, INC. (which Plaintiff incorrectly identified as DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE in its Complaint), states that Dobson Cellular Systems, Inc. is an indirect wholly owned subsidiary of Dobson Communications Corporation. Dobson Communications Corporation is a publicly traded company. On June 29, 2007, Dobson Communications Corporation, AT&T Inc. and Alpine Merger Sub, Inc. entered into a Merger Agreement whereby Alpine Merger Sub, Inc. will be merged with Dobson Communications Corporation with Dobson Communications Corporation as the surviving entity. Closing on the Merger Agreement, which is subject to FCC and DOJ regulatory approval, is anticipated near the end of 2007.

Dated: October 18, 2007

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

{A07\7819\0002\W0341448.1 }- 1 -

OF COUNSEL
Charles L. McLawhorn, III
chad.mclawhorn@mcafeetaft.com
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square, 211 N. Robinson
Oklahoma City, Oklahoma 73102
Tel: 405.235.9621
Fax: 405.235.0439

ATTORNEYS FOR DEFENDANT
DOBSON CELLULAR SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 18, 2007. Any other counsel of record will be served by First Class mail on this same date.

*/s/ Michael E. Jones*