Appendix K                                                              Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## _Marshall_ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 OCT 18 PM 1:41
EASTERN-MARSHALL

1. This application is being made for the following: Case # __07-CV-229__
Style: __Minerva v. Motorola, Inc., et al.__
2. Applicant is representing the following party/ies: __UTStarcom, Inc., Qwest Wireless, LLC__
3. Applicant was admitted to practice in __CA__ (state) on __06/30/1994__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__See attached__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, __Alison M. Tucher__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __10-12-07__          Signature __Alison Tucher__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Alison M. Tucher
State Bar Number 171363
Firm Name: Morrison + Foerster
Address/P.O. Box: 425 Market Street
City/State/Zip: San Francisco, CA 94105
Telephone #: 415 268 7269
Fax #: 415 268 7522
E-mail Address: A.Tucher @MoFo.com
Secondary E-Mail Address: L.Roiz@MoFo.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 10-18-07

DAVID J. MALAND, CLERK

_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_____
Deputy Clerk

# Alison M. Tucher
# Court Admissions

| | |
|---|---|
| California State Court | 06/30/94 |
| USDC, Northern District of California | 05/09/00 |
| USDC, Southern District of California | 01/27/03 |
| Federal Circuit Court of Appeals | 10/16/03 |
| United States Supreme Court | 01/12/04 |
| USDC, District of Colorado | 10/04/05 |
| Ninth Circuit Court of Appeals | 02/27/06 |
| USDC, Central District of California | 10/06/06 |

sf-2010544

# Receipt for Payment

Receipt No: 2-P-0003132

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Thursday, October 18, 2007**

Received from:

**Gillam & Smith LLP**

**303 S. Washington**

**Marshall, Tx 75670**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: **Check**

Case or other reference: **2:07-cv-229**

Comments: **Ck# 3002  PHV for Melaugh, Tucher, McElhinny**

Received by: **ch**