**Appendix K**                                                          Revised: 1/24/07

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Marshall   **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT

2007 OCT 18 PM 1: 41

TX EASTERN-MARSHALL

1 This application is being made for the following: Case #____2-07CV-229____

Style: Minerva Industries v. Motorola, Inc., et al.                                    BY____

2. Applicant is representing the following party/ies: ___UTStarcom, Inc. and Qwest Wireless, LLC___

3. Applicant was admitted to practice in ___CA___ (state) on ___January 7, 1976___ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle)    If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    See Attached

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

    I, ___Harold J. McElhinny___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _10-05-07_          Signature ___Harold J. McEll___

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) ___Harold J. McElhinny___

State Bar Number ___66781 (CA)___

Firm Name: ___Morrison & Foerster LLP___

Address/P O Box: ___425 Market Street___

City/State/Zip: ___San Francisco, CA 94105___

Telephone #: ___(415) 268-7265___

Fax #: ___(415) 268-7522___

E-mail Address: ___hmcelhinny@mofo.com___

Secondary E-Mail Address: ___vsmith@mofo com___

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: ___10-18 07___

### DAVID J. MALAND, CLERK

David J. Maland, Clerk
U S. District Court, Eastern District of Texas

By ___C Hinton___

Deputy Clerk

Harold J McElhinny, Esq.
Morrison & Foerster
425 Market Street
San Francisco, California 94105-2482

Tel (415) 268-7265
Facsimile (415) 268-7522

**California State Bar Membership No. 66781**

Admitted to Practice / Dates of Admission

| California State Bar | 1/7/76 | yes / good standing |
|---|---|---|
| U.S.D.C. Northern District California | 9/27/77 | same |
| U.S.D.C. Central District California | 2/12/79 | same |
| U.S. Court of Appeals, Ninth Circuit | 7/24/80 | same |
| U.S. Supreme Court | 8/12/83 | same |
| U.S.D.C. Southern District California | 8/23/83 | same |
| U.S.D.C. Eastern District California | 6/21/85 | same |
| U.S. Tax Court | 4/12/87 | same |
| U.S. Court of Appeals, Federal Circuit | 11/23/92 | same |
| U.S. Court of Appeals, Tenth Circuit | 12/15/99 | same |
| U.S.D.C. District of Colorado | 11/8/2000 | same |

CM/ECF REGISTRATIONS

| U.S. District Court, District of Utah | 11/27/2006 |
|---|---|
| U.S. District Court, Northern District of California | 12/1/2005 |
| U.S. District Court, Western District of North Carolina | 1/18/2006 |
| U.S. District Court, Southern District of Ohio | 4/26/2004 |
| U.S. District Court, Eastern District of Texas | 5/20/2004 |
| U.S. District Court, Northern District of Georgia | 8/2006 |

sf-796883

**Receipt for Payment**    Receipt No: 260003112

# United States District Court

for the

Eastern District of Texas at Marshall

Date:        **Thursday, October 18, 2007**

Received from:

**Gillam & Smith LLP**

**303 S. Washington**

**Marshall, Tx 75670**

| Account | Amount |
|---------|--------|
| 6855XX  | $75.00 |
|         |        |
| **Total** | **$75.00** |

| Account | | Description |
|---------|---|-------------|
| 085000 | – | Attorney Admission Fees |
| 086400 | – | New Case Fee |
| 086900 | – | Filing Fees |
| 121000 | – | Conscience Fund |
| 129900 | – | Gifts |
| 143500 | – | Interest |
| 322340 | – | Sale of Publications |
| 322350 | – | Copy Fees |
| 322360 | – | Miscellaneous Fees |
| 322380 | – | Recoveries of Court Costs |
| 322386 | – | Cost of Prosecution |
| 504100 | – | Crime Victims Fund |
| 508800 | – | Immigration Fees |
| 510000 | – | Civil Filing Fee (1/2) |
| 5100PL | – | Partial Filing Fee (PLRA) |
| 510100 | – | Registry Fee |
| 604700 | – | Registry Funds/General and Special Funds |
| 613300 | – | Unclaimed Monies |
| 6855XX | – | Deposit Funds |

Payment method:      **Check**

Case or other reference:      **2:07-cv-229**

Comments:      **Ck# 3002  PHV for Melaugh, Tucher, McElhinny**

Received by:      **ch**