IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| MINERVA INDUSTRIES, INC. | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-cv-229 (TJW) |
| | § | |
| MOTOROLA, INC., ET AL | § | |
| Defendants | § | |

**PLAINTIFF MINERVA INDUSTRIES, INC.'S**
**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiff Minerva Industries, Inc. respectfully requests that Andrew W. Spangler be permitted to withdraw as counsel of record for Plaintiff Minerva Industries, Inc. in this matter. The reason for this request is that Mr. Spangler is no longer associated with the law firm Brown McCarroll, L.L.P.  No other changes are requested at this time regarding the other attorneys acting as Plaintiff Minerva Industries, Inc.'s counsel of record.

Dated:    October 21, 2007

Respectfully submitted,

By: S. Calvin Capshaw
S. Calvin Capshaw
State Bar No. 03895700
E-mail: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
E-mail: ederieux@mailbmc.com
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601
Phone: (903) 236-9800
Facsimile: (903) 236-8787

**ATTORNEYS FOR PLAINTIFF
MINERVA INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw

## CERTIFICATE OF CONFERENCE

I hereby certify that I met and conferred with opposing counsel regarding this Motion to Withdraw, and opposing counsel does not object to the relief requested.

/s/ S. Calvin Capshaw
S. Calvin Capshaw