IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC. § <br> Plaintiff § <br> § <br> VS. § <br> § <br> MOTOROLA, INC., ET AL § <br> Defendants § | Civil Action No: 2:07-cv-229 (TJW) |

### ORDER GRANTING PLAINTIFF MINERVA INDUSTRIES, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration Plaintiff Minerva Industries, Inc.'s Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Plaintiff Minerva Industries, Inc.'s Motion for Withdrawal of Counsel be and hereby is GRANTED, and that Andrew W. Spangler is no longer counsel of record for Plaintiff Minerva Industries, Inc. in this matter.