IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., ET AL. )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2-07CV-229-TJW<br><br>Jury Trial Demanded |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Defendants Boost Mobile, Sprint Nextel Corporation and Southern Communications Services, Inc. d/b/a SouthernLINC Wireless (collectively "Defendants") move the Court for an extension of their deadline to answer, respond, or otherwise object in this case. After review of the subject Motion and the entire record in this case, it is hereby ORDERED that the Motion is granted.

It is further ordered that the deadline for Defendants to answer, respond, or otherwise object is hereby extended to and including January 7, 2008.