**Appendix K**                                         Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>MARSHALL</u>   DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:07-cv-00229 - TJW
Style: Minerva Industries, Inc. v. Motorola, Inc., et al.
2. Applicant is representing the following party/ies: Defendant Palm, Inc.
3. Applicant was admitted to practice in __CA__ (state) on __12/05/03__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts:
Supreme Ct. of CA; U.S. District Courts of CA (North/Central); Fed. Circuit Ct.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Christine E. Duh__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __10-16-07__      Signature __[signature]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Christine E. Duh
State Bar Number 228544
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address/P.O. Box: 1117 S. California Avenue
City/State/Zip: Palo Alto, CA 94304
Telephone #: (650) 858-6051
Fax #: (650) 858-6100
E-mail Address: christine.duh@wilmerhale.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 10/22/07

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I am a citizen of the United States and reside in the State of California. I am employed in Santa Clara County, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1117 California Avenue, Palo Alto, California, 94304. On October 17, 2007, I served the foregoing document(s) described as:

**APPLICATION TO APPEAR PRO HAC VICE of Christine E. Duh**

_____ By transmitting via facsimile the document(s) listed above to the facsimile numbers set forth below.

_____ By transmitting via electronic mail the document(s) listed above to the addresses set forth below:

_____ By causing the document(s) listed above to be served by hand delivery on this date on the following:

__X__ By putting a true and correct copy thereof, together with a signed copy of this declaration in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| **Collin Michael Maloney**<br>**Otis W. Carroll, Jr.**<br>Ireland Carroll & Kelley<br>6101 S Broadway<br>Suite 500<br>Tyler, TX 75703<br>903/561-1600<br>Fax: 9035811071<br>Email: fedserv@icklaw.com<br>Email: Fedserv@icklaw.com | **Andrew Wesley Spangler**<br>**Elizabeth L. DeRieux**<br>Brown McCarroll - Longview<br>1127 Judson Rd - Ste 220<br>PO Box 3999<br>Longview, TX 75606-3999<br>903-236-9800<br>Fax: 19032368787<br>Email: aspangler@mailbmc.com<br>Email: ederieux@mailbmc.com |
|---|---|

| | |
|---|---|
| **David R Gabor**<br>**Irene Y. Lee**<br>**Marc A. Fenster**<br>**Larry C. Russ**<br>**Robert E Satterthwaite**<br>Russ August & Kabat<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA 90025<br>US<br>310/826-7474<br>Fax: 310/826-6991<br>Email: dgabor@raklaw.com<br>Email: ilee@raklaw.com<br>Email: mfenster@raklaw.com<br>Email: lruss@raklaw.com<br>Email: rsatterthwaite@raklaw.com | **Sidney Calvin Capshaw, III**<br>Brown McCarroll - Longview<br>1127 Judson Rd - Ste 220<br>PO Box 3999<br>Longview, TX 75606-3999<br>903/236-9800<br>Fax: 19032368787<br>Email: ccapshaw@mailbmc.com |
| | **Fred Irvin Williams**<br>Akin Gump Strauss Hauer & Feld LLP<br>300 West 6th Street<br>Suite 2100<br>Austin, TX 78701<br>512/499-6218<br>Fax: 512/499-6290<br>Email: fwilliams@akingump.com |
| **Franklin Jones, Jr**<br>Jones & Jones - Marshall<br>201 W Houston St<br>PO Drawer 1249<br>Marshall, TX 75670<br>903/938-4395<br>Fax: 9039383360<br>Email: maizieh@millerfirm.com | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 17, 2007 at Palo Alto, California.

_____
Patricia Shore

# Receipt for Payment

Receipt No: 2-9-00142

## United States District Court

for the

Eastern District of Texas at Marshall

Date:            **Monday, October 22, 2007**

Received from:

**A & A LEGAL SERV**

**SAN FRANCISCO, CA  94102**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method:      **Check**

Case or other reference:      **2:07cv229 PHV**

Comments:      **FLANGAN LEE DUD 19275**

Received by:      **pa**