# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.,** | |
| *Plaintiff,* | **CIVIL ACTION NO.: 2:07-cv-229 [TJW]** |
| vs. | **JURY DEMANDED** |
| 1. **MOTOROLA, INC.;**<br>2. **NOKIA, INC.;**<br>3. **NOKIA MOBILE PHONES, INC.;**<br>4. **ALLTELL CORPORATION;**<br>5. **ALLTELL COMMUNICATIONS WIRELESS, INC.;**<br>6. **ALLTELL COMMUNICATIONS, INC.;**<br>7. **ALLTELL COMMUNICATIONS OF TEXARKANA, INC.;**<br>8. **ALLTELL WIRELESS OF TEXARKANA, LLC;**<br>9. **AT&T MOBILITY, LLC;**<br>10. **BOOST MOBILE;**<br>11. **DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE;**<br>12. **HELIO, INC.;**<br>13. **HELIO, LLC;**<br>14. **HEWLETT-PACKWARD COMPANY;**<br>15. **METROPCS, INC.;**<br>16. **METROPCS TEXAS, LLC;**<br>17. **METROPCS WIRELESS, INC.;**<br>18. **QWEST WIRELESS, LLC;**<br>19. **SOUTHERNLINC WIRELESS;**<br>20. **SPRINT NEXTEL CORPORATION;**<br>21. **SPRINT WIRELESS BROADBAND COMPANY, LLC;**<br>22. **SUNCOM WIRELESS OPERATING COMPANY, LLC**<br>23. **T-MOBILE USA;**<br>24. **TRACFONE WIRELESS, INC.;**<br>25. **U.S. CELLULAR WIRELESS;**<br>26. **VERIZON COMMUNICATIONS, INC.;**<br>27. **VERIZON WIRELESS SERVICES, LLC;**<br>28. **VIRGIN MOBIL USA, LLC;**<br>29. **HTC CORPORATION;**<br>30. **HTC AMERICA, INC.** | **Unopposed** |

| |
|---|
| 31. KYOCERA WIRELESS CORPORATION;<br>32. KYOCERA AMERICA, INC.;<br>33. LG ELECTRONICS USA, INC.;<br>34. LG ELECTRONICS MOBILECOMM U.S.A., INC.;<br>35. PALM, INC.;<br>36. PANTECH WIRELESS, INC.;<br>37. SANYO NORTH AMERICA CORPORATION; AND<br>38. UTSTARCOM, INC.;<br>39. SONY ERICSSON COMMUNICATIONS (USA), INC.;<br>40. SAMSUNG AMERICA, INC.;<br>41. SAMSUNG ELECTRONICS AMERICA, INC.;<br>42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and<br>43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC.,<br><br>                    *Defendants.* |

### DEFENDANTS VERIZON COMMUNICATIONS, INC. AND VERIZON WIRELESS SERVICES, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Comes now, Defendants VERIZON COMMUNICATIONS, INC. and VERIZON WIRELESS SERVICES, LLC (hereinafter collectively referred to as "Verizon" or "Defendants"), to file this their Second Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Original Complaint.

2

The current deadline for Defendants to answer is November 14, 2007. Defendants respectfully request an extension of time to and including January 7, 2008 to Answer, Move or Otherwise Respond.

This extension is not sought for delay. Counsel for Defendants has conferred with counsel for Plaintiff and represents to the Court that Plaintiff does not oppose this Motion. The granting of this Motion will not affect any other case deadline.

WHEREFORE, PREMISES CONSIDERED, Verizon respectfully requests that its Motion be **granted**.

Dated: October 30, 2007                    Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By:  */s/ John F. Bufe*
     MICHAEL E. JONES
     Texas State Bar No. 10929400
     JOHN F. BUFE
     Texas State Bar No. 03316930
     110 N. College Ave.
     500 Plaza Tower (75702)
     P.O. Box 359
     Tyler, Texas 75710
     Telephone: (903) 597-8311
     Facsimile: (903) 593-0846
     Email: johnbufe@potterminton.com

3

**CIVIL ACTION NO. 2:07cv229 [TJW]**
DEFENDANTS VERIZON COMMUNICATIONS, INC. AND VERIZON WIRELESS SERVICES, LLC'S
SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND
{VRT\7484\0002\W0342268.1 }

        **Of Counsel:**

        Jeffrey E. Ostrow
        SIMPSON THACHER & BARTLETT LLP
        2550 Hanover Street
        Palo Alto, CA  94304
        Telephone: (650) 251-5030
        Facsimile: (650) 251-5002
        Email: jostrow@stblaw.com

        *Attorneys for Defendants*
        **VERIZON COMMUNICATIONS, INC. and**
        **VERIZON WIRELESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of October, 2007. Any other counsel of record will be served by first class mail.

        */s/ John F. Bufe*
        John F. Bufe

4

**CIVIL ACTION NO. 2:07cv229 [TJW]**
DEFENDANTS VERIZON COMMUNICATIONS, INC. AND VERIZON WIRELESS SERVICES, LLC'S
SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND
{VRT\7484\0002\W0342268.1 }