IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. | ) | |
| | ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Steven M. Zager, attorney with the law firm Akin Gump Strauss Hauer & Feld LLP, 1111 Louisiana Street, 44th Floor, Houston, Texas 77002-5200, and enters an appearance as lead counsel of record for Defendants Kyocera Wireless Corp.; LG Electronics MobileComm U.S.A., Inc.; LG Electronics U.S.A., Inc.; Motorola, Inc.; Nokia Inc.; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Boost Mobile; Helio, Inc.; HELIO LLC; MetroPCS, Inc.; MetroPCS Texas, LLC; MetroPCS Wireless, Inc.; Southern Communications Services, Inc. d/b/a SouthernLINC Wireless; Sprint Nextel Corporation; Sprint Wireless Broadband Company, LLC; T-Mobile USA, Inc.; TracFone Wireless, Inc.; and Virgin Mobile USA, LLC.

Dockets.Justia.com

Dated: October 31, 2007                    Respectfully submitted,


                                           s/ *Steven M. Zager*
                                           _____
                                           Steven M. Zager, *Lead Attorney*
                                           State Bar No. 22241500
                                           szager@akingump.com
                                           Fred I. Williams
                                           State Bar No. 00794855
                                           fwilliams@akingump.com
                                           Akin Gump Strauss Hauer & Feld LLP
                                           1111 Louisiana Street, 44th Floor
                                           Houston, TX 77002
                                           Telephone: 713.220.5800
                                           Facsimile:  713.236.0822

                                           Jeffrey K. Sherwood
                                           State Bar No. 24009354
                                           jsherwood@akingump.com
                                           Jin-Suk Park *(pro hac vice application to be filed)*
                                           jspark@akingump.com
                                           Akin Gump Strauss Hauer & Feld LLP
                                           Robert S. Strauss Building
                                           1333 New Hampshire Avenue, N.W.
                                           Washington, DC 20036-1564
                                           Telephone: 202.887.4000
                                           Facsimile:  202.887.4200

                                           Todd E. Landis
                                           State Bar No. 24030226
                                           tlandis@akingump.com
                                           Akin Gump Strauss Hauer & Feld LLP
                                           1700 Pacific Avenue, Suite 4100
                                           Dallas, TX 75201
                                           Telephone: 214.969.2800
                                           Facsimile:  214.969.4343

                                           ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

Samuel F. Baxter                                    Michael E. Jones
State Bar No. 01938000                              State Bar No. 10929400
sbaxter@mckoolsmith.com                             mikejones@potterminton.com
McKool Smith                                        Potter Minton
300 Crescent Court, Suite 1500                      110 N. College
Dallas, TX 75201                                    Tyler, TX 75702
Telephone: 214.978.4016                             Telephone: 903.597.8311
Facsimile:  214.978.4994                            Facsimile:  903.593.0846

Attorneys for Defendant Kyocera Wireless Corp.      Attorneys for Defendant Motorola, Inc.

Carl R. Roth
State Bar No. 17312000
cr@rothfirm.com
Michael C. Smith
State Bar No. 18650410
ms@rothfirm.com
The Roth Law Firm
115 N. Wellington, Suite 200
Marshall, TX 75670
Telephone: 903.935.1665
Facsimile:  903.935.1797

Attorneys for Defendant Nokia Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

Marc A. Fenster
mfenster@raklaw.com
David R. Gabor
dgabor@raklaw.com
Irene Y. Lee
ilee@raklaw.com
Robert E. Satterthwaite
rsatterthwaite@raklaw.com
Larry C. Russ
lruss@raklaw.com
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310.826.7474
Facsimile:  310.826.6991

Attorneys for Plaintiff

S. Calvin Capshaw III
ccapshaw@mailbmc.com
Elizabeth L. DeRieux
ederieux@mailbmc.com
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
Telephone: 903.236.9800
Facsimile:  903.236.8787

Attorneys for Plaintiff

Franklin Jones Jr.
maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: 903.938.4395
Facsimile:  903.938.3360

Attorneys for Plaintiff

Otis W. Carroll
Collin Maloney
fedserv@icklaw.com
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone: 903.561.1600
Facsimile:  903.581.1071

Attorneys for Plaintiff

Darby V. Doan
ddoan@haltomdoan.com
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile:  903.255.0800

Attorneys for AT&T Mobility, LLC


Paul B. Keller
paul.keller@wilmerhale.com
Wilmer Hale
399 Park Avenue
New York, NY 10022
Telephone: 212.937.7273
Facsimile:  212.230.8888

Christine E. Duh
christine.duh@wilmerhale.com
Anna T. Lee
anna.lee@wilmerhale.com
Mark D. Flanagan
mark.flanagan@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
1117 S. California Ave.
Palo Alto, CA 94303
Telephone: 650.858.6000
Facsimile:  650.858.6100

Attorneys for Palm, Inc.

Josh A. Krevitt
jkrevitt@gibsondunn.com
Gibson Dunn & Crutcher LLP
200 Park Aveue, 47th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile:  212.351.4035

Attorneys for Hewlett-Packard Company


Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Charles L. McLawhorn, III
chad.mclawhorn@mcafeetaft.com
John A. Kenney
john.kenney@mcafeetaft.com
Michael D. McClintock
michael.mcclintock@mcafeetaft.com
Michael J. LaBrie
michael.labrie@mcafeetaft.com
McCafee & Taft, P.C.
Two Leadership Square
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone: 405.235.9621
Facsimile:  405.235.0439

Attorneys for Dobson Cellular Systems, Inc.

Andy Tindel
atindel@andytindel.com
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903.596.0900
Facsimile:  903.596.0909

Warren S. Heit
wheit@whitecase.com
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile:  650.213.8158

Attorneys for Defendant HTC America, Inc.
and HTC Corporation

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Alison M. Tucher
atucher@mofo.com
Harold McElhinny
hmcelhinny@mofo.com
David E. Melaugh
dmelaugh@mofo.com
Morrison & Foerster LLP
425 Market Street, 34th Floor
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Qwest Wireless, LLC and
UTStarcom, Inc.

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile:  703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Breighanne A. Eggert
breighanne.eggert@kattenlaw.com
Rachel M. Vorbeck
rachel.vorbeck@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile:  312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile:  214.953.1121

Attorneys for Sanyo North America
Corporation

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile:  903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Attorneys for Suncom Wireless Operating
Company, LLC

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Attorneys for Verizon Communications, Inc.
and Verizon Wireless Services, LLC

 s/ *Fred I. Williams*
Fred I. Williams