# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

MINERVA INDUSTRIES, INC.,

        *Plaintiff,*

    vs.

1. **MOTOROLA, INC.;**
2. **NOKIA, INC.;**
3. **NOKIA MOBILE PHONES, INC.;**
4. **ALLTELL CORPORATION;**
5. **ALLTELL COMMUNICATIONS WIRELESS, INC.;**
6. **ALLTELL COMMUNICATIONS, INC.;**
7. **ALLTELL COMMUNICATIONS OF TEXARKANA, INC.;**
8. **ALLTELL WIRELESS OF TEXARKANA, LLC;**
9. **AT&T MOBILITY, LLC;**
10. **BOOST MOBILE;**
11. **DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE;**
12. **HELIO, INC.;**
13. **HELIO, LLC;**
14. **HEWLETT-PACKWARD COMPANY;**
15. **METROPCS, INC.;**
16. **METROPCS TEXAS, LLC;**
17. **METROPCS WIRELESS, INC.;**
18. **QWEST WIRELESS, LLC;**
19. **SOUTHERNLINC WIRELESS;**
20. **SPRINT NEXTEL CORPORATION;**
21. **SPRINT WIRELESS BROADBAND COMPANY, LLC;**
22. **SUNCOM WIRELESS OPERATING COMPANY, LLC**
23. **T-MOBILE USA;**
24. **TRACFONE WIRELESS, INC.;**
25. **U.S. CELLULAR WIRELESS;**
26. **VERIZON COMMUNICATIONS, INC.;**
27. **VERIZON WIRELESS SERVICES, LLC;**
28. **VIRGIN MOBIL USA, LLC;**
29. **HTC CORPORATION;**
30. **HTC AMERICA, INC.**
31. **KYOCERA WIRELESS CORPORATION;**
32. **KYOCERA AMERICA, INC.;**

**CIVIL ACTION NO.: 2:07-cv-229 [TJW]**

**JURY DEMANDED**

{VRT\7484\0002\W0342298.1 }

Dockets.Justia.com

33. **LG ELECTRONICS USA, INC.;**
34. **LG ELECTRONICS MOBILECOMM U.S.A., INC.;**
35. **PALM, INC.;**
36. **PANTECH WIRELESS, INC.;**
37. **SANYO NORTH AMERICA CORPORATION; AND**
38. **UTSTARCOM, INC.;**
39. **SONY ERICSSON COMMUNICATIONS (USA), INC.;**
40. **SAMSUNG AMERICA, INC.;**
41. **SAMSUNG ELECTRONICS AMERICA, INC.;**
42. **SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and**
43. **SAMSUNG TELECOMMUNICATIONS AMERICA, INC.,**

*Defendants.*

## ORDER

CAME ON to be heard Defendants VERIZON COMMUNICATIONS, INC. and VERIZON WIRELESS SERVICES, LLC'S Second Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Original Complaint, and the Court, after review of the subject Motion, and the entire record in this cause it is hereby ORDERED that said Motion shall be in all things **granted**; and it is

FURTHER ORDERED, that deadline for Defendants' to Answer, Move or Otherwise Respond shall be hereby extended to and including January 7, 2008.

SIGNED this 31st day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE