UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |  |
|---|---|---|
| MINERVA INDUSTRIES, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:07-CV-0229 (DF) |
| MOTOROLA, INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

PLEASE TAKE NOTICE that attorney James N. Haltom of the law firm HALTOM & DOAN hereby enters his appearance as Co-Counsel for Defendants AT&T Mobility, LLC, and requests, pursuant to Local Rule CV-11(e), that any correspondence, motions, notices, and pleadings in this action directed to Defendants AT&T Mobility, LLC, also be served upon James N. Haltom at the following address:

James N. Haltom
HALTOM & DOAN
6500 Summerhill Road, Suite 100
P. O. Box 6227
Texarkana, Texas 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
jhaltom@haltomdoan.com

WHEREFORE, Defendants AT&T Mobility, LLC, request that all counsel of record take notice of this appearance.

NOTICE OF APPEARANCE OF CO-COUNSEL – Page 1

Respectfully submitted,

By: _____/s/ James N. Haltom_____
James N. Haltom
Texas Bar No. 08809000
HALTOM & DOAN
6500 Summerhill Road, Suite 100
P. O. Box 6227
Texarkana, Texas 75505-6227
(903) 225-1000 telephone
(903) 255-0800 facsimile

ATTORNEY FOR DEFENDANTS
AT&T MOBILITY, LLC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via e-mail, facsimile and/or U.S. First Class Mail this 1st day of November 2007.

_____/s/ James N. Haltom_____
James N. Haltom