IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. | ) | |
| | ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SOUTHERN COMMUNICATIONS SERVICES, INC.
D/B/A SOUTHERNLINC WIRELESS'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Southern Communications

Services, Inc. d/b/a SouthernLINC Wireless states:

1.      Southern Communications Services, Inc. d/b/a SouthernLINC Wireless is a

wholly-owned subsidiary of Southern Company, which is a publicly traded company.   No

publicly held corporation owns 10% or more of Southern Company's stock.

Dockets.Justia.com

Dated: November 7, 2007                    Respectfully submitted,


                                          s/ *Fred I. Williams*
                                          ─────────────────────────────
                                          Steven M. Zager, *Lead Attorney*
                                          State Bar No. 22241500
                                          szager@akingump.com
                                          Fred I. Williams
                                          State Bar No. 00794855
                                          fwilliams@akingump.com
                                          Akin Gump Strauss Hauer & Feld LLP
                                          1111 Louisiana Street, 44th Floor
                                          Houston, TX 77002
                                          Telephone: 713.220.5800
                                          Facsimile:  713.236.0822

                                          Jeffrey K. Sherwood
                                          State Bar No. 24009354
                                          jsherwood@akingump.com
                                          Jin-Suk Park *(pro hac vice application to be filed)*
                                          jspark@akingump.com
                                          Akin Gump Strauss Hauer & Feld LLP
                                          Robert S. Strauss Building
                                          1333 New Hampshire Avenue, N.W.
                                          Washington, DC 20036-1564
                                          Telephone: 202.887.4000
                                          Facsimile:  202.887.4200

                                          Todd E. Landis
                                          State Bar No. 24030226
                                          tlandis@akingump.com
                                          Akin Gump Strauss Hauer & Feld LLP
                                          1700 Pacific Avenue, Suite 4100
                                          Dallas, TX 75201
                                          Telephone: 214.969.2800
                                          Facsimile:  214.969.4343

                                          ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

Samuel F. Baxter
State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: 214.978.4016
Facsimile:  214.978.4994

Attorneys for Defendant Kyocera Wireless Corp.

Carl R. Roth
State Bar No. 17312000
cr@rothfirm.com
Michael C. Smith
State Bar No. 18650410
ms@rothfirm.com
The Roth Law Firm
115 N. Wellington, Suite 200
Marshall, TX 75670
Telephone: 903.935.1665
Facsimile:  903.935.1797

Attorneys for Defendant Nokia Inc.

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Potter Minton
110 N. College
Tyler, TX 75702
Telephone: 903.597.8311
Facsimile:  903.593.0846

Attorneys for Defendant Motorola, Inc.

John Flaim
State Bar No. 00785864
john.flaim@bakernet.com
William D. McSpadden
State Bar No. 24002587
william.d.mcspadden@bakernet.com
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX  75201
214.978.3000 Main
214.978.3099 Fax

Attorneys for Defendants
Alltel Communications, Inc.,
Alltel Communications of Texarkana, Inc.,
Alltel Communications Wireless, Inc.,
Alltel Corporation, and
Alltel Wireless of Texarkana, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2007, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

Marc A. Fenster
mfenster@raklaw.com
David R. Gabor
dgabor@raklaw.com
Irene Y. Lee
ilee@raklaw.com
Robert E. Satterthwaite
rsatterthwaite@raklaw.com
Larry C. Russ
lruss@raklaw.com
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff

S. Calvin Capshaw III
ccapshaw@mailbmc.com
Elizabeth L. DeRieux
ederieux@mailbmc.com
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
Telephone: 903.236.9800
Facsimile: 903.236.8787

Attorneys for Plaintiff

Franklin Jones Jr.
maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: 903.938.4395
Facsimile: 903.938.3360

Attorneys for Plaintiff

Otis W. Carroll
Collin Maloney
fedserv@icklaw.com
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone: 903.561.1600
Facsimile: 903.581.1071

Attorneys for Plaintiff

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Attorneys for Verizon Communications, Inc.
and Verizon Wireless Services, LLC

Josh A. Krevitt
jkrevitt@gibsondunn.com
Gibson Dunn & Crutcher LLP
200 Park Aveue, 47th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile:  212.351.4035

Attorneys for Hewlett-Packard Company

Paul B. Keller
paul.keller@wilmerhale.com
Wilmer Hale
399 Park Avenue
New York, NY 10022
Telephone: 212.937.7273
Facsimile:  212.230.8888

Christine E. Duh
christine.duh@wilmerhale.com
Anna T. Lee
anna.lee@wilmerhale.com
Mark D. Flanagan
mark.flanagan@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
1117 S. California Ave.
Palo Alto, CA 94303
Telephone: 650.858.6000
Facsimile:  650.858.6100

Attorneys for Palm, Inc.

Michael E. Jones
mikejones@potterminton.com
John F. Bufe
johnbufe@potterminton.com
Potter Minton
P.O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile:  903.593.0846

Charles L. McLawhorn, III
chad.mclawhorn@mcafeetaft.com
John A. Kenney
john.kenney@mcafeetaft.com
Michael D. McClintock
michael.mcclintock@mcafeetaft.com
Michael J. LaBrie
michael.labrie@mcafeetaft.com
McCafee & Taft, P.C.
Two Leadership Square
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone: 405.235.9621
Facsimile:  405.235.0439

Attorneys for Dobson Cellular Systems, Inc.

Andy Tindel
atindel@andytindel.com
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
Telephone: 903.596.0900
Facsimile:  903.596.0909

Warren S. Heit
wheit@whitecase.com
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306
Telephone: 650.213.0300
Facsimile:  650.213.8158

Attorneys for Defendant HTC America, Inc.
and HTC Corporation

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Alison M. Tucher
atucher@mofo.com
Harold McElhinny
hmcelhinny@mofo.com
David E. Melaugh
dmelaugh@mofo.com
Morrison & Foerster LLP
425 Market Street, 34th Floor
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

Attorneys for Qwest Wireless, LLC and
UTStarcom, Inc.

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile:  703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Breighanne A. Eggert
breighanne.eggert@kattenlaw.com
Rachel M. Vorbeck
rachel.vorbeck@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile:  312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile:  214.953.1121

Attorneys for Sanyo North America
Corporation

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile:  903.509.5092

Attorneys for Sony Ericcson Mobile
Communications (USA) Inc.


James N. Haltom
jhaltom@haltomdoan.com
Darby V. Doan
ddoan@haltomdoan.com
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile:  903.255.0800

Andrew M. Riddles
ariddles@crowell.com
Bruce D. DeRenzi
bderenzi@crowell.com
212.895.4211 Direct
Crowell & Moring LLP
153 East 53rd Street, 31st Floor
New York, NY  10022-4611
Telephone: 212.223.4000
Facsimile:  212.223.4134

Attorneys for AT&T Mobility, LLC

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile:  903.934.9257

Attorneys for Suncom Wireless Operating
Company, LLC

 s/ *Fred I. Williams*
Fred I. Williams