# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 2:07-cv-229 [TJW] |
| vs. § | |
| § | Jury Demanded |
| MOTOROLA, INC., et al. § | |
| § | |
| *Defendants*. § | |

## DEFENDANT SANYO NORTH AMERICA CORPORATION'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant SANYO NORTH AMERICA CORPORATION files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond.

The current deadline for Defendants to answer is December 3, 2007. Defendant respectfully requests an extension of time to and including, January 7, 2008 to move, answer, or otherwise respond to the Complaint.

This extension is not sought for delay. Counsel for Defendant has conferred with counsel for Plaintiff and represents to the Court that Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that its Motion be granted.

1

DATED: November 19, 2007

                Respectfully submitted,

/s/ John M. Cone
John M. Cone
Texas State Bar No. 04660100
HITCHCOCK EVERT LLP
750 North St. Paul Street
Dallas, Texas 75201
Telephone: (214) 880-7002
Facsimile: (214) 953-1121
Email: jcone@hitchcockevert.com

Michael A. Dorfman
Breighanne A. Eggert
Timothy J. Vezeau
Rachel M. Vorbeck
KATTEN MUCHIN ROSENMAN L.L.P.
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5658
Facsimile: (312) 577-4738

**ATTORNEYS FOR DEFENDANT
SANYO NORTH AMERICA CORP.**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with counsel for Plaintiff and hereby represents to this Court that Plaintiff does not oppose this Motion.

/s/ John M. Cone
John M. Cone

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of November, 2007. Any other counsel of record will be served by first class mail.

/s/ John M. Cone
John M. Cone