## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 2:07-cv-229 [TJW] |
| vs. § | |
| § | Jury Demanded |
| MOTOROLA, INC., et al. § | |
| § | |
| *Defendants*. § | |

### **ORDER**

CAME ON to be considered Defendant SANYO NORTH AMERICA CORPORATION'S Unopposed Motion for Extension of Time to Answer or Otherwise Respond, and the Court, after review of the subject Motion, and the entire record in this cause it is hereby ORDERED that said Motion shall be in all things granted; and it is

FURTHER ORDERED, that SANYO NORTH AMERICA CORPORATION shall move, answer or otherwise respond to Plaintiff's Complaint by January 7, 2008.

SO ORDERED