Minerva Industries, Inc. v. Motorola, Inc. et al
Case 2:07-cv-00229-TJW     Document 154     Filed 11/19/2007     Page 1 of 4
Doc. 154

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., <br> NOKIA, INC. <br> NOKIA MOBILE PHONES, INC. <br> ALLTEL CORP., <br> ALLTEL COMMUNICATIONS WIRELESS, INC. <br> ALLTEL COMMUNICATION OF TEXARKANA, INC., <br> ALLTEL WIRELESS OF TEXARKANA, LLC, <br> AT&T MOBILITY, LLC, <br> BOOST MOBILE, <br> DOBSON CELLULAR SYSTEMS, INC. (d/b/a CELLULAR ONE), <br> HELIO, INC., <br> HELIO, LLC, <br> HEWLETT-PACKARD CO., <br> METROPCS, INC., <br> METROPCS WIRELESS, INC. <br> METROPCS TEXAS, LLC, <br> QWEST WIRELESS, LLC, <br> SOUTHERNLINC WIRELESS <br> SPRINT NEXTEL CORP., <br> SPRINT WIRELESS BROADBAND CO., LLC, <br> SUNCOM WIRELESS OPERATING CO., LLC, <br> T-MOBILE USA, INC., <br> TRACFONE WIRELESS, INC., <br> U.S. CELLULAR WIRELESS, <br> VERIZON COMMUNICATIONS, INC., <br> VERIZON WIRELESS SERVICES, LLC. <br> VIRGIN MOBILE USA, LLC, <br> HTC CORP., <br> HTC AMERICA, INC., <br> KYOCERA WIRELESS CORP., <br> KYOCERA AMERICA, INC., <br> LG ELECTRONICS, USA, INC. <br> LG ELECTRONICS MOBILECOMM USA, | Civil Action No. 2:07-cv-229 (TJW) <br> **JURY TRIAL DEMANDED** |

Dockets.Justia.com

| | |
|---|---|
| INC. | ) |
| PALM, INC., | ) |
| PANTECH WIRELESS, INC. | ) |
| SANYO NORTH AMERICA CORP., | ) |
| UTSTARCOM, INC. | ) |
| SONY ERICSSON COMMUNICATIONS, | ) |
| (USA), INC., | ) |
| SAMSUNG AMERICAN, INC., | ) |
| SAMSUNG ELECTRONICS AMERICA, INC. | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, LLC, | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, INC., | ) |
| ALLTEL COMMUNICATION, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the following attorney hereby enters his appearance in this matter as additional counsel of record Hewlett-Packard Company and consents to electronic service of all papers in this action.

> John L. LaBarre
> New York Bar No. 4396271
> **GIBSON, DUNN & CRUTCHER LLP**
> 200 Park Avenue, 47th Floor
> New York, New York 10166
> Telephone:  (212) 351-4000
> Facsimile:   (212) 351-4035

Dated: November 19, 2007    Respectfully submitted,

 /s/ John L. LaBarre
Josh A. Krevitt (NY Bar No. 2568228)
John L. LaBarre (NY Bar No. 4396271)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone:  (212) 351-4000
Facsimile:   (212) 351-4035
Email:  jkrevitt@gibsondunn.com
Email:  jlabarre@gibsondunn.com

ATTORNEYS FOR DEFENDANT
HEWLETT-PACKARD COMPANY.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 19 2007 all counsel of record were served with a copy **NOTICE OF APPEARANCE** by the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: November 19, 2007                /s/ John L. LaBarre
                                                  John L. LaBarre