UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

MINERVA INDUSTRIES, INC.,

              Plaintiff,

v.

MOTOROLA, INC., et al

              Defendants.

Civil Action No: 2-07CV-229

JURY

**ORDER**

Before the Court is Plaintiff Minerva Industries, Inc.'s Notice of Dismissal Without Prejudice of Defendants U.S. Cellular Wireless, Samsung America, Inc. and Kyocera America, Inc.  After consideration, the Court finds Plaintiff's request meritorious.  Therefore, it is hereby

ORDERED that Plaintiff's claims against Defendants U.S. Cellular Wireless, Samsung America, Inc. and Kyocera America, Inc. are hereby DISMISSED without prejudice to refiling same.  Each party shall bear their own costs.

    SIGNED this 21st day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE