# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. | Civil Action No: 2-07 CV-229 <br><br> **The Honorable T. John Ward** <br> **United States District Judge** |

## MINERVA INDUSTRIES, INC.'S REPLY TO SONY ERICSSON'S COUNTERCLAIMS

Plaintiff Minerva Industries, Inc. files this Reply to Sony Ericsson Mobile Communications (USA) Inc.'s Counterclaims and alleges as follows:

1. Plaintiff Minerva Industries, Inc. ("Minerva") admits the allegations in paragraph 1 of Sony Ericsson Mobile Communications (USA) Inc.'s ("Sony Ericsson") Counterclaims ("Counterclaims").

2. Minerva admits the allegations in paragraph 2 of the Counterclaims.

3. Minerva admits the allegations in paragraph 3 of the Counterclaims.

### FIRST COUNTERCLAIM

4. Minerva repeats and incorporates by reference the allegations contained in paragraphs 1 through 3 above as if fully set forth herein.

5. Minerva admits the allegations in paragraph 5 of the Counterclaims.

6. Minerva admits the allegations in paragraph 6 of the Counterclaims.

7. Minerva denies the allegations in paragraph 7 of the Counterclaims.

8. Minerva denies the allegations in paragraph 8 of the Counterclaims.

### SECOND COUNTERCLAIM

9. Minerva repeats and incorporates by reference the allegations contained in paragraphs 1 through 8 above as if fully set forth herein.

10. Minerva admits the allegations in paragraph 10 of the Counterclaims.

11. Minerva denies the allegations in paragraph 11 of the Counterclaims.

12. Minerva denies the allegations in paragraph 12 of the Counterclaims.

## PRAYER FOR RELIEF

13. Minerva denies that Sony Ericsson is entitled to any relief requested in the Prayer for Relief in its Counterclaims, or any other relief whatsoever.


Dated: December 10, 2007                Respectfully submitted,


        By:   /s/ Collin Maloney
        Otis W. Carroll
        State Bar No. 03895700
        Collin Maloney
        State Bar No. 00794219
        Ireland Carroll & Kelley, P.C.
        6101 South Broadway, Suite 500
        P.O. Box 7879
        Tyler, Texas 75711
        Telephone: (903) 561-1600
        Facsimile: (903) 581-1071

        Franklin Jones Jr.
        State Bar No. 00000055
        Jones & Jones, Inc., P.C.
        201 West Houston Street
        P.O. Drawer 1249
        Marshall, Texas 65671-1249
        Telephone: (903) 938-4395
        Facsimile: (903) 938-3360

S. Calvin Capshaw
State Bar No. 0378390
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Attorneys for Plaintiff

Of Counsel:

RUSS, AUGUST & KABAT
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
David R. Gabor (California Bar No. 145729)
E-mail: dgabor@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
Eric B. Carlson (California Bar No. 193401)
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite (California Bar No. 223767)
E-mail: rsatterthwaite@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via electronic delivery or United States mail this 10th day of December, 2007.

/s/ Collin Maloney