UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al <br><br> Defendants. | Civil Action No: 2-07CV-229 <br><br><br> JURY |

**AGREED MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff Minerva Industries, Inc. and pursuant to Federal Rule of Civil Procedure 41(a) hereby moves for an Order voluntarily dismissing this action with regard to its claims against Qwest Wireless, LLC, WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Respectfully submitted,

By:   /s/  Collin Maloney
Otis W. Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Franklin Jones Jr.
State Bar No. 00000055

- 1 -

- 2 -

        Jones & Jones, Inc., P.C.
        201 West Houston Street
        P.O. Drawer 1249
        Marshall, Texas 65671-1249
        Telephone: (903) 938-4395
        Facsimile: (903) 938-3360

        S. Calvin Capshaw
        State Bar No. 0378390
        Brown McCarroll LLP
        1127 Judson Road, Suite 220
        P.O. Box 3999
        Longview, Texas 75601-5157
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        Attorneys for Plaintiff

Of Counsel:

RUSS, AUGUST & KABAT
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
David R. Gabor (California Bar No. 145729)
E-mail: dgabor@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
Eric B. Carlson (California Bar No. 193401)
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite (California Bar No. 223767)
E-mail: rsatterthwaite@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via electronic delivery or United States mail this 18th day of December, 2007.

/s/ Collin Maloney