UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al <br><br> Defendants. | Civil Action No: 2-07CV-229 <br><br><br> JURY |

## **ORDER**

Before the Court is Plaintiff Minerva Industries, Inc.'s Agreed Motion to Voluntarily Dismiss its claims against Qwest Wireless, LLC without prejudice. After consideration, the Court finds that the motion should be GRANTED.