# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.** | § |
| | § |
| **vs.** | § Civil Action No. 2:07-cv-229-TJW |
| | § |
| **MOTOROLA, INC., ET AL** | § |

## NOTICE OF APPEARANCE

Palm, Inc., a Defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Scott E. Stevens
    Texas State Bar No. 00792024
    Stevens Law Firm
    P.O. Box 807
    Longview, Texas  75606
    Telephone:  903-753-6760
    Facsimile:  903-753-6761
    scott@seslawfirm.com

Respectfully submitted,

_____
Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas  75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

*Counsel for* Palm, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of December, 2007.

_____/s/ Scott Stevens_____
Scott E. Stevens