# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No: 2-07 CV-229 <br><br> **The Honorable T. John Ward** <br> **United States District Judge** |

## JOINT STIPULATION AND [PROPOSED] ORDER STRIKING HTC CORPORATION'S ANSWER

WHEREAS Plaintiff Minerva Industries, Inc. ("Minerva") has properly named defendant HTC Corporation in the above-captioned patent infringement complaint ("Complaint");

WHEREAS Minerva mistakenly served process upon Thomas E. Kelly at 4411 Cardinal Lane, Midland, Texas 79707, as registered agent for an HTC Corporation based in Texas;

WHEREAS Minerva meant to serve process upon the correct defendant, HTC Corporation, based in California;

WHEREAS HTC Corporation of Texas is not a proper defendant in this action; and

WHEREAS HTC Corporation of Texas has already answered Minerva's Complaint.

NOW, THEREFORE the Parties do hereby stipulate and agree that, for purposes of this litigation, the answer of HTC Corporation of Texas be STRICKEN;

HTC Corporation of Texas need file no further documents in this case, and otherwise has no further obligations to defend against, or respond to, Minerva's Complaint in any way; and

HTC Corporation of Texas will be treated, for all intents and purposes, as having been dismissed from this action.

The foregoing is hereby stipulated by and between counsel.

Dated:  December 21, 2007 Respectfully submitted,

By: /s/  David H. Smith (Collin Maloney w/ permission
David H. Smith
State Bar No. 00794652
Davis, Gerald & Cremer
A Professional Corporation
400 Illinois, Suite 1400 (79701)
Midland, Texas 79702
Telephone: (432) 687-0011
Facsimile:  (432) 687-1735

Attorneys for HTC Corporation

By: /s/  Collin Maloney
Otis W. Carroll, Attorney-In-Charge
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Franklin Jones Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
S. Calvin Capshaw
State Bar No. 0378390
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

                                            Attorneys for Plaintiff
                                            Minerva Industries, Inc.

Of Counsel:

RUSS, AUGUST & KABAT
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
David R. Gabor (California Bar No. 145729)
E-mail: dgabor@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
Eric B. Carlson (California Bar No. 193401)
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite (California Bar No. 223767)
E-mail: rsatterthwaite@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record are being served with a copy of this document via electronic delivery or United States mail this 21st day of December, 2007.

                                              /s/ Collin Maloney