# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No: 2-07 CV-229 <br><br> **The Honorable T. John Ward** <br> **United States District Judge** |

## **O R D E R**

Having reviewed the foregoing and based upon the stipulation of the parties, IT IS ORDERED that the answer of HTC Corporation of Texas be STRICKEN, and HTC Corporation of Texas otherwise be absolved of any further obligations with respect to this litigation.

IT IS SO ORDERED.

071221 Stipulation of Dismissal.ORDER          1