UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al <br><br> Defendants. | Civil Action No: 2-07CV-229 <br><br><br> JURY |

**ORDER**

Before the Court is Plaintiff Minerva Industries, Inc.'s Agreed Motion to Voluntarily Dismiss its claims against Southern Communications Services, Inc., d/b/a SouthernLINC Wireless without prejudice. After consideration, the Court finds that the motion should be GRANTED.