UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al<br><br>      Defendants. | Civil Action No: 2-07CV-229<br><br>JURY |

**ORDER**

Before the Court is Plaintiff Minerva Industries, Inc.'s Agreed Motion to Voluntarily Dismiss its claims against Southern Communications Services, Inc., d/b/a SouthernLINC Wireless without prejudice. After consideration, the Court finds that the motion should be GRANTED.

SIGNED this 2nd day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE