# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., <br> NOKIA, INC. <br> NOKIA MOBILE PHONES, INC. <br> ALLTEL CORP., <br> ALLTEL COMMUNICATIONS WIRELESS, INC. <br> ALLTEL COMMUNICATION OF TEXARKANA, INC., <br> ALLTEL WIRELESS OF TEXARKANA, LLC, <br> AT&T MOBILITY, LLC, <br> BOOST MOBILE, <br> DOBSON CELLULAR SYSTEMS, INC. (d/b/a CELLULAR ONE), <br> HELIO, INC., <br> HELIO, LLC, <br> HEWLETT-PACKARD CO., <br> METROPCS, INC., <br> METROPCS WIRELESS, INC. <br> METROPCS TEXAS, LLC, <br> SPRINT NEXTEL CORP., <br> SPRINT WIRELESS BROADBAND CO., LLC, <br> SUNCOM WIRELESS OPERATING CO., LLC, <br> T-MOBILE USA, INC., <br> TRACFONE WIRELESS, INC., <br> U.S. CELLULAR WIRELESS, <br> VERIZON COMMUNICATIONS, INC., <br> VERIZON WIRELESS SERVICES, LLC. <br> VIRGIN MOBILE USA, LLC, <br> HTC AMERICA, INC., <br> KYOCERA WIRELESS CORP., <br> KYOCERA AMERICA, INC., <br> LG ELECTRONICS, USA, INC. <br> LG ELECTRONICS MOBILECOMM USA, INC. <br> PALM, INC., <br> PANTECH WIRELESS, INC. | Civil Action No. 2:07-cv-229 (TJW) <br> **JURY TRIAL DEMANDED** |

HP'S CORPORATE DISCLOSURE STATEMENT

Dockets.Justia.com

|  |  |
|---|---|
| SANYO NORTH AMERICA CORP., | ) |
| UTSTARCOM, INC. | ) |
| SONY ERICSSON COMMUNICATIONS, | ) |
| (USA), INC., | ) |
| SAMSUNG AMERICAN, INC., | ) |
| SAMSUNG ELECTRONICS AMERICA, INC. | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, LLC, | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, INC., | ) |
| ALLTEL COMMUNICATION, INC., | ) |
|  | ) |
| Defendants. | ) |

**DEFENDANT/COUNTERCLAIM PLAINTIFF HEWLETT-PACKARD COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Hewlett-Packard Company ("HP") states that it has no parent corporation and it is currently unaware of any publicly held corporation that owns 10% or more of its stock.

Dated: January 7, 2008           Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Josh A. Krevitt
　　　　　　　　　　　　　　　　　　Josh A. Krevitt (New York Bar No. 2568228)
　　　　　　　　　　　　　　　　　　John L. LaBarre (New York Bar No. 4396271)
　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　　　200 Park Avenue, 47th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　Telephone:  (212) 351-4000
　　　　　　　　　　　　　　　　　　Facsimile:   (212) 351-4035
　　　　　　　　　　　　　　　　　　Email:  jkrevitt@gibsondunn.com
　　　　　　　　　　　　　　　　　　Email:  jlabarre@gibsondunn.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　HEWLETT-PACKARD COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2008 all counsel of record were served with a copy **DEFENDANT/COUNTERCLAIM PLAINTIFF HEWLETT-PACKARD COMPANY'S CORPORATE DISCLOSURE STATEMENT** by the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: January 7, 2008                     /s/ John LaBarre
                                           John LaBarre