# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

MINERVA INDUSTRIES, INC.,

    Plaintiff,

v().

MOTOROLA, INC., *et al*.,

    Defendants.

Civil Action No: 2-07-CV-0229 TJW

JURY

## DEFENDANT PALM, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Palm, Inc. ("Palm") states:

1. Palm has no parent corporation and is itself a publicly held corporation.

2. No publicly held corporation owns 10% or more of Palm's stock.

- 2 -

Dated:  January 7, 2008                                     Respectfully submitted,


                                                             _/s/ Scott E. Stevens_____
                                                             Scott E. Stevens
                                                             Texas State Bar No. 00792024
                                                             STEVENS LAW FIRM
                                                             P.O. Box 807
                                                             Longview, Texas  75606
                                                             Telephone:  (903) 753-6760
                                                             Facsimile (903) 753-6761
                                                             E-mail:  Scott@seslaw.com

                                                             ATTORNEYS FOR DEFENDANT PALM, INC.

Of Counsel:

Mark D. Flanagan (admitted pro hac vice)
Christine E. Duh (admitted pro hac vice)
Anna T. Lee (admitted pro hac vice)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1117 California Avenue
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6101
E-Mail:  mark.flanagan@wilmerhale.com
E-Mail:  christine.duh@wilmerhale.com
E-Mail:  anna.lee@wilmerhale.com

Paul B. Keller (admitted pro hac vice)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, New York  10022
Telephone:  (212) 230-8800
Facsimile  (212) 230-8888
E-Mail:  paul.keller@wilmerhale.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on January 7, 2008, in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this same date.

/s/ Scott E. Stevens_____