IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff. <br><br> v. <br><br> MOTOROLA, INC.; <br> NOKIA, INC.; <br> NOKIA MOBILE PHONES, INC.; <br> ALLTEL CORPORATION; <br> ALLTEL COMMUNICATIONS WIRELESS, INC.; <br> ALLTEL COMMUNICATIONS, INC., <br> ALLTEL COMMUNICATIONS OF TEXARKANA INC.; <br> ALLTEL WIRELESS OF TEXARKANA, LLC; <br> AT&T MOBILITY, LLC; <br> BOOST MOBILE; <br> DOBSON CELLULAR SYSTEMS D/B/A CELLULAR ONE; <br> HELIO, INC.; <br> HELIO, LLC; <br> HEWLETT-PACKARD COMPANY; <br> METROPCS, INC.; <br> METROPCS TEXAS, LLC; <br> METROPCS WIRELESS, INC.; <br> SPRINT NEXEL CORPORATION; <br> SPRINT WIRELESS BROADBAND COMPANY, LLC; <br> SUNCOM WIRELESS OPERATING COMPANY, LLC; <br> T-MOBILE, USA; <br> TRACFONE WIRELESS, INC.; <br> U.S. CELLULAR WIRELESS; <br> VERIZON COMMUNICATIONS INC.; <br> VERIZON WIRELESS SERVICES, LLC.; <br> VIRGIN MOBIL USA, INC.; <br> HTC CORPORATION; <br> HTC AMERICA, INC.; | Civil Action No.: 2:07-CV-229 (TJW) <br><br> **JURY TRIAL DEMANDED** |

| |
|---|
| KYOCERA WIRELESS CORPORATION KYOCERA AMERICA, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; PALM, INC.; PANTECH WIRELESS, INC.; SANYO NORTH AMERICA CORPORATION; UTSTARCOM, INC. SONY ERICSSON COMMUNICATIONS (USA), INC.; SAMSUNG AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONSAMERICA, LLC; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC., |
| Defendants. |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Defendant, Hewlett-Packard Company, for the purpose of receiving notices from the Court.

Dated: January 8, 2008

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No.  00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

Attorneys for Defendant,
Hewlett-Packard Company

-2-

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this January 8, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        */s/ Robert Christopher Bunt*
                                        Robert Christopher Bunt