IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. | ) | |
| | ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is the joint motion to dismiss Plaintiff's claims, without prejudice,

against the following Defendants:

1.    Alltel Corporation

2.    Boost Mobile, LLC

3.    LG Electronics U.S.A., Inc.

4.    Nokia Mobile Phones, Inc.

5.    Samsung Electronics America, Inc.

6.    Samsung Telecommunications America, Inc.

7.    Sprint Nextel Corporation

8.    Sprint Wireless Broadband, LLC

9.    SunCom Wireless Operating Company, LLC

10.    Verizon Communications, Inc.

11.    Verizon Wireless Services, LLC.

After consideration, the Court finds that the motion should be and is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

SIGNED this 8th day of January, 2008.


_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE