IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-229[TJW] |
| | ) | |
| MOTOROLA, INC.; et al, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

John A. Kenney, Michael J. LaBrie, Michael D. McClintock and Charles L. McLawhorn, III of McAfee & Taft A Professional Corporation respectfully move to withdraw as counsel of record for the Defendant Dobson Cellular Systems, Inc. ("Dobson") in this action. In support of this Motion, counsel states:

1. This Motion is being made because Dobson has retained new counsel to represent it in this action.

2. Dobson has retained Fred Williams of Akin, Gump, Straus, Hauer & Feld, LLP as its new counsel. Mr. Williams is an attorney of record for Dobson in this action.

3. Counsel for Plaintiff consents to this request.

4. No other changes are requested at this time regarding the other attorneys acting as counsel of record for Dobson Cellular Systems, Inc.

WHEREFORE, John A. Kenney, Michael J. LaBrie, Michael D. McClintock and Charles L. McLawhorn, III of McAfee & Taft A Professional Corporation respectfully request an Order allowing them to withdraw as counsel of record for the Defendant Dobson Cellular Systems, Inc. in this action.

Respectfully submitted this 10th day of January, 2008.

*Michael D. McClintock*
John A. Kenney, OBA #4976
Michael J. LaBrie, OBA #16253
Michael D. McClintock, OBA #18105
Charles L. McLawhorn, III, OBA #19523
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103
Telephone:    (405) 235-9621
Facsimile:    (405) 235-0439

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 10th day of January, 2008.  Any other counsel of record will be served via First Class U.S. mail on this same date.

*Michael D. McClintock*
Michael D. McClintock

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I certify that Michael Jones has conferred with counsel for Plaintiff and states that counsel for Plaintiff does not oppose the relief requested in this motion.

*Michael D. McClintock*
Michael D. McClintock