IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 2:07-cv-229[TJW] |
| ) | |
| MOTOROLA, INC.; et al, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

**ORDER**

ON THIS DATE came for consideration, Defendant Dobson Cellular Systems, Inc.'s Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED that Dobson Cellular Systems, Inc.'s Unopposed Motion for Withdrawal of Counsel be and hereby is GRANTED and that John A. Kenney, Michael J. LaBrie, Michael D. McClintock and Charles L. McLawhorn, III of McAfee & Taft A Professional Corporation are withdrawn and no longer counsel of record for Defendant Dobson Cellular Systems, Inc.