IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Before the Court is the joint motion to dismiss Plaintiff's claims, without prejudice, against the following Defendants:

1.   Helio, Inc.;

2.   MetroPCS, Inc.; and

3.   MetroPCS Texas, LLC.

After consideration, the Court finds that the motion should be and is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.