IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING JOINT MOTION OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Before the Court is the joint motion to dismiss Plaintiff's claims, without prejudice, against the following Defendants:

1. Helio, Inc.;

2. MetroPCS, Inc.; and

3. MetroPCS Texas, LLC.

After consideration, the Court finds that the motion should be and is hereby GRANTED. Each party shall bear its own costs, expenses, and attorneys' fees.

SIGNED this 22ndday of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE