Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT
2008 JAN 22 PM 3:42
TEXAS EASTERN

1. This application is being made for the following: Case # __2-07 CV-229__
Style: __MINERVA INDUSTRIES, INC. v. MOTOROLA, INC.__
2. Applicant is representing the following party/ies: __Plaintiff, MINERVA INDUSTRIES, INC.__
3. Applicant was admitted to practice in __California__ (state) on __12/11/97__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. __Not applicable.__
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: __USDC-Central District of California (5/11/98), USDC-Eastern District of California (8/3/07), USDC-Northern District of California (5/3/01)__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __ERIC B. CARLSON__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __January 18, 2008__    Signature __[signed] Eric Carlson__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Eric B. Carlson
State Bar Number 193401 - California
Firm Name: RUSS, AUGUST & KABAT
Address ~~P.O. BOX~~ 12424 Wilshire Boulevard, 12th Floor
City/State/Zip: Los Angeles, CA 90025
Telephone #: (310) 826-7474 ext. 252
Fax #: (310) 826-6991
E-mail Address: ecarlson@raklaw.com
Secondary E-Mail Address: lahles@raklaw.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **1/22/08**

*David Maland*
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# United States District Court

for the
Eastern District of Texas at Tyler

Date: Tuesday, January 22, 2008

Received from:

IRELAND, CARROLL & KELLEY
6101 S. BROADWAY, STE. 500
TYLER, TX 75703

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| Total | $50.00 |

Payment method: Check
Case or other reference: 2:07CV230/2:07CV229
Comments: PHV APPS FOR ERIC B. CARLSON - FIRM CK 26120

Received by: MC