# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No: 2-07 CV-229 <br><br> The Honorable T. John Ward <br> United States District Judge |

## MINERVA INDUSTRIES, INC.'S REPLY
## TO PALM, INC.'S COUNTERCLAIMS

Plaintiff Minerva Industries, Inc. files this Reply to Palm, Inc.'s Counterclaims and alleges as follows:

### PARTIES

1.      Plaintiff Minerva Industries, Inc. ("Minerva") admits the allegations in paragraph 1 of Palm, Inc.'s ("Palm") Counterclaims ("Counterclaims").

2.      Minerva admits the allegations in paragraph 2 of the Counterclaims.

### JURISDICTION AND VENUE

3.      Minerva admits the allegations in paragraph 3 of the Counterclaims.

4.      Minerva admits the allegations in paragraph 4 of the Counterclaims.

5.      Minerva admits the allegations in paragraph 5 of the Counterclaims.

### FACTS

6.      Minerva admits the allegations in paragraph 6 of the Counterclaims.

7.      Minerva admits the allegations in paragraph 7 of the Counterclaims.

8.      Minerva admits the allegations in paragraph 8 of the Counterclaims.

## FIRST COUNTERCLAIM

### (Non-Infringement)

9. Minerva repeats and incorporates by reference the allegations contained in paragraphs 1 through 8 above as if fully set forth herein.

10. Minerva denies the allegations in paragraph 10 of the Counterclaims.

11. Minerva denies the allegations in paragraph 11 of the Counterclaims.

## SECOND COUNTERCLAIM

### (Invalidity)

12. Minerva repeats and incorporates by reference the allegations contained in paragraphs 1 through 11 above as if fully set forth herein.

13. Minerva denies the allegations in paragraph 13 of the Counterclaims.

14. Minerva denies the allegations in paragraph 14 of the Counterclaims.

## THIRD COUNTERCLAIM

### (Unenforceability)

15. Minerva repeats and incorporates by reference the allegations contained in paragraphs 1 through 14 above as if fully set forth herein.

16. Minerva denies the allegations in paragraph 16 of the Counterclaims.

17. Minerva denies the allegations in paragraph 17 of the Counterclaims.

## PRAYER FOR RELIEF

Minerva denies that Palm is entitled to any relief requested in the Prayer for Relief in its Counterclaims, or any other relief whatsoever.

Dated: January 25, 2008

By:     /s/ Marc A. Fenster

Marc A. Fenster, *pro hac vice*
California State Bar No. 181067
E-mail: mfenster@raklaw.com

David R. Gabor, *pro hac vice*
California State Bar No. 145729
E-mail: dgabor@raklaw.com
Irene Y. Lee, *pro hac vice*
California State Bar No. 213625
E-mail: ilee@raklaw.com
Eric B. Carlson, *pro hac vice*
California State Bar No. 193401
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite, *pro hac vice*
California State Bar No. 223767
E-mail: rsatterthwaite@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Otis W. Carroll, Attorney-In-Charge
Texas State Bar No. 03895700
E-mail: otiscarroll@icklaw.com
Collin M. Maloney
Texas State Bar No.00794219
E-mail: cmaloney@icklaw.com
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

S. Calvin Capshaw
Texas State Bar # 0378390
ccapshaw@mailbmc.com
Elizabeth L. DeRieux, Esq.
Texas State Bar # 05770585
ederieux@mailbmc.com
BROWN MCCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
903/236-9800
903/236-8787 – fax

Franklin Jones Jr.
Texas State Bar # 00000055
maizieh@millerfirm.com
JONES & JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
903/938-4395
903/938-3360 – fax

Attorneys for Plaintiff Minerva Industries, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 25, 2008. Any other counsel of record will be served via First Class U.S. Mail on this same date.


By: ___/s/ Marc A. Fenster_____