## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No: 2-07 CV-229 <br><br> **The Honorable T. John Ward** <br> **United States District Judge** |

### MINERVA INDUSTRIES, INC.'S REPLY
### TO UTSTARCOM, INC.'S AMENDED COUNTERCLAIMS

Plaintiff Minerva Industries, Inc. files this Reply to UTStarcom, Inc.'s Amended Counterclaims and alleges as follows:

1.  Plaintiff Minerva Industries, Inc. ("Minerva") admits the allegations in paragraph 1 of UTStarcom, Inc.'s ("UTStarcom") Counterclaims ("Counterclaims").

2.  Minerva admits the allegations in paragraph 2 of the Counterclaims.

3.  Minerva admits the allegations in paragraph 3 of the Counterclaims.

4.  Minerva admits the allegations in paragraph 4 of the Counterclaims.

### FIRST CLAIM FOR RELIEF
### (Declaratory Relief as to the '120 Patent)

5.  Minerva denies the allegations in paragraph 5 of the Counterclaims.

6.  Minerva denies the allegations in paragraph 6 of the Counterclaims.

7.  Minerva denies that it filed U.S. Patent Application Serial No. 08/846,108 on August 25, 1997. Minerva otherwise admits the allegations in paragraph 7 of the Counterclaims.

8.  To the extent the allegation that Minerva's foreign filings "constituted a violation of 35 U.S.C. § 184" is other than a legal conclusion (which would require no response), Minerva

2839-002 080214 Reply UTStarcom AmCounterclaims         1

denies these allegations. Minerva otherwise admits the allegations in paragraph 8 of the Counterclaims.

9. The allegations contained in this paragraph 9 are legal conclusions that do not require a response.

10. The allegations contained in this paragraph 10 are legal conclusions that do not require a response.

11. Minerva admits the allegations in paragraph 11 of the Counterclaims.

12. The allegations contained in this paragraph 12 are legal conclusions that do not require a response.

13. Minerva admits the allegations in paragraph 13 of the Counterclaims.

14. Minerva admits the allegations in paragraph 14 of the Counterclaims.

15. Minerva denies that it filed U.S. Patent Application Serial No. 09/537,356. Minerva otherwise admits the allegations in paragraph 15 of the Counterclaims.

16. To the extent the allegation that Minerva's foreign filings "constituted a violation of 35 U.S.C. § 184" is other than a legal conclusion (which would require no response), Minerva denies these allegations. Minerva otherwise admits the allegations in paragraph 16 of the Counterclaims.

17. Minerva admits the allegations in paragraph 17 of the Counterclaims.

18. Minerva admits the allegations in paragraph 18 of the Counterclaims.

19. Minerva admits the allegations in paragraph 19 of the Counterclaims.

20. Minerva denies the allegations in paragraph 20 of the Counterclaims.

21. To the extent the allegations in paragraph 21 of the Counterclaims are other than legal conclusions (which would require no response), Minerva denies these allegations.

22. To the extent the allegations in paragraph 22 of the Counterclaims are other than legal conclusions (which would require no response), Minerva denies these allegations.

23. Minerva denies the allegations in paragraph 23 of the Counterclaims.

24. Minerva denies the allegations in paragraph 24 of the Counterclaims.

25. To the extent the allegations in paragraph 25 of the Counterclaims are other than legal conclusions (which would require no response), Minerva denies these allegations.

26. Minerva denies the allegations in paragraph 26 of the Counterclaims.

**PRAYER FOR RELIEF**

Minerva denies that UTStarcom is entitled to any relief requested in the Prayer for Relief in its Counterclaims, or any other relief whatsoever.

Dated: February 14, 2008

By: /s/ Marc A. Fenster

Marc A. Fenster, *pro hac vice*
California State Bar No. 181067
E-mail: mfenster@raklaw.com
David R. Gabor, *pro hac vice*
California State Bar No. 145729
E-mail: dgabor@raklaw.com
Irene Y. Lee, *pro hac vice*
California State Bar No. 213625
E-mail: ilee@raklaw.com
Eric B. Carlson, *pro hac vice*
California State Bar No. 193401
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite, *pro hac vice*
California State Bar No. 223767
E-mail: rsatterthwaite@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Otis W. Carroll, Attorney-In-Charge
Texas State Bar No. 03895700
E-mail: otiscarroll@icklaw.com
Collin M. Maloney
Texas State Bar No.00794219
E-mail: cmaloney@icklaw.com
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500

P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

S. Calvin Capshaw
Texas State Bar # 0378390
ccapshaw@mailbmc.com
Elizabeth L. DeRieux, Esq.
Texas State Bar # 05770585
ederieux@mailbmc.com
BROWN MCCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
903/236-9800
903/236-8787 – fax

Franklin Jones Jr.
Texas State Bar # 00000055
maizieh@millerfirm.com
JONES & JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
903/938-4395
903/938-3360 – fax

Attorneys for Plaintiff Minerva Industries, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 14, 2008.  Any other counsel of record will be served via First Class U.S. Mail on this same date.

By:   /s/ Marc A. Fenster