IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.,** § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | Civil Action No. 2:07-CV-229 |
| § | |
| **MOTOROLA, INC., et al.** § | |
| § | |
| DEFENDANTS. § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant Nokia Inc. and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant.

Amanda A. Abraham
State Bar No. 24055077
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
Email: aa@rothfirm.com

Respectfully submitted,

By: /s/ Amanda A. Abraham
AMANDA A. ABRAHAM
State Bar No. 24055077
115 Wellington, Suite 200
Marshall, Texas 75670
aa@rothfirm.com
Phone: (903) 935-1665
Fax:    (903) 935-1797

**ATTORNEY FOR DEFENDANT NOKIA, INC.**

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 20th day of February, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Amanda R. Abraham*