IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.,** § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | Civil Action No. 2:07-CV-229 |
| § | |
| **MOTOROLA, INC., et al.** § | |
| § | |
| DEFENDANTS. § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant Nokia Inc. and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant.

Carl R. Roth
State Bar No.  17312000
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas  75670
Telephone:  (903) 935-1665
Facsimile:  (903) 935-1797
Email:  cr@rothfirm.com


Respectfully submitted,


By: _____
CARL R. ROTH
State Bar No. 17312000
115 Wellington, Suite 200
Marshall, Texas 75670
Phone: (903) 935-1665
Fax:    (903) 935-1797

ATTORNEYS FOR DEFENDANT
NOKIA, INC.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 22nd day of February, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

.

_____
Carl Roth