IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2-07CV-229-TJW |
| v. ) | |
| ) | Jury Trial Demanded |
| MOTOROLA, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE OF LEAD COUNSEL FOR DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

Steven M. Zager, attorney with the law firm Akin Gump Strauss Hauer & Feld LLP, 1111 Louisiana Street, 44th Floor, Houston, Texas 77002-5200, hereby enters an appearance as lead counsel of record for Defendants High Tech Computer Corp. and HTC America, Inc.

Dated: February 22, 2008

Respectfully submitted,

s/ *Steven M. Zager*
Steven M. Zager, *Lead Attorney*
State Bar No. 22241500
szager@akingump.com
Fred I. Williams
State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713.220.5800
Facsimile: 713.236.0822

1

Jin-Suk Park
jspark@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: 202.887.4000
Facsimile:  202.887.4200

Todd E. Landis
State Bar No. 24030226
tlandis@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile:  214.969.4343

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

| | |
|---|---|
| Samuel F. Baxter<br>State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKool Smith<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: 214.978.4016<br>Facsimile:  214.978.4994<br><br>Attorneys for Defendant Kyocera Wireless Corp. | Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Potter Minton<br>110 N. College<br>Tyler, TX 75702<br>Telephone: 903.597.8311<br>Facsimile:  903.593.0846<br><br>Attorneys for Defendant Motorola, Inc. |
| Carl R. Roth<br>State Bar No. 17312000<br>cr@rothfirm.com<br>Michael C. Smith<br>State Bar No. 18650410<br>ms@rothfirm.com<br>Brendan C. Roth<br>State Bar No. 24040132<br>br@rothfirm.com<br>Amanda A. Abraham<br>State Bar No. 24055077<br>aa@rothfirm.com<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>Marshall, TX 75670<br>Telephone: 903.935.1665<br>Facsimile:  903.935.1797<br><br>Attorneys for Defendant Nokia Inc. | John Flaim<br>State Bar No. 00785864<br>john.flaim@bakernet.com<br>William D. McSpadden<br>State Bar No. 24002587<br>william.d.mcspadden@bakernet.com<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX  75201<br>Telephone: 214.978.3000<br>Facsimile:  214.978.3099<br><br>Attorneys for Defendant<br>Alltel Communications, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2008, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party:

Marc A. Fenster
mfenster@raklaw.com
David R. Gabor
dgabor@raklaw.com
Irene Y. Lee
ilee@raklaw.com
Eric B. Carlson
ecarlson@raklaw.com
Robert E. Satterthwaite
rsatterthwaite@raklaw.com
Larry C. Russ
lruss@raklaw.com
Russ, August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff

Franklin Jones Jr.
maizieh@millerfirm.com
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: 903.938.4395
Facsimile: 903.938.3360

Attorneys for Plaintiff

S. Calvin Capshaw III
ccapshaw@mailbmc.com
Elizabeth L. DeRieux
ederieux@mailbmc.com
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
Telephone: 903.236.9800
Facsimile: 903.236.8787

Attorneys for Plaintiff

Otis W. Carroll
otiscarroll@icklaw.com
Collin M. Maloney
cmaloney@icklaw.com
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone: 903.561.1600
Facsimile: 903.581.1071

Attorneys for Plaintiff

Paul B. Keller
paul.keller@wilmerhale.com
Wilmer Hale
399 Park Avenue
New York, NY 10022
Telephone: 212.937.7273
Facsimile: 212.230.8888

Attorneys for Palm, Inc.

Melissa R. Smith
melissa@gillamsmithlaw.com
Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Hae-Chan Park
hpark@park-law.com
Wayne M. Helge
whelge@parklaw.com
HC Park & Associates
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
Telephone: 703.288.5105
Facsimile: 703.288.5139

Attorneys for Pantech Wireless, Inc.

Michael A. Dorfman
michael.dorfman@kattenlaw.com
Timothy J. Vezeau
timothy.vezeau@kattenlaw.com
Katten Munchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061

John M. Cone
jcone@hitchcockevert.com
Hitchcock Evert LLP
750 North St. Paul Street, Suite 1110
Dallas, TX 75201
Telephone: 214.953.1111
Facsimile: 214.953.1121

Attorneys for Sanyo North America
Corporation

Bruce S. Sostek
bruce.sostek@tklaw.com
Jane Politz Brandt
jane.brandt@tklaw.com
Richard L. Wynne, Jr.
richard.wynne@tklaw.com
Michael Stockham
michael.stockham@tklaw.com
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693
Telephone: 214.969.1700
Facsimile: 214.969.1751

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: 903.509.5000
Facsimile: 903.509.5092

Attorneys for Sony Ericcson Mobile Communications (USA) Inc.

Charles Ainsworth
charley@pbatyler.com
Robert Christopher Bunt
rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: 903.531.3535
Facsimile: 903.533.9687

Josh A. Krevitt
jkrevitt@gibsondunn.com
John L. LaBarre
jlabarre@gibsondunn.com
Gibson Dunn & Crutcher LLP
200 Park Aveue, 47th Floor
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Attorneys for Hewlett-Packard Company


*s/ Steven M. Zager*
Steven M. Zager