UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> MOTOROLA, INC., ET AL., <br><br> *Defendants.* | C.A. No. 2:07-CV-229 TJW <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT UTSTARCOM, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE ITS
SECOND AMENDED ANSWER TO COMPLAINT**

Before the Court is Defendant UTStarcom, Inc.'s ("UTStarcom's") Motion for Leave to file its Second Amended Answer to Complaint. After considering the Motion, the Court finds good cause exists and hereby GRANTS the Motion.

It is therefore ORDERED that UTStarcom is granted leave to file its Second Amended Answer to Complaint, a copy of which is attached to UTStarcom's Motion as Exhibit A. It is further ORDERED that the effective filing date of UTStarcom's Second Amended Answer to Complaint, and effective date of service to Plaintiffs, is the date on which this ORDER is executed.

sf-2470910