IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., | ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2-07CV-229-TJW ) ) Jury Trial Demanded |
| MOTOROLA, INC., ET AL., | ) ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM**

Before the Court is the Unopposed Motion for Leave to File First Amended Answer and Counterclaim filed by Defendants HTC America, Inc.; Kyocera Wireless Corp.; LG Electronics MobileComm U.S.A., Inc.; Motorola, Inc.; Nokia Inc.; Samsung Telecommunications America LLC; Alltel Communications, Inc.; AT&T Mobility, LLC; Dobson Cellular Systems, Inc.; HELIO LLC; MetroPCS Wireless, Inc.; T-Mobile USA, Inc.; TracFone Wireless, Inc.; and Virgin Mobile USA, LP's (collectively "Defendants") Unopposed Motion for Leave to File First Amended Answer and Counterclaim ("Motion"). After considering Defendants' Motion, the Court finds that good cause exists and GRANTS the Motion.

IT IS THEREFORE ORDERED THAT Defendants are granted leave to file their First Amended Answer and Counterclaim, a copy of which is attached to Defendants' Motion.

IT IS FURTHER ORDERED THAT the effective filing date of Defendants' First Amended Answer and Counterclaim, and the effective date of service to Plaintiff, is the date this Order is entered.

6216946

1

SIGNED this 31st day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE