IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO:  2:07cv229-TJW |
| § | |
| **MOTOROLA, INC., ET AL.,** § | |
| § | |
| Defendants. § | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE COURT:

Andy Tindel and Provost✶Umphrey Law Firm, LLP move the Court to be permitted to withdraw as counsel for Defendant, HTC America, Inc., in the above-captioned civil action.

PREMISES CONSIDERED, Andy Tindel and Provost✶Umphrey Law Firm, LLP move the Court to permit them to withdraw from representation of Defendant, HTC America, Inc., the above-captioned civil action.

Dated: April 1, 2008            Respectfully submitted,

*/s/ Andy Tindel*
ANDY TINDEL
State Bar No. 20054500

PROVOST✶UMPHREY LAW FIRM, LLP
112 E. Line Street, Suite 304
Tyler, Texas 75702
Tel:  (903) 596-0900
Fax:  (903) 596-0909
Email:  atindel@andytindel.com

ATTORNEYS FOR DEFENDANT  HTC AMERICA, INC.

### CERTIFICATE OF CONFERENCE

The undersigned counsel complied with the meet and confer requirements of Local Rule CV-7(h) by telephoning counsel for Plaintiff on March 31, 2008 concerning the foregoing motion. The motion is unopposed by counsel for Plaintiff.

                                             /s/Andy Tindel
                                             Andy Tindel

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 1st day of April, 2008. Any other counsel of record will be served via facsimile transmission and first class certified mail, return receipt requested.

                                             /s/ Andy Tindel
                                             Andy Tindel