# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO: 2:07cv229-TJW |
| § | |
| **MOTOROLA, INC., ET AL.,** § | |
| § | |
| Defendants. § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day came on to be considered the Unopposed Motion to Withdraw as Counsel filed by Andy Tindel and Provost✶Umphrey Law Firm, LLP, and the Court having now reviewed said motion finds that it is well taken and should be granted. It is, therefore,

ORDERED that the Unopposed Motion to Withdraw as Counsel is hereby GRANTED and that Andy Tindel and Provost✶Umphrey Law Firm, LLP are hereby WITHDRAWN as counsel of record for Defendant, HTC America, Inc., in the above-captioned civil action.