IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-229(TJW) |
| | § | |
| MOTOROLA, INC., ET AL. | § | |

**O R D E R**

  This case is set for a status conference in Marshall, Texas, on May 1, 2008, at 9:00 o'clock a.m., before the Honorable T. John Ward and the Honorable Chad Everingham. The purpose of the conference will be to assign a claim construction hearing date and a trial setting. The parties shall be prepared to inform the Court whether they will consent to trial before the Magistrate Judge.

  SIGNED this 3rd day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE