UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No: 2-07 CV-229 <br><br> The Honorable T. John Ward <br> United States District Judge |

### MINERVA INDUSTRIES, INC.'S REPLY
### TO DEFENDANTS' FIRST AMENDED COUNTERCLAIMS

Plaintiff Minerva Industries, Inc. files this Reply to the First Amended Counterclaims of HTC America, Inc.; Kyocera Wireless Corp.; LG Electronics MobileComm U.S.A., Inc.; Motorola, Inc.; Nokia, Inc.; Samsung Telecommunications America LLC; Alltel Communications, Inc.; AT&T Mobility, LLC; Dobson Cellular Systems, Inc.; HELIO LLC; MetroPCS, Wireless, Inc.; T-Mobile USA, Inc.; TracFone Wireless, Inc.; and Virgin Mobile USA, LP (collectively, "Defendants") and alleges as follows:

### PARTIES

1.  Plaintiff Minerva Industries, Inc. ("Minerva") admits the allegations in paragraph 1 of Defendants' First Amended Counterclaims ("Counterclaims").

2.  Minerva admits the allegations in paragraph 2 of the Counterclaims.

3.  Minerva admits the allegations in paragraph 3 of the Counterclaims.

4.  Minerva admits the allegations in paragraph 4 of the Counterclaims.

5.  Minerva admits the allegations in paragraph 5 of the Counterclaims.

6.  Minerva admits the allegations in paragraph 6 of the Counterclaims.

7.  Minerva admits the allegations in paragraph 7 of the Counterclaims.

Dockets.Justia.com

8. Minerva admits the allegations in paragraph 8 of the Counterclaims.

9. Minerva admits the allegations in paragraph 9 of the Counterclaims.

10. Minerva admits the allegations in paragraph 10 of the Counterclaims.

11. Minerva admits the allegations in paragraph 11 of the Counterclaims.

12. Minerva admits the allegations in paragraph 12 of the Counterclaims.

13. Minerva admits the allegations in paragraph 13 of the Counterclaims.

14. Minerva admits the allegations in paragraph 14 of the Counterclaims.

15. Minerva admits the allegations in paragraph 15 of the Counterclaims.

## JURISDICTION AND VENUE

16. Minerva admits the allegations in paragraph 16 of the Counterclaims.

17. Minerva admits the allegations in paragraph 17 of the Counterclaims.

## DECLARATORY JUDGMENT

18. Minerva repeats and incorporates by reference the allegations contained in paragraphs 1 through 17 above as if fully set forth herein.

19. Minerva denies the allegations in paragraph 2 [sic, 19] of the Counterclaims.

20. Minerva denies the allegations in paragraph 3 [sic, 20] of the Counterclaims.

21. Minerva admits the allegations in paragraph 4 [sic, 21] of the Counterclaims.

## ATTORNEYS' FEES AND COSTS

22. Minerva repeats and incorporates by reference the allegations contained in paragraphs 1 through 21 above as if fully set forth herein.

23. Minerva denies the allegations in paragraph 2 [sic, 23] of the Counterclaims.

## DEFENDANTS' PRAYER FOR RELIEF

Minerva denies that Defendants are entitled to any relief requested in the Prayer for Relief in their Counterclaims, or any other relief whatsoever.

Dated: April 6, 2008

By: /s/ Marc A. Fenster

Marc A. Fenster, *pro hac vice*
California State Bar No. 181067
E-mail: mfenster@raklaw.com
David R. Gabor, *pro hac vice*
California State Bar No. 145729
E-mail: dgabor@raklaw.com
Irene Y. Lee, *pro hac vice*
California State Bar No. 213625
E-mail: ilee@raklaw.com
Eric B. Carlson, *pro hac vice*
California State Bar No. 193401
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite, *pro hac vice*
California State Bar No. 223767
E-mail: rsatterthwaite@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Otis W. Carroll, Attorney-In-Charge
Texas State Bar No. 03895700
E-mail: otiscarroll@icklaw.com
Collin M. Maloney
Texas State Bar No. 00794219
E-mail: cmaloney@icklaw.com
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

S. Calvin Capshaw
Texas State Bar No. 0378390
ccapshaw@mailbmc.com
Elizabeth L. DeRieux, Esq.
Texas State Bar No. 05770585
ederieux@mailbmc.com
BROWN MCCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Franklin Jones Jr.
Texas State Bar No. 00000055
maizieh@millerfirm.com
JONES & JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360

Attorneys for Plaintiff Minerva Industries, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 7, 2008. Any other counsel of record will be served via First Class U.S. Mail on this same date.

By: _____
Linda P. Ahles