## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.** | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : **Civil Action No**.: 2:07-cv-00229 - TJW |
| | : |
| 1. MOTOROLA, INC.; | : |
| 2. NOKIA, INC.; | : |
| 3. NOKIA MOBILE PHONES, INC.; | : |
| 4. ALLTEL CORPORATION; | : |
| 5. ALLTEL COMMUNICATIONS WIRELESS, INC.; | : |
| 6. ALLTEL COMMUNICATIONS, INC.; | : |
| 7. ALLTEL COMMUNICATIONS OF TEXARKANA, INC.; | : |
| 8. ALLTEL WIRELESS OF TEXARKANA, LLC.; | : |
| 9. AT&T MOBILITY, LLC; | : |
| 10. BOOST MOBILE; | : |
| 11. DOBSON CELLULAR SYSTEMS D/B/A/ CELLULAR ONE; | : |
| 12. HELIO, INC.; | : |
| 13. HELIO, LLC; | : |
| 14. HEWLETT-PACKARD COMPANY; | : |
| 15. METROPCS, INC.; | : |
| 16. METROPCS TEXAS, LLC; | : |
| 17. METROPCS WIRELESS, INC.; | : |
| 18. QWEST WIRELESS, LLC; | : |
| 19. SOUTHERNLINC WIRELESS; | : |
| 20. SPRINT NEXTEL CORPORATION; | : |
| 21. SPRINT WIRELESS BROADBAND COMPANY, LLC; | : |
| 22. SUNCOM WIRELESS OPERATING COMPANY, LLC; | : |
| 23. T-MOBILE USA; | : |
| 24. TRACFONE WIRELESS, INC.; | : |
| 25. U.S. CELLULAR WIRELESS; | : |
| 26. VERIZON COMMUNICATIONS | : |

|   |   |
|---|---|
| INC.; | : |
| 27. VERIZON WIRELESS SERVICES, LLC; | : |
| 28. VIRGIN MOBIL USA, LLC; | : |
| 29. HTC CORPORATION; | : |
| 30. HTC AMERICA, INC.; | : |
| 31. KYOCERA WIRELESS CORPORATION; | : |
| 32. KYOCERA AMERICA, INC.; | : |
| 33. LG ELECTRONICS U.S.A., INC.; | : |
| 34. LG ELECTRONICS MOBILECOMM U.S.A., INC.; | : |
| 35. PALM, INC. | : |
| 36. PANTECH WIRELESS, INC. | : |
| 37. SANYO NORTH AMERICA CORPORATION; AND | : |
| 38. UTSTARCOM, INC.; | : |
| 39. SONY ERICSSON COMMUNICATIONS (USA), INC.; | : |
| 40. SAMSUNG AMERICA, INC.; | : |
| 41. SAMSUNG ELECTRONICS AMERICA, INC.; | : |
| 42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and | : |
| 43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; | : |
|   | : |
| Defendants. | : |

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Scott Stevens of the Stevens Law Firm respectfully moves to be permitted to withdraw as local counsel for Defendant, Palm, Inc. in the above-captioned case. Melissa R. Smith of Gillam & Smith will now serve as local counsel for Defendant, Palm, Inc.

WHEREFORE, PREMISES CONSIDERED, Scott Stevens of the Stevens Law Firm respectfully moves this Court to permit him withdrawal from representation of Defendant, Palm, Inc. and that Melissa R. Smith of Gillam and Smith be substituted as local counsel for the Defendant, Palm, Inc. in this case.

Respectfully submitted,

/s/
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:   (903) 934-8450
Facsimile:    (903) 934-9257

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I communicated with opposing counsel concerning this motion on April 8, 2008, and opposing counsel does not oppose this motion. This motion is unopposed.

/s/
Melissa R. Smith

## CERTIFICATE OF SERVICE

I certify that on the 8th day of April, 2008, all counsel who are deemed to have consented to electronic service are being to served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

/s/
Melissa R. Smith