# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.** | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   **Civil Action No**.: 2:07-cv-00229 - TJW |
| | : |
| 1. MOTOROLA, INC.; | : |
| 2. NOKIA, INC.; | : |
| 3. NOKIA MOBILE PHONES, INC.; | : |
| 4. ALLTEL CORPORATION; | : |
| 5. ALLTEL COMMUNICATIONS WIRELESS, INC.; | : |
| 6. ALLTEL COMMUNICATIONS, INC.; | : |
| 7. ALLTEL COMMUNICATIONS OF TEXARKANA, INC.; | : |
| 8. ALLTEL WIRELESS OF TEXARKANA, LLC.; | : |
| 9. AT&T MOBILITY, LLC; | : |
| 10. BOOST MOBILE; | : |
| 11. DOBSON CELLULAR SYSTEMS D/B/A/ CELLULAR ONE; | : |
| 12. HELIO, INC.; | : |
| 13. HELIO, LLC; | : |
| 14. HEWLETT-PACKARD COMPANY; | : |
| 15. METROPCS, INC.; | : |
| 16. METROPCS TEXAS, LLC; | : |
| 17. METROPCS WIRELESS, INC.; | : |
| 18. QWEST WIRELESS, LLC; | : |
| 19. SOUTHERNLINC WIRELESS; | : |
| 20. SPRINT NEXTEL CORPORATION; | : |
| 21. SPRINT WIRELESS BROADBAND COMPANY, LLC; | : |
| 22. SUNCOM WIRELESS OPERATING COMPANY, LLC; | : |
| 23. T-MOBILE USA; | : |
| 24. TRACFONE WIRELESS, INC.; | : |
| 25. U.S. CELLULAR WIRELESS; | : |
| 26. VERIZON COMMUNICATIONS | : |

|  |  |
|---|---|
| INC.; | : |
| 27. VERIZON WIRELESS SERVICES, LLC; | : |
| 28. VIRGIN MOBIL USA, LLC; | : |
| 29. HTC CORPORATION; | : |
| 30. HTC AMERICA, INC.; | : |
| 31. KYOCERA WIRELESS CORPORATION; | : |
| 32. KYOCERA AMERICA, INC.; | : |
| 33. LG ELECTRONICS U.S.A., INC.; | : |
| 34. LG ELECTRONICS MOBILECOMM U.S.A., INC.; | : |
| 35. PALM, INC. | : |
| 36. PANTECH WIRELESS, INC. | : |
| 37. SANYO NORTH AMERICA CORPORATION; AND | : |
| 38. UTSTARCOM, INC.; | : |
| 39. SONY ERICSSON COMMUNICATIONS (USA), INC.; | : |
| 40. SAMSUNG AMERICA, INC.; | : |
| 41. SAMSUNG ELECTRONICS AMERICA, INC.; | : |
| 42. SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and | : |
| 43. SAMSUNG TELECOMMUNICATIONS AMERICA, INC.; | : |
| Defendants. | : |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before this Court is Defendant, Palm, Inc.'s Motion to Withdraw and Substitute Counsel. This Court is of the opinion that this motion should be GRANTED

IT IS THEREFORE ORDERED that Scott Stevens of the Stevens Law Firm be permitted to withdraw as counsel for Defendant, Palm, Inc. and Melissa Smith of Gillam & Smith be substituted as local counsel for Defendant, Palm, Inc.

SIGNED this 11th day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE