# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.** | § |
| | § |
| vs. | § Civil Action No. 2:07-cv-229-TJW |
| | § |
| **MOTOROLA, INC., ET AL** | § |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now comes Scott E. Stevens of the Stevens Law Firm, and pursuant to Rule CV-11(f), requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in this case.

Respectfully submitted,

Scott Stevens
State Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Tel: 903-753-6760
Fax: 903-753-6761
scott@seslawfirm.com

*Counsel for* Palm, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 11th day of April, 2008.

Scott E. Stevens