# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MINERVA INDUSTRIES, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-229[TJW] |
| | § | |
| **MOTOROLA, INC., et al.** | § | JURY |
| | § | |
| *Defendants.* | § | |
| | § | |

## DEFENDANT DOBSON CELLULAR SYSTEMS d/b/a CELLULAR ONE'S
## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendant Dobson Cellular Systems d/b/a Cellular One respectfully requests that Michael E. Jones and Potter Minton, P.C. be permitted to withdraw as counsel of record for said defendant in this matter. Plaintiffs consent to this request. Said defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record.

Dated: April 24, 2008                              Respectfully submitted,

                                         By:   */s/ Michael E. Jones*
                                               Michael E. Jones
                                               State Bar No. 10929400
                                               mikejones@potterminton.com
                                               POTTER MINTON
                                               A Professional Corporation
                                               110 N. College, Suite 500
                                               Tyler, Texas 75702
                                               903/597-8311
                                               903/593-0846 Facsimile

                    **ATTORNEYS FOR DEFENDANT**
                    **DOBSON CELLULAR SYSTEMS d/b/a**
                    **CELLULAR ONE**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 24, 2008. Any other counsel of record will be served via First Class U.S. mail on this same date.

                                      */s/ Michael E. Jones*