**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MINERVA INDUSTRIES, INC.** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 2:07-CV-229[TJW] |
| § | |
| **MOTOROLA, INC., et al.** § | JURY |
| § | |
| *Defendants.* § | |
| § | |

**ORDER GRANTING DEFENDANT DOBSON CELLULAR SYSTEMS d/b/a**
**CELLULAR ONE'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

ON THIS DATE came for consideration, Defendant Dobson Cellular Systems d/b/a Cellular One's Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED that Dobson Cellular Systems d/b/a Cellular One's Unopposed Motion for Withdrawal of Counsel be and hereby is GRANTED and that Michael E. Jones and Potter Minton, P.C. are withdrawn and no longer counsel of record for said Defendant.