

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 01 2008

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____Marshall_____ DIVISION

Minerva Industries, Inc.               §
                                       §
vs.                                    §   CASE NO. 2:07 CV 229
                                       §
Motorola, Inc. et al                   §

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. Section 636(c), you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's trial jurisdiction from being exercised by a magistrate judge.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

**NOTICE**

In accordance with the provisions of 28 U.S.C. 636(c), the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiff | 5/1/08 |
| [signature] | HP | 5/1/08 |
| [signature] | UTStarcomm Palm Pantech | 5/1/08 |

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____ DIVISION

Minerva Industries, Inc.
vs.                                    § CASE NO. 2:07 CV 229
Motorola, Inc, et al                   §

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. Section 636(c), you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's trial jurisdiction from being exercised by a magistrate judge.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

**NOTICE**

In accordance with the provisions of 28 U.S.C. 636(c), the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| Marc Fenster | Minerva Ind., Inc. | 5/1/08 |
| [signature] | See attached list | 5/1/8 |
| [signature] | Sony North America | 5/1/08 |
| [signature] | Sony Ericsson | 5/1/08 |

Dated:

Case 2:07-cv-00229-CE   Document 218   Filed 05/01/2008   Page 3 of 3



**Parties represented by Fred Williams, Akin Gump – CA 2-07CV-229**

Alltel Communications, Inc.
AT&T Mobility, LLC
Dobson Cellular Systems, Inc. (d/b/a Cellular One)
HELIO LLC
HTC America, Inc.
Kyocera Wireless Corp.
LG Electronics MobilComm U.S.A., Inc.
MetroPCS Wireless, Inc
Motorola, Inc.
Nokia Inc.
Samsung Telecommunications America LLC
T-Mobile USA, Inc.
TracFone Wireless, Inc.
Virgin Mobile USA, LLC