FILED-CLERK
U.S. DISTRICT COURT

2008 MAY -1  PM II: 00

TX EASTERN-MARSHALL

BY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Minerva Industries Inc          §
                                §
vs.                             §          CASE NO. 2:07cv229
                                §
Motorola Inc et al              §
                                §

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to _____The Honorable_____

__Charles Everingham, IV__, United States Magistrate Judge, for all further proceedings and the entry of

judgment in accordance with 28 U.S.C. Section 636(c), and the foregoing consent of the parties.

__05/02/08__
Date

_____
UNITED STATES DISTRICT JUDGE