# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. | Civil Action No: 2-07 CV-229 |

**AGREED MOTION FOR EXTENSION OF
TIME TO FILE DOCKET CONTROL ORDER AND DISCOVERY ORDER**

Plaintiff, Minerva Industries, Inc. respectfully moves the Court for an extension of time to file the Docket Control Order and Discovery Order with the Court. Currently, the deadline for filing the Docket Control Order and Discovery Order is May 15, 2008. With counsel for Defendants' agreement, Plaintiff seeks this additional time to consult with Defendants' counsel regarding mutually agreeable deadlines. Accordingly, Plaintiff requests that the Court grant this motion and extend the deadline to file the Docket Control Order and Discovery Order until May 29, 2008.

Respectfully submitted,

By: /s/ Collin Maloney
Otis W. Carroll, Attorney-In-Charge
State Bar No. 03895700
Collin M. Maloney
State Bar No. 00794219
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>MOTOROLA, INC., et al. <br><br>Defendants. | Civil Action No: 2-07 CV-229 |

**AGREED MOTION FOR EXTENSION OF
TIME TO FILE DOCKET CONTROL ORDER AND DISCOVERY ORDER**

Plaintiff, Minerva Industries, Inc. respectfully moves the Court for an extension of time to file the Docket Control Order and Discovery Order with the Court. Currently, the deadline for filing the Docket Control Order and Discovery Order is May 15, 2008. With counsel for Defendants' agreement, Plaintiff seeks this additional time to consult with Defendants' counsel regarding mutually agreeable deadlines. Accordingly, Plaintiff requests that the Court grant this motion and extend the deadline to file the Docket Control Order and Discovery Order until May 29, 2008.

Respectfully submitted,

By: /s/ Collin Maloney
Otis W. Carroll, Attorney-In-Charge
State Bar No. 03895700
Collin M. Maloney
State Bar No. 00794219
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

                                                                 Franklin Jones Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
S. Calvin Capshaw
State Bar No. 0378390
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Attorneys for Plaintiff
Minerva Industries, Inc.

Of Counsel:

RUSS, AUGUST & KABAT
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
David R. Gabor (California Bar No. 145729)
E-mail: dgabor@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
Eric B. Carlson (California Bar No. 193401)
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite (California Bar No. 223767)
E-mail: rsatterthwaite@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff has conferred with counsel for Defendants, and there is no opposition to the relief requested in this motion.

                                                                        /s/ Collin Maloney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via electronic delivery or U.S. mail this 15th day of May, 2008.

/s/ Collin Maloney