# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. | Civil Action No: 2-07 CV-229 |

### PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO SERVE PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO P.R. 3-1 AND 3-2

Plaintiff, Minerva Industries, Inc. files this agreed motion seeking an extension of time to serve their disclosures pursuant to P.R. 3-1 and 3-2 until May 29, 2008. The current deadline for serving P.R. 3-1 and 3-2 disclosures is May 16, 2008. Plaintiff requests this additional time to continue to work on an agreeable schedule for such disclosures, as well as other dates governing the case with defense counsel. Accordingly, Plaintiff respectfully requests that the Court enter an order extending its time to serve Preliminary Infringement Contentions pursuant to P.R. 3-1 and 3-2 until May 29, 2008.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

By: /s/ Collin Maloney
Otis W. Carroll, Attorney-In-Charge
State Bar No. 03895700
Collin M. Maloney
State Bar No. 00794219
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879

Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

Franklin Jones Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 65671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
S. Calvin Capshaw
State Bar No. 0378390
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Attorneys for Plaintiff
Minerva Industries, Inc.

Of Counsel:

RUSS, AUGUST & KABAT
Marc A. Fenster (California Bar No. 181067)
E-mail: mfenster@raklaw.com
David R. Gabor (California Bar No. 145729)
E-mail: dgabor@raklaw.com
Irene Y. Lee (California Bar No. 213625)
E-mail: ilee@raklaw.com
Eric B. Carlson (California Bar No. 193401)
E-mail: ecarlson@raklaw.com
Robert E. Satterthwaite (California Bar No. 223767)
E-mail: rsatterthwaite@raklaw.com
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has conferred with counsel for Defendants, and there is no opposition to the relief requested in this motion.

/s/ Collin Maloney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via electronic delivery or United States mail this 15th day of May, 2008.

/s/ Collin Maloney