# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA, INC., et al. <br><br> Defendants. | **Civil Action No: 2-07 CV-229** |

## ORDER GRANTING MOTION FOR EXTENSION OF
## TIME TO FILE DISCLOSURES PURSUANT TO P.R. 3-1 and 3-2

Before the Court is Plaintiff's Agreed Motion for Extension of Time to File P.R. 3-1 and 3-2 Disclosures. Having considered the matter and that it is agreed, the Court GRANTS the motion and extends the deadline from May 16, 2008 to May 29, 2008 for plaintiff to comply with the requirements of P.R. 3-1 and 3-2.