IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC. § | |
| § | |
| Plaintiff, § | |
| v. § | Case No. 2:07-cv-229 (CE) |
| § | |
| MOTOROLA, INC., et al § | |
| § | |
| Defendants. § | JURY |
| § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Jedidiah J. Rollins, enters his appearance in this matter as counsel for Plaintiff, Minerva Industries, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 16th day of May, 2008.

DATED: May 16, 2008            Respectfully submitted,

By:   /s/ Jedidiah J. Rollins
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Jedidiah J. Rollins
State Bar No. 24056650
Capshaw DeRieux, LLP
1127 Judson Rd., Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrollins@capshawlaw.com

ATTORNEYS FOR PLAINTIFF,
MINERVA INDUSTRIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of May, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Jedidiah J. Rollins
Jedidiah J. Rollins