IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:07-cv-229 (CE) |
| | § | |
| MOTOROLA, INC., et al | § | |
| | § | |
| Defendants. | § | JURY |
| | § | |

**DOCKET CONTROL ORDER**

In accordance with the case status conference held herein on the 1st day of May, 2008, it is hereby

**ORDERED** that the following schedule of deadlines is in effect until further order of this court:

| | |
|---|---|
| June 7, 2010 | Jury Selection - 9:00 a.m. in **Marshall, Texas** |
| May 27, 2010 | Pretrial Conference 9:30 a.m. in **Marshall, Texas** |
| May 25, 2010 | Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict |
| May 6, 2010 | **Motions in *Limine* Due** The parties are ordered to meet and confer on their respective motions in limine and advise the court of any agreements in this regard by 3:00 p.m. the business day before the pretrial conference. The parties shall limit their motions in limine to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s). |

1

| | |
|---|---|
| May 21, 2010 | **Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings.** If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com. |
| _____ | Response to Dispositive Motions (including Daubert motions)[1] <br> **Responses to dispositive motions filed prior, to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e). Motions for Summary Judgment shall comply with Local Rule CV56**. |
| _____ | Deadline for filing Dispositive Motions and any other motions that may require a hearing (including *Daubert* motions) |
| April 30, 2010 | Mediation to be completed |
| May 24, 2010 | Defendant to Identify Trial Witnesses |
| May 17, 2010 | Plaintiff to Identify Trial Witnesses |
| **April 23, 2010** | Discovery Deadline |
| _____ | **30** Days after claim construction ruling <br> Designate Rebuttal Expert Witnesses other than claims construction |
| _____ | Expert witness report due <br> Refer to Discovery Order for required information. |
| _____ | **15** Days after claim construction ruling <br> Comply with P.R. 3-8. |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "In the event a party fails to oppose a motion in the manner prescribed herein the court will assume that the party has no opposition." Local Rule CV-7(e) provides that a party opposing a motion has 12 days, in addition to any added time permitted under Fed. R. Civ. P. 6(e), in which to serve and file a response and any supporting documents, after which the court will consider the submitted motion for decision.

| | |
|---|---|
| _____ | **15** Days after claim construction ruling<br>Party with the burden of proof to designate Expert Witnesses other than claims construction<br>Expert witness report due<br>Refer to Discovery Order for required information. |
| January 6, 2010 | Claim construction hearing 9:00 a.m., Marshall, Texas. |
| October 15, 2009 | Comply with P.R. 4-5(c). |
| September 24, 2009 | Comply with P.R. 4-5(b). |
| August 6, 2009 | Comply with P.R. 4-5(a). |
| July 1, 2009 | Discovery deadline–claims construction issues |
| January 15, 2009 | Respond to Amended Pleadings |
| December 15, 2008 | Amend Pleadings<br>**(It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings except to the extent the amendment seeks to add a new patent in suit. It is necessary to file a Motion for Leave to Amend after the amended pleadings date set forth herein.)** |
| May 15, 2009 | Comply with P.R. 4-3. |
| March 6, 2009 | Comply with P.R. 4-2. |
| February 2, 2009 | Comply with P.R. 4-1. |
| January 26, 2009 | Privilege Logs to be exchanged by parties<br>(or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| December 15, 2008 | Join Additional Parties |
| November 3, 2008 | Comply with P.R. 3-3 and 3-4 |
| September 15, 2008 | Rule 26 Disclosures |
| July 28, 2008 | Comply with P.R. 3-1 and 3-2 |

## OTHER LIMITATIONS

1. All depositions to be read into evidence as part of the parties' case-in-chief shall be **EDITED** so as to exclude all unnecessary, repetitious, and irrelevant testimony; **ONLY** those portions which are relevant to the issues in controversy shall be read into evidence.

2. The Court will refuse to entertain any motion to compel discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter. *See* Eastern District of Texas Local Rule CV-7(h).

3. The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

    (a) The fact that there are motions for summary judgment or motions to dismiss pending;

    (b) The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

    (c) The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

SIGNED this 30th day of May, 2008.

/s/ Charles Everingham
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE