IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-229 (TJW) |
| | § | |
| MOTOROLA, INC., ET AL | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff, Minerva Industries, Inc., respectfully requests that Jedidiah R. Rollins be permitted to withdraw as counsel of record for Minerva Industries, Inc. in this matter. The reason for this request is that Mr. Rollins is no longer associated with the law firm Capshaw DeRieux, LLP. No other changes are requested at this time regarding the other attorneys acting as Minerva Industries, Inc.'s counsel of record.

By: /s/ N. Claire Abernathy
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: chenry@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
MINERVA INDUSTRIES, INC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of June, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ N. Claire Abernathy
N. Claire Abernathy