IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-CV-229 (TJW) |
| MOTOROLA, INC., ET AL | § § | JURY DEMANDED |
| Defendants. | § § | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, N. Claire Abernathy, enters her appearance in this matter as counsel for Plaintiff, Minerva Industries, Inc., for the purpose of receiving notices and orders from the Court.

                              Respectfully submitted,

                      By:   /s/ N. Claire Abernathy
                              S. Calvin Capshaw, III
                              State Bar No. 03783900
                              Elizabeth L. DeRieux
                              State Bar No. 05770585
                              N. Claire Abernathy
                              State Bar No. 24053063
                              Capshaw DeRieux, LLP
                              1127 Judson Road, Suite 220
                              Longview, Texas 75601
                              (903) 236-9800 Telephone
                              (903) 236-8787 Facsimile
                              E-mail: ccapshaw@capshawlaw.com
                              E-mail: ederieux@capshawlaw.com
                              E-mail: chenry@capshawlaw.com

                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of June, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                /s/ N. Claire Abernathy
                                N. Claire Abernathy