UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No: 2:07-CV-229<br><br>**The Honorable T. John Ward**<br>**United States District Judge** |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT MOTOROLA, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Minerva Industries, Inc. ("Plaintiff") and Defendant Motorola, Inc. ("Defendant"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff's claims in the above-captioned action be, and they hereby are, dismissed with prejudice, and the Defendant's counterclaims in the above-captioned action be, and they hereby are, dismissed as moot.

Each party shall bear its own costs and attorneys' fees.

The parties jointly move for an order granting same.

Dated:       August 5, 2009

Respectfully submitted,

| | |
|---|---|
| By:     /s/ Marc A. Fenster<br>Marc A. Fenster, CA Bar No. 181067<br>E-mail: mfenster@raklaw.com<br>Larry C. Russ, CA Bar No. 082760<br>E-mail: mfenster@raklaw.com<br>David R. Gabor, CA Bar No. 145729<br>E-mail: dgabor@raklaw.com<br>Irene Y. Lee, CA Bar No. 213625 | By:    /s/Michael E. Jones<br>(w/permission by Marc A. Fenster)<br>Michael E. Jones, TX Bar No. 10929400<br>E-mail: mikejones@potterminton.com<br>**POTTER MINTON, P.C.**<br>110 N. College, Suite 500 (75702)<br>P. O. Box 359<br>Tyler, Texas  75710<br>Telephone:        903/597 8311 |

| | |
|---|---|
| E-mail: ilee@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, California 90025<br>Telephone:      310/826-7474<br>Facsimile:       310/826-6991<br><br>Otis W. Carroll, Attorney-In-Charge<br>TX Bar No. 03895700<br>E-mail: otiscarroll@icklaw.com<br>Collin M. Maloney, TX Bar No. 00794219<br>E-mail: cmaloney@icklaw.com<br>IRELAND CARROLL & KELLEY, P.C.<br>6101 South Broadway, Suite 500<br>P.O. Box 7879<br>Tyler, Texas 75711<br>Telephone:     903/561-1600<br>Facsimile:      903/581-1071<br><br>S. Calvin Capshaw, TX Bar No. 0378390<br>E-mail: ccapshaw@mailbmc.com<br>Elizabeth L. DeRieux, TX Bar No. 05770585<br>E-mail: ederieux@capshawlaw.com<br>Jedidiah J. Rollins, TX Bar # 24056650<br>E-mail: jrollins@capshawlaw.com<br>CAPSHAW DERIEUX, LLP<br>1127 Judson Road, Suite 220<br>Longview, Texas 75601<br>903/236-9800<br>903/236-8787 – fax<br><br>Melvin (Trip) R. Wilcox, III, TX Bar # 21454800<br>mrw@ywfirmlaw.com<br>YARBROUGH & WILCOX PLLC<br>100 E. Ferguson Street<br>Tyler, TX 75702<br>Telephone:     903/595-1133<br>Facsimile:      903/595-0191<br><br>**Attorneys for Plaintiff**<br>**MINERVA INDUSTRIES, INC**. | Facsimile:          903/593 0846<br><br>Steven M. Zager, Lead Attorney<br>TX Bar No. 22241500<br>szager@akingump.com<br>Fred I. Williams, TX Bar No. 00794855<br>fwilliams@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, Texas 77002<br>Telephone: 713/220-5800<br>Facsimile:  713/236-0822<br><br>Jin-Suk Park<br>jspark@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Telephone: 202/887-4000<br>Facsimile:  202/887-4200<br><br><br>Todd E. Landis<br>tlandis@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>Telephone: 214/969-2800<br>Facsimile:  214/969-4343<br><br>**Attorneys for Defendant**<br>**MOTOROLA, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 5, 2009. Any other counsel of record will be served via First Class U.S. Mail on this same date.

By: */s/ Marc A. Fenster*