IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| MINERVA INDUSTRIES, INC., | **Civil Action No: 2:07-CV-229-CE** |
| Plaintiff, | |
| v. | **The Honorable Charles Everingham IV, United States Magistrate Judge** |
| MOTOROLA, INC., et al. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HTC AMERICA, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Minerva Industries, Inc. ("Plaintiff") and Defendant HTC America, Inc. ("Defendant") stipulate and agree that Plaintiff's and Defendant's claims and counterclaims in the above-captioned action should be dismissed with prejudice and that each party shall bear its own costs and attorneys' fees.

The parties respectfully request that the Court enter an order granting same.

Dated: February 10, 2010

Respectfully submitted,

By: /s/ Marc A. Fenster
Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Alexander C. Giza, CA Bar No. 212327
E-mail: agiza@raklaw.com
Irene Y. Lee, CA Bar No. 213625
E-mail: ilee@raklaw.com
Stanley H. Thompson, CA Bar No. 198825
E-mail: sthompson@raklaw.com
Adam S. Hoffman, CA Bar No. 218740
E-mail: ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Otis W. Carroll, TX SB #03895700
Attorney-In-Charge
E-Mail: otiscarroll@icklaw.com
Collin M. Maloney, TX SB #00794219
E-mail: cmaloney@icklaw.com
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: 903/561-1600
Facsimile: 903/581-1071

S. Calvin Capshaw. TX SB #03783900
E-mail: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux, TX SB #05770585
E-mail: ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: 903/236-9800
Facsimile: 903/236-8787

**Attorneys for Plaintiff
Minerva Industries, Inc.**

Respectfully submitted,

By: /s/ Steven M. Zager
Steven M. Zager, TX SB # 22241500
Lead Attorney
E-mail: szager@akingump.com
Fred I. Williams, TX SB # 00794855
E-mail: fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713/220-5800
Facsimile: 713/236-0822

Jin-Suk Park, SB # 48640
E-mail: jspark@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: 202/887-4000
Facsimile: 202/887-4200

Todd E. Landis, TX SB # 24030226
E-mail: tlandis@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214/969-2800
Facsimile: 214/969-4343

**Attorneys for Defendant
HTC America, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 10, 2010.  Any other counsel of record will be served via First Class U.S. Mail on this same date.

By: */s/ Marc A. Fenster*