IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERVA INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CIVIL ACTION NO. 2-07-cv-229-CE |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT AND COUNTERCLAIM PLAINTIFF HEWLETT-PACKARD COMPANY**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendant MINERVA INDUSTRIES, INC. ("Minerva") and Defendant and Counterclaim Plaintiff HEWLETT-PACKARD COMPANY ("HP"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii) all claims asserted between Minerva and HP in the above-captioned action be, and they hereby are, dismissed with prejudice and all counterclaims are dismissed as moot.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Marc A. Fenster*<br>Marc A. Fenster, CA SB # 181067<br>E-mail: mfenster@raklaw.com<br>Irene Y. Lee, CA SB # 213625<br>E-mail: ilee@raklaw.com<br>Stanley H. Thompson, CA SB # 198825<br>E-mail: sthompson@raklaw.com<br>Alexander C. Giza, CA SB # 212327<br>E-mail: agiza@raklaw.com<br>Adam S. Hoffman, CA SB # 218740<br>E-mail: ahoffman@raklaw.com<br>Andrew Weiss, CA SB # 232974<br>E-mail: aweiss@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, California 90025<br>Telephone:     310/826-7474<br>Facsimile:      310/826-6991<br><br>Otis W. Carroll, Attorney-In-Charge<br>TX SB #. 03895700<br>E-mail: otiscarroll@icklaw.com<br>Collin M. Maloney, TX SB # 00794219<br>E-mail: cmaloney@icklaw.com<br>IRELAND CARROLL & KELLEY, P.C.<br>6101 South Broadway, Suite 500<br>P.O. Box 7879<br>Tyler, Texas 75711<br>Telephone:     903/561-1600<br>Facsimile:      903/581-1071<br><br>S. Calvin Capshaw, TX SB # 0378390<br>E-mail: ccapshaw@mailbmc.com<br>Elizabeth L. DeRieux, TX SB # 05770585<br>E-mail: ederieux@capshawlaw.com<br>D. Jeffrey Rambin, TX Bar # 00791478<br>Email: jrambin@capshawlaw.com<br>CAPSHAW DERIEUX, LLP<br>1127 Judson Road, Suite 220<br>Longview, Texas 75601<br>Telephone:     903/236-9800<br>Facsimile:      903/236-8787<br><br>Melvin R. Wilcox, III, TX SB # 21454800<br>mrw@ywfirmlaw.com<br>YARBROUGH & WILCOX PLLC<br>100 E. Ferguson Street | By: /s/ *Steven M. Geiszler*<br>Steven M. Geiszler, Esq.<br>Texas Bar No. 24032227<br>sgeiszler@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue<br>Dallas, Texas 75201-6912<br>Telephone: 214/698-3249<br>Facsimile: 214/571-2900<br><br>Josh A. Krevitt, Esq.<br>Lead Attorney<br>New York Bar No. 2568228<br>jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166<br>Telephone: 212/351-4000<br>Facsimile: 212/351-4035<br><br>Charles Ainsworth<br>charley@pbatyler.com<br>Texas Bar No. 00783521<br>PARKER BUNT & AINSWORTH<br>100 E Ferguson, Suite 1114<br>Tyler , TX 75702<br>Telephone: 903/531-3535<br>Facsimile: 903/533-9687<br><br>**Attorneys for Defendant and Counterclaim Plaintiff HEWLETT-PACKARD COMPANY** |

2839-002 100608 HP Stip Dismissal -

| | |
|---|---|
| Tyler, Texas 75702<br>Telephone:     903/595-1133<br>Facsimile:      903/595-0191<br><br>**Attorneys for Plaintiff and Counterclaim Defendant MINERVA INDUSTRIES, INC**. | |