IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MINERVA INDUSTRIES, INC. | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2-07-cv-229 |
| vs. | § § § | The Honorable Charles Everingham IV, United States Magistrate Judge |
| MOTOROLA, INC., et al., | § § | |
| Defendants. | § § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AS TO
DEFENDANT SANYO NORTH AMERICA CORPORATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MINERVA INDUSTRIES, INC. ("Plaintiff") and Defendant SANYO NORTH AMERICA CORPORATION ("Defendant"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) Plaintiff's claims and Defendant's counterclaims in the above-captioned action be, and they hereby are, dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Dated: October 4, 2010

Respectfully submitted,

By:     /s/ Marc A. Fenster
Marc A. Fenster, CA SB # 181067
E-mail: mfenster@raklaw.com
Irene Y. Lee, CA SB # 213625
E-mail: ilee@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Otis W. Carroll, Attorney-In-Charge
TX SB # 03895700
E-mail: otiscarroll@icklaw.com
Collin M. Maloney, TX SB # 00794219
E-mail: cmaloney@icklaw.com
IRELAND CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75711
Telephone: 903.561.1600
Facsimile: 903.581.1071

S. Calvin Capshaw, TX SB # 0378390
E-mail: ccapshaw@mailbmc.com
Elizabeth L. DeRieux, TX SB # 05770585
E-mail: ederieux@capshawlaw.com
D. Jeffrey Rambin, TX Bar # 00791478
Email: jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: 903.236.9800
Facsimile: 903.236.8787

Melvin R. Wilcox, III, TX SB # 21454800
mrw@ywfirmlaw.com
YARBROUGH & WILCOX PLLC
100 East Ferguson Street
Tyler, Texas 75702
Telephone: 903.595.1133
Facsimile: 903.595.0191

Attorneys for Plaintiff
MINERVA INDUSTRIES, INC.

By: /s/ Michael A. Dorfman [with permission]
Michael A. Dorfman, Esq.
E-mail: michael.dorfman@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5658
Facsimile: 312.577.4738

John M. Cone (#04660100)
E-mail: jcone@hitchcockevert.com
HITCHCOCK EVERT LLP
750 North St. Paul Street
Dallas, Texas 75201
Tel: 214.880.7002
Fax: 214.953.1121

Attorneys for Defendant
SANYO NORTH AMERICA
CORPORATION

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 4, 2010.  Any other counsel of record will be served via First Class U.S. Mail on this same date.


Dated:  October 4, 2010                                        */s/Marc A. Fenster*
                                                                   Marc A. Fenster